Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Miles Pope, Alaska Bar No. 1508066
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org; Miles_Pope@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Caleb Lin, California Bar No. 316869
(admitted *pro hac vice)*
DLA PIPER LLP (US)
555 Mission St., Ste. 2400, San Francisco, CA 94105-2933
Tel: (415) 836-2500; ECF:  caleb_lin@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>Defendants. | Case No. 1:21-cv-00359-DCN<br><br>**PLAINTIFF'S NOTICE OF RULING AND MOTION TO LIFT STAY [DKT. 29] AND FOR STATUS CONFERENCE** |

In this civil-rights action, Plaintiff Gerald Ross Pizzuto, Jr. is challenging the State's method of execution as cruel and unusual under the Eighth Amendment. *See* Dkt. 13. On April 19, 2022, the instant federal action was stayed pending the Idaho Supreme Court's decision in an appeal concerning the Governor's commutation power. *See* Dkt. 29. The Idaho Supreme Court

NOTICE OF RULING AND MOTION TO LIFT STAY/FOR STATUS CONFERENCE - 1

released its opinion on August 23, 2022, and ruled against Mr. Pizzuto.  *See State v. Pizzuto*, ---P.3d ----, 2022 WL 3591723 (Idaho 2022).  Therefore, Mr. Pizzuto respectfully asks the Court to lift the stay.

Prior to the entry of the stay, the Court had imposed a scheduling order to govern the litigation, which included a plan for discovery.  *See* Dkt. 22.  The dates in the scheduling order have been obviated by the stay.  Consequently, Mr. Pizzuto also respectfully requests a status conference so that a new scheduling order can be determined to address discovery and the path forward for the case.

The undersigned asked the attorney for the defendants for her position on the instant motion and were informed that she does not presently have any objection to a status conference.

DATED this 25th day of August 2022.

       /s/ Jonah J. Horwitz
       Jonah J. Horwitz
       Christopher M. Sanchez
       Miles Pope
       Federal Defender Services of Idaho

       /s/ Stanley J. Panikowski
       Stanley J. Panikowski
       Caleb Lin
       DLA Piper LLP (US)

       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 25th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

                 /s/ Julie Hill
                 Julie Hill