Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho, 702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
1650 Market Street, Suite 500
Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

Caleb Lin, California Bar No. 316869
(admitted *pro hac vice*)
DLA PIPER LLP (US)
555 Mission St., Ste. 2400, San Francisco, CA 94105-2933
Tel: (415) 836-2500; ECF:  caleb_lin@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>Defendants. | Case No. 1:21-cv-00359-DCN<br><br>**PLAINTIFF'S MOTION TO SHORTEN TIME**<br><br>**Execution Scheduled for December 15, 2022** |

PLAINTIFF'S MOTION TO SHORTEN TIME - 1

Pursuant to Dist. Idaho Loc. Civ. R. 6.1, Plaintiff Gerald Ross Pizzuto, Jr. respectfully asks the Court to shorten the timelines for all motions in this case.  The local rules provide twenty-one days for a party to respond to a motion and fourteen days for the reply.  Dist. Idaho Loc. Civ. R. 7.1(b)(3), (c)(1).  If that timeline is followed here, Mr. Pizzuto's claims will be mooted by his December 15 execution before the upcoming motions can be fully and fairly litigated.  To prevent that manifestly unjust result from occurring, and to instead allow for the important and difficult issues raised by the case to receive the thorough review to which they are entitled (both here and on appeal), the deadlines should be shortened.  When Mr. Pizzuto was last engaged in warrant litigation here, the Court shortened the timelines such that a response to any motion was due within forty-eight hours of its filing and a reply was due within twenty-four hours of that.  The one exception was the motion for a preliminary injunction, for which the response timeline was six days and the reply deadline was two days thereafter.  *See Pizzuto v. Little*, D. Idaho, No. 1:20-cv-114, Dkt. 61.  Mr. Pizzuto believes the Court's approach last time was reasonable, and respectfully suggests that a similar scheduling order issue now.

DATED this 21st day of November 2022.

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho

*/s/ Stanley J. Panikowski*
Stanley J. Panikowski
Sarah E. Kalman
Caleb Lin
DLA Piper LLP (US)

*Attorneys for Plaintiff*

PLAINTIFF'S MOTION TO SHORTEN TIME - 2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

                  */s/ Jonah J. Horwitz*
                  Jonah J. Horwitz