Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
      christopher_m_sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@dlapiper.com

Caleb Lin, California Bar No. 316869
(admitted *pro hac vice)*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400, San Francisco, CA 94105-2933
Telephone: (415) 836-2500; Facsimile: (415) 659-7390
ECF: caleb.lin@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>            Plaintiff,<br>v.<br><br>**JOSH TEWALT**, Director, Idaho Dept. of Correction, et al.<br><br>            Defendants. | CASE NO. 1:21-cv-00359-DCN<br><br>**FIRST MOTION TO COMPEL DISCOVERY AND REQUEST FOR EXPEDITED BRIEFING**<br><br>**Execution Scheduled for December 15, 2022** |

FIRST MOTION TO COMPEL DISCOVERY– Page 1

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff Gerald Ross Pizzuto, Jr. hereby moves the Court to deem waived all of the objections Defendants have untimely made to his first set of discovery requests, and to order Defendants to answer any of those requests which they have not yet answered.  In the alternative, Mr. Pizzuto requests that the Court at least compel Defendants to answer Interrogatories 3, 4, 5, 6, 7, 8, and 12, as well as Requests for Admission 5, 11, and 12, and that the Court order Defendants to allow undersigned counsel and their agents to make reasonable recordings at their upcoming inspection of the execution unit **this Thursday**.  Given the urgency occasioned by the Attorney General's failure to timely engage in discovery while simultaneously acquiring a death warrant, Mr. Pizzuto also asks that Defendants be ordered to respond to this motion within twelve hours at the most, and that undersigned counsel be given another twelve hours to reply.  *See* Dist. Idaho Loc. Civ. R. 6.1.  This motion is supported by an accompanying memorandum.  To the extent that it can be provided under the circumstances, the certification required by Federal Rule of Civil Procedure 37(a)(1) and the Court's scheduling order, *see* Dkt. 43 at 5, is provided by a declaration from undersigned counsel Jonah J. Horwitz, which is attached to the memorandum in support of the motion to compel.

DATED this 29th day of November 2022.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Sarah E. Kalman
Caleb Lin
DLA PIPER LLP (US)

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

FIRST MOTION TO COMPEL DISCOVERY– Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

    Kristina Schindele

    kscchind@idoc.idaho.gov

                                    /s/ Heidi Thomas
                                    Heidi Thomas