IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSH TEWALT, Director, Idaho Dept. )<br>of Correction, in his official capacity; )<br>and TIM RICHARDSON, Warden, )<br>Idaho Maximum Security Institution, )<br>)<br>Defendants. )<br>) | Case No.: 1:21-cv-00359-DCN<br><br>**ORDER ON STIPULATION<br>TO MODIFY SCHEDULING<br>ORDER DEADLINES** |

THIS MATTER comes before the Court by the parties' Stipulation to Modify Scheduling Order Deadlines (Dkt. 65) filed herein pursuant to Federal Rule of Civil Procedure 16(b)(4).

It appearing that good cause is shown, it is HEREBY ORDERED that the Scheduling Order (Dkt. 43) shall be modified as follows:

1. Dispositive Motion deadline: 6/22/23 (See Dkt. 43, ¶1);

2. Cut-off for factual discovery and deadline for Plaintiff expert disclosures: 4/13/23 (See Dkt. 43, ¶¶5, 6a);

3. Deadline for Defendant expert disclosures: 4/27/23 (See Dkt. 43, ¶6b);

4. Deadline for Plaintiff disclosure of rebuttal experts: 5/11/23 (See Dkt. 43, ¶6c); and

5. Cut-off for all expert discovery: 5/25/23 (See Dkt. 43, ¶6d).

DATED: December 19, 2022

_____
David C. Nye
Chief U.S. District Court Judge