IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>JOSH TEWALT, Director, Idaho Dept. of Correction, in his official capacity; and TIM RICHARDSON, Warden, Idaho Maximum Security Institution,<br><br>Defendants. | Case No.: 1:21-cv-00359-BLW<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER** |

This matter is before the Court on the parties' Second Stipulation to Modify Scheduling Order Deadlines (Dkt. 78). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED that** the case deadlines within the Scheduling Order (Dkt. 43), as amended (Dkt. 66), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: **July 12, 2023**. *See* Dkt. 66 at 1.

2. Deadline for Defendants' expert disclosures: **July 26, 2023**. *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: **August 9, 2023**. *See id.* at 2.

4. Cut-off for all expert discovery: **August 23, 2023**. *See id.*

5. Dispositive motion deadline: **September 20, 2023**. *See id.* at 1.

DATED: March 16, 2023

B. Lynn Winmill
United States District Judge