Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
      christopher_m_sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>Plaintiff,<br>v.<br><br>**JOSH TEWALT**, Director, Idaho Dept. of Correction, et al.<br><br>Defendants. | CASE NO. 1:21-cv-00359-BLW<br><br>**SECOND MOTION TO COMPEL DISCOVERY (Idaho Code § 19-2716A)** |

For the reasons outlined in the accompanying memorandum, and pursuant to Fed. R. Civ. P. 37, Plaintiff Gerald Ross Pizzuto, Jr. moves for an order to compel Defendants to more fully answer Interrogatories 3, 4, 7, 8, 15, 19; to address Requests for Admission 54 and 89; and to lift the redactions identified in the memorandum in Idaho Department of Correction (IDOC)

SECOND MOTION TO COMPEL – Page 1

document number 5996 or alternatively to provide the document to the Court for in camera review.

The present motion deals with the discovery dispute relating to Idaho Code § 19-2716A. Mr. Pizzuto limits his discussion to fully ripe discovery disputes involving § 19-2716A in accordance with the instructions of the Court. The Court has directed Mr. Pizzuto to file a motion to compel with respect to § 19-2716A while the parties attempt to resolve their other discovery disputes without formal litigation.

Mr. Pizzuto anticipates that there will likely be additional discovery disputes relating to § 19-2716A apart from the matters addressed in today's memorandum. He is filing the motion now because the Court has emphasized its desire to quickly move the process forward on the § 19-2716A question. In so doing, Mr. Pizzuto does not waive the right to litigate other § 19-2716A issues at a later date.

Undersigned counsel's declaration is attached to the accompanying memorandum as Exhibit 11 and provides the certification required by the Court's scheduling order and Local Rule 37.1. *See* Dkt. 43 at 5.

DATED this 13th day of April 2023.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
FEDERAL DEFENDER SERVICES OF IDAHO

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Sarah E. Kalman
DLA PIPER LLP (US)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

      /s/ Julie Hill
Julie Hill