# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>  Plaintiff,<br>v.<br><br>**JOSH TEWALT**, Director, Idaho Dept. of Correction, in his official capacity; and **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution**,**<br><br>  Defendants. | Case No. 1:21-CV-0359-BLW<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

The Court having considered the Parties' Stipulated Protective Order submitted herein (Dkt. 81) and finding good cause under Federal Rule of Civil Procedure 26(c),

IT IS HEREBY ORDERED that the Court adopts the Parties' Stipulated Protective Order (Dkt. 81) as if the terms of the Parties' stipulation were set forth herein in their totality.

DATED: **April 14, 2023**

B. Lynn Winmill
U.S. District Court Judge