Pizzuto v. Tewalt. Case No. 1:21-cv-00359-BLW
Submitted in support of
Defendants' Response to Second Motion to Compel Discovery

# Exhibit A

| | | | | |
|---|---|---|---|---|
| | | | Defendants' Privilege Log Case No. 1:21-cv-359-BLW Revised April 14, 2023 | |
| PROD CustomText | PROD BEGDOC | Privilege | Privilege Reason | Further explanation |
| PROD_VOL003 | IDOC00005484 | YES | PII | Staff medical information has been redacted. |
| PROD_VOL003 | IDOC00005896 | Yes | PII | Staff home address has been redacted. |
| PROD_VOL003 | IDOC00005915 | YES | PII | Staff home address and phone number have been redacted. |
| PROD_VOL003 | IDOC00005938 | YES | PII | Staff home address and phone number have been redacted. |
| PROD_VOL003 | IDOC00005996 | YES | PII; Other: 19-2716A | This email contains personnel information related to former Deputy Chief Ross Castleton. The information is confidential and for attorney eyes only. The redacted information could lead to the disclosure of a potential source or a team member - the recovery doctor. |
| PROD_VOL003 | IDOC00006096 | Yes | REVISED Attorney-Client Communication (removed 19-2716A) | Communication from legal counsel. |
| PROD_VOL004 | IDOC00006112 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication to legal counsel seeking advice. |
| PROD_VOL004 | IDOC00006165 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL004 | IDOC00006171 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL004 | IDOC00006192 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL004 | IDOC00006555 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00006580 | Yes | REVISED Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006606 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006629 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006651 | Yes | REVISED: Attorney-Client Communication; Other: Executive Privilege | Communication to legal counsel seeking advice. Confidential communication between state executives. |
| PROD_VOL005 | IDOC00006691 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006714 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives. |
| PROD_VOL005 | IDOC00006737 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006760 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communcation to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL005 | IDOC00006784 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00006835 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00006929 | Yes | Attorney-Client Communication | Communication to client with settlement offer. |
| PROD_VOL005 | IDOC00006934 | Yes | Attorney-Client Communication | Communication to client regarding case statuses. |

| | | | | |
|---|---|---|---|---|
| PROD_VOL005 | IDOC00007009 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007012 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007015 | Yes | REVISED: Attorney Work-Product; PII | Communication between counsel regarding representation. Communication contains personal health information about counsel. |
| PROD_VOL005 | IDOC00007156 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007305 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007377 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007381 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007385 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007393 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007402 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL005 | IDOC00007478 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007489 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007547 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007559 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007565 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007571 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007578 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007621 | Yes | REVISED: Attorney-Client Communication (removed work product) | Communication to client regarding representation. |
| PROD_VOL005 | IDOC00007639 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007672 | Yes | Attorney-Client Communication | Communication to client regarding representation. |
| PROD_VOL005 | IDOC00007684 | Yes | Attorney-Client Communication | Communication to client regarding representation. |
| PROD_VOL005 | IDOC00007687 | Yes | Attorney Work-Product | Communication between counsel regarding legal issues. |
| PROD_VOL005 | IDOC00007688 | NO | REVISED: no redaction | |
| PROD_VOL005 | IDOC00007746 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007748 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007795 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007799 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007803 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007871 | Yes | Attorney Work-Product | Communication with potential expert. |
| PROD_VOL005 | IDOC00007873 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007875 | Yes | Attorney Work-Product | Communication regarding legal strategy. |
| PROD_VOL005 | IDOC00007891 | Yes | Attorney Work-Product | Communciation regarding legal strategy. |
| PROD_VOL005 | IDOC00007903 | Yes | Attorney Work-Product | Communication regarding legal strategy. |
| PROD_VOL005 | IDOC00007907 | Yes | Attorney Work-Product | Communication regarding legal strategy. |
| PROD_VOL005 | IDOC00007942 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00007943 | Yes | Attorney Work-Product | Communication regarding legal strategy. |
| PROD_VOL005 | IDOC00007956 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00008011 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00008038 | Yes | Attorney-Client Communication | Communciation to client regarding representation. |
| PROD_VOL005 | IDOC00008093 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00008142 | Yes | Attorney-Client Communication | Communication to client regarding representation. |
| PROD_VOL005 | IDOC00008227 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00008231 | Yes | Attorney Work-Product | Communication between counsel regarding representation. |
| PROD_VOL005 | IDOC00008235 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel regarding representation. Communication from client requesting advice. |

| | | | | |
|---|---|---|---|---|
| PROD_VOL005 | IDOC00008277 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL005 | IDOC00008292 | Yes | Attorney-Client Communication | Communciation between counsel and client regarding representation. |
| PROD_VOL005 | IDOC00008295 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. |
| Pizzuto v. Tewalt, et al. Case No. 1:21-cv-359-BLW | | | | |
| Productions 006-009 (Added April 14, 2023) | | | | |
| PROD_VOL006 | IDOC00008311 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL006 | IDOC00008444 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL006 | IDOC00008447 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL006 | IDOC00008462 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL007 | IDOC00008695 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009507 | Yes | PII: HIPAA | Communication contains PII: protected health information of staff members. |
| PROD_VOL009 | IDOC00009611 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009612 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009614 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009668 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009746 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00009775 | Yes | Attorney-Client Communication | Communciation from counsel regarding representation. |
| PROD_VOL009 | IDOC00009819 | Yes | Attorney Work-Product; Attorney-Client Communication | Communciation between counsel and counsel/client regarding representation. |
| PROD_VOL009 | IDOC00009825 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00009829 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00009924 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and counsel/client regarding representation. |
| PROD_VOL009 | IDOC00010190 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00010192 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00010284 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00010863 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. |
| PROD_VOL009 | IDOC00010864 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. |
| PROD_VOL009 | IDOC00010938 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00010943 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011120 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011185 | Yes | Attorney-Client Communication | Communication between counsel and between counsel/client regarding representation. |
| PROD_VOL009 | IDOC00011264 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. |
| PROD_VOL009 | IDOC00011266 | Yes | Attorney-Client Communication | Communciation from client seeking legal advice. |
| PROD_VOL009 | IDOC00011484 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication from client seeking legal advice. Confidential communication between state executives to determine accurate response. |
| PROD_VOL009 | IDOC00011506 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. |
| PROD_VOL009 | IDOC00011516 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. |

| | | | | |
|---|---|---|---|---|
| PROD_VOL009 | IDOC00011527 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communciation between client and counsel regarding representation. Confidential communication between state executives to determine accurate response. |
| PROD_VOL009 | IDOC00011576 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication between client and counsel regarding representation. Confidential communication between state executives to determine accurate response. |
| PROD_VOL009 | IDOC00011590 | Yes | Attorney-Client Communication | Communication from client requesting legal advice. |
| PROD_VOL009 | IDOC00011692 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication betewen client and counsel regarding representation. Confidential communication between state executives to determine accurate response. |
| PROD_VOL009 | IDOC00011785 | Yes | Attorney-Client Communication | Communciation from client seeking legal advice. |
| PROD_VOL009 | IDOC00011788 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011792 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011823 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011854 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. |
| PROD_VOL009 | IDOC00011862 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011865 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011869 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011875 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |
| PROD_VOL009 | IDOC00011909 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. |
| PROD_VOL009 | IDOC00011918 | Yes | Attorney-Client Communication | Communication between staff referencing legal advice received. |
| PROD_VOL009 | IDOC00011981 | Yes | Attorney-Client Communication | Communciation between staff referencing legal advice received. |
| PROD_VOL009 | IDOC00011985 | Yes | Other: 19-2716A | Communication includes information deemed confidential per Idaho Code 19-2716A. |
| PROD_VOL009 | IDOC00012087 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. |