IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br> v. <br><br> JOSH TEWALT, Director, Idaho Dept. of Correction, in his official capacity; and TIM RICHARDSON, Warden, Idaho Maximum Security Institution, <br><br> Defendants. | CASE NO. 1:21-cv-00359-BLW <br><br> **ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES** |

This matter is before the Court on the parties' Third Stipulation to Modify the Scheduling Order Deadlines (Dkt. 86). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt. 43), as amended (Dkt. 80), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: **September 11, 2023** (*see* Dkt. 80 at 1);

2. Deadline for Defendant's expert disclosures: **September 25, 2023** (*see id.*);

3. Deadline for Plaintiff's disclosure of rebuttal experts: **October 9, 2023** (*see id.* at 2);

4. Cut-off for all expert discovery: **October 23, 2023** (*see id.*);

5. Dispositive motion deadline: **November 20, 2023** (*see id.* at 1).

DATED: **July 14, 2023**

B. Lynn Winmill
U.S. District Court Judge

ORDER ON AMENDING SCHEDULING ORDER – 1