Pizzuto v. Tewalt et al.
21-cv-359
Response to Motion for Leave to Serve
Additional Interrogatories

Exhibit G

RAÚL LABRADOR
ATTORNEY GENERAL OF DAHO

**KARIN MAGNELLI, ISB #6929**
Lead Deputy Attorney General, Idaho Department of Correction
**KRISTINA M. SCHINDELE, ISB #6090**
Deputy Attorneys General, Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2095
Facsimile: (208) 327-7485
E-mail:kmagnell@idoc.idaho.gov
    krschind@idoc.idaho.gov

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br>    Plaintiff,<br><br>v.<br><br>**JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity, **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity,<br>    Defendants. | Case No. 1:21-cv-359-DCN<br><br>DEFENDANTS SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES 7, 8 and 19 and REQUEST FOR PRODUCTION OF DOCUMENT 16 |

Defendants by and through their attorneys of record, the Idaho Attorney General's Office, pursuant to Federal Rule of Civil Procedure 34, hereby respond to the Plaintiff's Interrogatories 7, 8 and 19 and Request for Production of Document 16 as follows:

### GENERAL OBJECTIONS

The following general objections apply to each response herein and shall have the same force and effect as if set forth in full to each individual Request:

    1.    Defendants generally object to each Request to the extent it seeks information and/or

DEFENDANTS SUPPLEMENTAL RESPONSES TO INTERROGATORIES 7 and 8 and RFP 16 – Page 1

materials (1) outside of the Defendants' knowledge, possession, or control; (2) to which the Defendants have no knowledge, possession, or control; or (3) that were not created by or stored in Defendants' files.

    2.    Defendants generally object to each Request to the extent it may be construed to seek information that is not relevant to the subject matter of this action and/or seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence. To the extent that Defendants respond to these Requests, Defendants do not concede that the information requested is relevant to this action.

    3.    Defendants generally object to each Request to the extent that it is vague, ambiguous, and/or unintelligible.

    4.    Defendants generally object to each Request to the extent that it seeks the production of confidential and proprietary business or personal information and/or materials, including information made confidential by law or subject to a privacy interest or implicates security interests of the Idaho Department of Correction.

    5.    Defendants object to each Request to the extent it is not limited in time or responsibly limited in subject matter, as such a request is overly broad, unduly burdensome, and seeks information that is neither relevant to the issues in this action nor reasonably calculated to lead to the discovery of admissible evidence.

    6.    Defendants object to each Request to the extent that Plaintiff seeks information protected by the attorney/client, work product, party communication, trial preparation, and/or consulting expert privileges and exemptions, or other privileges or exemptions.

    7.    Defendants object to each Request to the extent that it is overly broad, unduly burdensome, and/or seeks information that is not reasonably available to Defendants at the time of

these responses. Defendants reserve the right to supplement and/or amend these responses as discovery progresses in this matter.

8. A statement that documents will not be produced is not a statement that such document(s) exist.

Defendants acknowledge that the Court has ordered Defendants to respond to Interrogatories 7, 8, and 19 and Request for Production 16. Defendants further assert the Court has limited Defendants' responses to Interrogatories 7 and 8 and Request for Production 16 to information that would not identify IDOC execution team members and drug suppliers to a reasonable degree of certainty.

Without waiving these general objections made in Defendant's prior responses, Defendants Tewalt and Richardson respond as follows.

## Interrogatories 7 and 8

7. Describe how the drugs were chosen for Mr. Pizzuto's execution.

**November 18, 2022 Response**: Defendants Tewalt and Richardson object to this interrogatory pursuant to Idaho Code § 19-2716A, which prohibits the disclosure of "[a]ny person or entity who compounds, synthesizes, tests, sells, supplies, manufactures, stores, transports, procures, dispenses, or prescribes the chemicals or substances for use in an execution…." Further, Defendants cannot answer this interrogatory as the Department does not currently have any execution chemical in its possession.

**Supplemental Response to Comply with Court Order:** Defendants respond that Defendant Tewalt is responsible for choosing the chemical to be used in Mr. Pizzuto's execution. Defendant Tewalt submits IDOC does not have any chemical in its possession for use in Mr. Pizzuto's execution. To comply with the Court's Order, Defendant Tewalt

explains the process and efforts IDOC has engaged in to acquire chemical and carry out the agency's duty to carry out Mr. Pizzuto's lawfully imposed death sentence up to this point. Defendant Tewalt responds he and his designee have been attempting to acquire any chemical that would be permissible to use under SOP 135. Defendant Tewalt responds he and his designee have focused their efforts to acquire pentobarbital as the single chemical protocol is permissible under SOP 135. However, Defendant Tewalt and his designee have continued to try to acquire additional chemicals permissible to use under SOP 135. Defendant Tewalt further responds he will choose to use a reliable chemical for Mr. Pizzuto's execution. Defendant Tewalt submits he will determine reliability of the chemical to be used in Mr. Pizzuto's execution based on the following factors: certification of the supplier demonstrating regulatory compliance, compliance with expiration dates, and testing as required by SOP 135. In summary, Defendant Tewalt submits IDOC will use any chemical or combination of chemicals permissible to use under SOP 135 so long as the chemical or chemicals are reliable.

8. Describe how the source of the drugs was chosen for Mr. Pizzuto's execution, i.e., the compounder or manufacturer.

**November 18, 2022 Response:** Defendants Tewalt and Richardson object to this interrogatory pursuant to Idaho Code § 19-2716A, which prohibits the disclosure of "[a]ny person or entity who compounds, synthesizes, tests, sells, supplies, manufactures, stores, transports, procures, dispenses, or prescribes the chemicals or substances for use in an execution…." Further, Defendants cannot answer this interrogatory as the Department does not currently have any execution chemical in its possession.

**Supplemental Response to Comply with Court Order:** Defendants respond that

Defendant Tewalt is responsible for acquiring the chemical(s) to be used in Mr. Pizzuto's execution. Defendant Tewalt has designated a member of his leadership team to assist him with his efforts to acquire execution chemicals. The designated staff member was Deputy Chief of Prisons Ross Castleton until his retirement. The designated staff member has been Deputy Chief of Prisons Liz Neville since that time. Defendant Tewalt responds IDOC does not have chemical in its possession, but he and his designee have been actively engaged in acquiring execution chemical. Defendant Tewalt responds he and his designee have followed up on possible sources identified by other Departments of Correction. They have made cold calls to possible sources. Defendant Tewalt responds any source of execution chemical must have a valid certification demonstrating compliance with regulatory requirements.

19. In their Response to Plaintiff's First Set of Interrogatories, served on November 18, 2022, Defendants indicated that "Medical Team No. 1" left the medical team "after March 2022." Describe the circumstances under which "Medical Team No. 1" left, including their reasons for leaving.

**March 29, 2023 response**: Director Tewalt objects to this interrogatory on the grounds that Idaho Code § 19-2716A(4) requires that the identities of any person involved in the planning, training or performance of an execution shall remain confidential. Notwithstanding this objection, Director Tewalt responds that Medical Team No. 1 retired from the Medical Team in good standing. Director Tewalt further responds he is not aware of any disciplinary or other basis that would have required removal of Medical Team No. 1.

**Supplemental Response to Comply with Court Order**: Defendants respond they answered this interrogatory. Defendants do not have any further information concerning the circumstances under which Medical Team No. 1 left the Medical Team.

### Request for Production 16

16. All emails sent to or received by Mr. Richardson, Mr. Davis, Ms. Neville, Ms. Gentry, Mr. Castleton, Mr. Page, Mr. Tewalt, Mr. Phillips, and/or Ms. Siegert regarding the choice of, search for, acquisition of, transportation of, and/or maintenance of execution chemicals.

**November 30, 2022 Response**: Defendants Tewalt and Richardson object to this request as it does not contain a date range. Defendants Tewalt and Richardson further object to this request pursuant to the provisions of Idaho Code § 19-2716A to the extent that production could result in the identification of any employee, agent or contractor involved in carrying out the execution or obtaining, transporting, compounding and/or otherwise administering execution chemicals.

Notwithstanding the foregoing objections, Defendants provided responsive emails via file transfer link. The search terms provided in this production include:

**First Search Condition**:
Initial Search Condition:
((("execution chemical") AND (choice)) OR (("execution chemical") AND (acquire)) OR (("execution chemical") AND (transport)) OR (("execution chemical") AND ("chain of custody")))(c:c)(date=2020-01-01..2022-10-28)(participants:rcastlet@idoc.idaho.gov), which produced 0 items.

Search revised to:
execution chemical(c:c)(date=2020-01-01..2022-10-28)

**Second Search Condition**:
Search Conditions:
((((DEA) OR (drug enforcement administration) OR (FDA) OR (food and drug administration) OR (CBP) or (customs and border protection)) AND ((controlled substance) OR (drug) OR (chemical compound) OR (ingredients)))

((((manufactured chemicals) OR (compound chemical) OR (controlled substance)) AND ((lethal injection OR execution)))

((((compounder) or (pharmacist) AND ((chemicals) OR (substances)))

(((transport) AND (controlled substance) OR (chemical compound)))

These records are bate-stamped IDOC00005943 - IDOC00006101

DEFENDANTS SUPPLEMENTAL RESPONSES TO INTERROGATORIES 7 and 8 and RFP 16 – Page 6

**December 9, 2022 Supplemental Response:** Notwithstanding the foregoing objections, Defendants provided responsive emails via file transfer link. These records are bate-stamped IDOC00006102 – IDOC00006576.

**January 17, 2023 Supplemental Response**:

Additional search terms were added to obtain responsive documents:

**Third Search Condition**
    Search Conditions
    ("thiopental sodium") OR ("sodium thiopental") OR (pentothal) OR ("pancuronium bromide") OR (pavulon) OR ("vecuronium bromide") OR (norcuron) OR ("potassium chloride") OR (pentobarbital) OR ("pentobarbital sodium") OR (phenobarbital) OR (nembutal) OR ("nembutal sodium") OR (luminal) OR (propofol) OR (diprivan) OR ("rocuronium bromide") OR (zemuron) OR (midazolam) OR (versed) OR (hydromorphone) OR (dialaudid) OR ("methohexital sodium") OR (brevital) OR ("potassium acetate") OR (etomidate) OR (amidate) OR (diazepam) OR (valium) OR (dizac) OR (fentanyl) OR (sublimaze) OR ("cisatracurium besylate") OR (nimbex) OR ("mivacurium chloride") OR (mivacron) OR (ketamine) OR (amobarbotal) OR (secobarbital) OR ("succinylcholine chloride")(c:c)(date=2022-01-18..2022-11-23)

Notwithstanding the foregoing objections, Defendants provided responsive emails to the First, Second and Third search conditions via file transfer link. These records are bate-stamped IDOC00006577 – IDOC00008310.

**January 24, 2023 Amended Supplemental Response:**

Document IDOC00006806 was produced as a PDF and bate-stamped IDOC00006806.001-IDOC0006806.120. Document IDOC00006922 has been produced as a PDF and bate-stamped IDOC00006922.001-IDOC00006922.120.

**January 25, 2023 Supplemental Response:** Notwithstanding the foregoing objections, Defendants provided responsive emails via file transfer link. These records are bate-stamped IDOC00008311 – IDOC00008676.

**March 22, 2023 Supplemental Response**:

The parties specifically agreed to by and between themselves of additional search terms as of 2/27/23.

**Fourth Search Condition (bold search terms specifically relevant to RFP 16)**

    Search Conditions
    IT Search "Pizzuto" - 927828
    Email addresses:
    Tyrell Davis: tdavis@idoc.idaho.gov; Liz Neville: lneville@idoc.idaho.gov; Amanda Gentry: agentry@idoc.idaho.gov; Chad Page: cpage@idoc.idaho.gov; Josh Tewalt: tdavis@idoc.idaho.gov; Tim Richardson: trichard@idoc.idaho.gov; Brett Phillips: bphillip@idoc.idaho.gov; Rona Siegert: rsiegert@idoc.idaho.gov; Klint Hust: khust@idoc.idaho.gov; Bret Kimmel: bkimmel@idoc.idaho.gov; Jack Fraser: jfraser@idoc.idaho.gov

    IT Search "Pizzuto_2" - 927830
    Ross Castleton: rcastlet@idoc.idaho.gov

    "medical team*" AND (select* OR find OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    "escort team*" AND (select* OR find OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    "administrative team*" AND (select* OR find OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    "injection team*" AND (select* OR find* OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    "execution team*" AND (select* OR find* OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    execut* AND (rehears* OR drill* OR "run through" OR "dry run" OR practic* OR mock OR train* OR select* OR find* OR volunteer* OR qualif* OR list OR Pizzuto OR execution* OR train*)
    **(execution NEAR(9) chemical*) AND (choice OR choose OR select* OR find* OR found OR locate* OR purchas* OR buy* OR acquir* OR obtain* OR secur* OR procur* OR research* OR source* OR transport* OR drive* OR ship* OR "pick up" OR "picked up" OR "picks up" OR send* OR sent OR "chain of custody" OR custody OR look* OR search* OR choice* OR choose* OR select* OR pick* OR option* OR opt* OR maintain* OR stor* OR keep* OR transfer* OR "hand off" OR "handed off" OR "handing off" OR "hands off")**
    **"lethal injection chemical" AND (choice OR choose OR select* OR find* OR found OR locat* OR purchas* OR buy* OR acquir* OR obtain* OR secur* OR procur* OR research* OR source* OR transport* OR drive* OR ship* OR "pick up" OR "picked up" OR "picks up" OR send* OR sent OR "chain of custody" OR custody OR look* OR search* OR**

DEFENDANTS SUPPLEMENTAL RESPONSES TO INTERROGATORIES 7 and 8 and RFP 16 – Page 8

choice* OR choose* OR select* OR pick* OR option* OR opt* OR maintain* OR stor* OR keep* OR transfer* OR "hand off" OR "handed off" OR "handing off" OR "hands off" OR hand*)

"lethal injection drug" AND (choice OR choose OR select* OR find* OR found OR locat* OR purchas* OR buy* OR acquir* OR obtain* OR secur* OR procur* OR research* OR source* OR transport* OR drive* OR ship* OR "pick up" OR "picked up" OR "picks up" OR send* OR sent OR "chain of custody" OR custody OR look* OR search* OR choice* OR choose* OR select* OR pick* OR option* OR opt* OR maintain* OR store* OR keep* OR transfer* OR "hand off" OR "handed off" OR "handing off" OR "hands off" OR hand*)

"execution drug" AND (choice OR choose OR select* OR find* OR found OR locat* OR purchas* OR buy* OR acquir* OR obtain* OR secur* OR procur* OR research* OR source* OR transport* OR drive* OR ship* OR "pick up" OR "picked up" OR "picks up" OR send* OR sent OR "chain of custody" OR custody OR look* OR search* OR choice* OR choose* OR select* OR pick* OR option* OR opt* OR maintain* OR store* OR keep* OR transfer* OR "hand off" OR "handed off" OR "handing off" OR "hands off" OR hand*)

"thiopental sodium" OR "sodium thiopental" OR pentothal OR "sodium pentothal" OR "pentothal sodium" OR "pancuronium bromide" OR pavulon OR "vecuronium bromide" OR norcuron OR "potassium chloride" OR pentobarbital OR "pentobarbital sodium" OR "pentobarbital sodium" OR phenobarbital OR nembutal OR "nembutal sodium" OR luminal OR propofol OR diprivan OR "rocuronium bromide" OR zemuron OR esmeron OR midazolam OR versed OR hydromorphone OR dialaudid OR exalgo OR "methohexital sodium" OR brevital OR "potassium acetate" OR aminosyn OR etomidate OR amidate OR diazepam OR valium OR dizac OR fentanyl OR sublimaze OR "cisatracurium besylate" OR nimbex OR "mivacurium chloride" OR mivacron OR ketamine OR amobarbotal OR secobarbital OR "succinylcholine chloride"

Notwithstanding prior objections, Defendants provided additional responsive documents were provided via file transfer link. These records are bate-stamped 6096A2-6097A2 and IDOC00009428 – IDOC000012193.

**Supplemental Response to Comply with Court Order:** Defendants submit they have complied with their obligation to produce records responsive to RFP 16. Defendants reserved objections under Idaho Code § 19-2716A. Defendants have conducted searches pursuant to the search terms agreed to between the parties.

DATED this 16th day of August 2023.

By: /s/ Josh Tewalt
Josh Tewalt

DATED this 16th day of August 2023.

By: /s/ Kristina M. Schindele
KRISTINA M. SCHINDELE
Deputy Attorney General
Counsel for Defendants Tewalt and Richardson

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August 2023, I caused to be served a true and correct copy of the foregoing via email service as follows:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
Stanley J. Panikowski: stanley.panikowski@dlapiper.com
Sarah E. Kalman: sarah.kalman@dlapiper.com

                /s/ Kristina M. Schindele
                Kristina M. Schindele