IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

GERALD ROSS PIZZUTO, JR.,           )        Case No. 1:21-cv-00359-BLW
                                    )
            Plaintiff,              )        **ORDER ON STIPULATION TO**
v.                                  )        **MODIFY SCHEDULING ORDER**
                                    )        **DEADLINES**
JOSH TEWALT, Director, Idaho Dept. of )
Correction, in his official capacity; and TIM )
RICHARDSON, Warden, Idaho Maximum   )
Security Institution,               )
                                    )
            Defendants.             )
                                    )
_____ )

This matter is before the Court on the parties' Fourth Stipulation to Modify the Scheduling

Order Deadlines (Dkt. 93).  Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt. 43), as

amended (Dkt. 87), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures:

   **October 11, 2023**.  *See* Dkt. 87.

2. Deadline for Defendants' expert disclosures: **October 25, 2023**.  *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: **November 8, 2023**.  *See id.*

4. Cut-off for all expert discovery: **November 22, 2023**.  *See id.*

5. Dispositive motion deadline: **December 20, 2023**.  *See id.*

DATED: September 11, 2023

B. Lynn Winmill
U.S. District Court Judge

ORDER AMENDING SCHEDULING ORDER – 1