IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., | ) | Case No. 1:21-cv-00359-BLW |
| | ) | |
| Plaintiff, | ) | **ORDER APPROVING FIFTH** |
| v. | ) | **STIPULATION TO MODIFY** |
| | ) | **SCHEDULING ORDER** |
| JOSH TEWALT, Director, Idaho Dept. | ) | **DEADLINES** |
| of Correction, in his official capacity; | ) | |
| and TIM RICHARDSON, Warden, | ) | |
| Idaho Maximum Security Institution, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the parties' Fifth Stipulation to Modify the

Scheduling Order Deadlines (Dkt. 95).  Good cause appearing, the motion is hereby

**GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt.

43), as amended (Dkt. 94), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures:

    **November 13, 2023**.  *See* Dkt. 94.

2. Deadline for Defendants' expert disclosures: **November 24, 2023**.  *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: **December 8, 2023**.  *See*

    *id.*

ORDER AMENDING SCHEDULING ORDER – 1

4.  Cut-off for all expert discovery: **December 22, 2023**.  *See id.*

5.  Dispositive motion deadline: **January 19, 2024**.  *See id.*

DATED: October 04, 2023

B. Lynn Winmill
U.S. District Court Judge

**ORDER AMENDING SCHEDULING ORDER** – 2