RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5440)
Special Deputy Attorney General
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-359-BLW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

COME NOW Defendants by and through their counsel of record, Karin Magnelli, and hereby provide notice to the Court and to all parties that Michael J. Elia, Special Deputy Attorney General, and the firm Moore Elia & Kraft, LLP, have associated in the representation of

**NOTICE OF ASSOCIATION OF COUNSEL - 1**

Defendants in this matter.

The Court and all interested parties are advised to include Michael Elia on all certificates of service in this matter and to otherwise treat them as participating counsel in this matter.

DATED this 11th day of December, 2023.

        OFFICE OF THE ATTORNEY GENERAL

        */s/ Karin Magnelli*
        Karin Magnelli
        Lead Deputy Attorney General
        Attorney for Defendants

DATED this 11th day of December, 2023.

        MOORE ELIA & KRAFT, LLP

        */s/ Michael J. Elia*
        Michael J. Elia
        Attorney for Defendants

**NOTICE OF ASSOCIATION OF COUNSEL - 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of December, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>Sarah E. Kalman<br>DLA Piper LLP<br>One Liberty Place<br>1650 Market St., Ste. 500<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com,<br>sarah.kalman@dlapiper.com |

          */s/ Michael J. Elia*
          Michael J. Elia



# STATE OF IDAHO
### Office of the Attorney General
#### RAÚL R. LABRADOR

November 27, 2023

## SPECIAL DEPUTY ATTORNEY GENERAL APPOINTMENT

TO WHOM IT MAY CONCERN:

Michael J. Elia, of the firm Moore Elia & Kraft, LLP, P.O. Box 6756, Boise, ID 83707, is hereby appointed Special Deputy Attorney General to represent the State of Idaho in *Pizzuto v. Tewalt et al.*; Case No. 1:21-cv-359-BLW.

This letter of appointment will be included in the files of any court case, hearing, or other matter in which he represents the State of Idaho in this matter. This appointment is effective for the duration of the above-stated matter.

Any courtesies you can extend to Mr. Elia in his conduct of business for the State of Idaho, as my delegate, will be appreciated.

Sincerely,

*Raúl R. Labrador*

RAÚL R. LABRADOR
Attorney General

RRL:bg

Executive Office
P.O. Box 83720, Boise, Idaho 83720-0010
Telephone: (208) 334-2400, Fax: (208) 854-8071
Located at 700 W. Jefferson Street, Suite 210