Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
     christopher_m_sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JOSH TEWALT**, Director, Idaho Dept. of Correction, et al.<br><br>　　　　Defendants. | CASE NO. 1:21-cv-00359-BLW<br><br>**THIRD MOTION TO COMPEL DISCOVERY (date of drug acquisition)** |

For the reasons articulated in the accompanying memorandum, and pursuant to Fed. R. Civ. P. 37, Plaintiff Gerald Ross Pizzuto, Jr. respectfully moves for an order compelling the defendants to more fully address Requests for Admission 146,

THIRD MOTION TO COMPEL – Page 1

147, 150, and 151 and directing the defendants to lift the redaction on the date in the purchase order.

Undersigned counsel's declaration is attached to the accompanying memorandum as Exhibit 10 and provides the certification required by the Court's scheduling order and Local Rule 37.1.  *See* Dkt. 43 at 5.

DATED this 15th day of December 2023.

      /s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
FED. DEF. SERVICES OF IDAHO

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Sarah E. Kalman
DLA PIPER LLP (US)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

  Kristina Schindele
  kscchind@idoc.idaho.gov

  Michael Elia
  mje@melawfirm.net

      /s/ Julie Hill
      Julie Hill