*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 1

**(Letter from Jonah Horwitz to Kristina Schindele, dated Nov. 10, 2023)**

# Federal Defender Services of Idaho

| **Nicole Owens** | **Mark Ackley** | **Deborah A. Czuba** | **Steven Richert** |
|---|---|---|---|
| Federal Defender | First Assistant | Capital Habeas Unit | Pocatello Trial Unit |

November 10, 2023

Kristina M. Schindele
Deputy Attorney General, Idaho Department of Correction
Sent via email

Re:   Supplemental discovery in *Pizzuto v. Tewalt*, D. Idaho, No. 1:21-cv-359

Tina:

I am writing this letter in regards to the defendants' duty to supplement discovery responses in the above-mentioned case. Specifically, I am requesting that you provide to Mr. Pizzuto's counsel every record in the possession of the Idaho Department of Correction (IDOC) that was generated between February 6, 2023 and the present and that relates to the State's pursuit of and preparation for the execution of Thomas Creech. This request includes but is not limited to the following documents:

1. All documents[1] generated or obtained in connection with IDOC's acquisition, transportation, and storage of execution chemicals, including but not limited to receipts, purchase orders, expiration dates, and so forth.
2. All documents obtained from the source of IDOC's execution chemicals.
3. All documents generated or obtained in connection with IDOC's testing of execution chemicals.
4. The "observational logbook" described in the execution protocol.
5. The "execution log" described in the protocol.
6. All cash logs and expense logs related to execution efforts.
7. All field memoranda related to execution efforts.
8. All assignment lists related to execution efforts.
9. All checklists or summaries related to execution efforts, including but not limited to summaries of cost.
10. All calendars related to execution efforts.
11. All documents concerning physical assessments of Mr. Creech related to execution efforts, such as evaluations of venous access.
12. All execution training materials, including but not limited to agendas, notes, and completed sequence of chemical forms.

---

[1] The term "documents" has here the definition adopted in the fourth set of requests for production of documents, served May 25, 2023.

| Boise Trial Unit | Capital Habeas Unit | Pocatello Trial Office |
|---|---|---|
| 702 W. Idaho St., Ste. 1000 | 702 W. Idaho St., Ste. 900 | 757 North 7th Avenue |
| Boise, Idaho 83702 | Boise, Idaho 83702 | Pocatello, Idaho 83201 |
| (208) 331-5500 | (208) 331-5530 | (208) 478-2046 |
| Fax (208) 331-5525 | Fax (208) 331-5559 | Fax (208) 478-6698 |

Ms. Kristina Schindele
Page 2

13. All documents generated in connection with the acquisition, maintenance, or testing of execution equipment.
14. All documents related to any maintenance done or changes made in the execution chamber, including electrical, audio/visual, structural, and so forth.
15. All documents related to criminal background checks and any other type of background checks performed on individuals associated with the planned execution, including those on the medical and escort teams as well as the "rescue doctor."
16. All agendas for meetings related to the planned execution, as well as the notes taken at such meetings.
17. All communications generated in connection with the execution efforts and sent or received by Jack Fraser, Nicole Fraser, Amanda Gentry, Bret Kimmel, Klinton Hust, Liz Neville, Chad Page, Brett Phillips, Jeff Ray, Rona Siegert, Tim Richardson, and Josh Tewalt. The term "communications" has here the definition adopted in the fourth set of requests for production of documents, served May 25, 2023. Please contact me at your earliest convenience to discuss proposed search terms for emails responsive to this request, as required by the discovery plan, *see* Dkt. 41 at 6, which the Court has adopted, *see* Dkt. 43 at 2–3.

Mr. Pizzuto is entitled to the records requested above pursuant to the defendants' duty to supplement discovery responses and in connection with at least the following requests for production served in the *Pizzuto* litigation: 1, 2, 4, 6, 7, 8, 9, 10, 20, and 26. If you decline to produce any responsive material on privilege grounds, please indicate as much in a privilege log and provide it by December 11.

We request all of the materials above be provided within thirty days, i.e., by December 11. That is consistent with the agreement we reached in December 2022 when you indicated you would provide any supplemental discovery responses within thirty days of when the new information arises.

If you have any questions or concerns about this letter, please let me know. Thank you in advance for your cooperation.

Sincerely,

/s/ Jonah J. Horwitz

Cc'd by email:

All counsel of record
Karin Magnelli