*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 2

**(Letter from Kristina Schindele to Jonah Horwitz, dated Dec. 11, 2023)**



**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

RAÚL LABRADOR

*Via email*

December 11, 2023

Jonah J. Horwitz
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900,
Boise, Idaho 83702

RE:   *Gerald Pizzuto, Jr. v. Tewalt et al*, Case No. 1:21-cv-359

Dear Jonah,

I write to respond to your November 10, 2023, correspondence requesting "every record in the possession of the Idaho Department of Correction (IDOC) that was generated between February 6, 2023 and the present that that relates to the State's pursuit of and preparation for the execution of Thomas Creech." Defendants object to supplemental productions requested that relate solely to the execution of Thomas Creech. The facts and circumstances presented in *Pizzuto v. Tewalt* are distinct and unrelated to Thomas Creech. To the extent you seek additional records related to ongoing discovery in *Pizzuto v. Tewalt,* Defendants are providing additional records.

I have attached responsive documents to this correspondence. I will produce formal supplemental responses to Plaintiff's Requests for Production, including numbers 1, 2, 4, 6, 7, 8, 9, 10, 20 and 26 that you identified, as well as the IPRO link by the end of the week. Please note that Director Tewalt is inquiring into specific documentation from the source of the chemical that would be responsive to your requests, including testing documentation.

Your specific questions and Defendants' responses follow:

1.   All documents generated or obtained in connection with IDOC's acquisition, transportation, and storage of execution chemicals, including but not limited to receipts, purchase orders, expiration dates, and so forth.
RESPONSE: Please find attached hereto the following documents: purchase order and DEA registration form. The purchase order has been redacted to protect confidential information, including the date of the purchase order. IDOC submits disclosure of the specific date on the purchase order could lead to the identification of the source of execution chemical. IDOC will supplement this response with additional responsive documents. IDOC objects to disclosure of

**Criminal Law Division, Department of Correction**
1299 North Orchard, Suite 110, P.O. Box 83720, Boise, Idaho 83720-0018
Telephone: (208) 658-2097, FAX: (208) 327-7485

   DEA Form 222 pursuant to Idaho Code 19-2716A. Disclosure would lead to the identification of the source of execution chemicals. IDOC submits disclosure would create an undue burden and jeopardize the Department's ability to carry out an execution.

2. All documents obtained from the source of IDOC's execution chemicals.
   RESPONSE: IDOC continues to search for responsive documents. Director Tewalt has inquired as to documents responsive to this request. IDOC will supplement this response as appropriate.

3. All documents generated or obtained in connection with IDOC's testing of execution chemicals.
   RESPONSE: IDOC continues to search for responsive documents. Director Tewalt has inquired as to documents responsive to this request as the testing occurred before IDOC took possession of the chemical. IDOC will supplement this response with additional responsive documents.

4. The "observational logbook" described in the execution protocol.
   RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records related solely to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. The logbook for Creech does not have any impact on litigation in this matter.

5. The "execution log" described in the protocol.

6. RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records related solely to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. The execution log for Creech does not have any impact on litigation in this matter.

7. All cash logs and expense logs related to execution efforts.
   RESPONSE: IDOC has provided the cost estimate and LUMA codes. The project code has been redacted pursuant to Idaho Code 19-2716A. IDOC submits disclosure of the project code could lead to the identification of the source of execution chemical or persons or entities that provide supplies for executions. Disclosure poses an undue burden on Defendants given the effect disclosure of the identity would have on the Department's ability to carry out an execution.

8. All field memoranda related to execution efforts.
   RESPONSE: IDOC does not have any documents responsive to this request.

9. All assignment lists related to execution efforts.
   RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records related solely to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Assignment lists for Mr. Creech's execution do not have any impact on litigation in this matter.

10. All checklists or summaries related to execution efforts, including but not limited to summaries of cost.

    RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records produced solely with respect to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Checklists or summaries related to Mr. Creech's execution do not have any impact on litigation in this matter.

11. All calendars related to execution efforts.

    RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records produced solely with respect to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Any calendar related to the execution of Mr. Creech does not have any impact on litigation in this matter.

12. All documents concerning physical assessments of Mr. Creech related to execution efforts, such as evaluations of venous access.

    RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records related solely to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Documentation of a physical assessment of Mr. Creech does not have any impact on litigation in this matter.

13. All execution training materials, including but not limited to agendas, notes, and completed sequence of chemical forms.

    RESPONSE: IDOC has provided copies of the September, October and November training agendas and minutes. Please note that the November 2023 training was held October 30, 2023. The medical team will reconvene for training in January 2023.

14. All documents generated in connection with the acquisition, maintenance, or testing of execution equipment.

    RESPONSE: IDOC has provided documents related to calibration of equipment located in F Block. These documents have been redacted under Idaho Code 19-2716A. IDOC submits disclosure of the redacted information in the records could lead to the identification of a person or entity that provides equipment for use during an execution. Disclosure creates an undue burden on the Department and could jeopardize IDOC's ability to carry out an execution.

15. All documents related to any maintenance done or changes made in the execution chamber, including electrical, audio/visual, structural, and so forth.

    RESPONSE: IDOC does not have any documents responsive to this request. IDOC will supplement this response with responsive documents if any are located.

16. All documents related to criminal background checks and any other type of background checks performed on individuals associated with the planned execution, including those on the medical and escort teams as well as the "rescue doctor."

    RESPONSE: IDOC does not have any documents responsive to this request.

17. All agendas for meetings related to the planned execution, as well as the notes taken at such meetings.
    RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records produced solely with respect to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Agendas for and notes from meetings held related to Mr. Creech's execution do not have any impact on litigation in this matter.

18. All communications generated in connection with the execution efforts and sent or received by Jack Fraser, Nicole Fraser, Amanda Gentry, Bret Kimmel, Klinton Hust, Liz Neville, Chad Page, Brett Phillips, Jeff Ray, Rona Siegert, Tim Richardson, and Josh Tewalt.
    RESPONSE: IDOC objects to this request as it is not included in any of the Requests for Production of Documents previously filed in this matter. Records produced solely with respect to the Death Warrant issued in Ada County Case No. CR-FE-000010252 are not relevant to the matters raised in *Pizzuto v. Tewalt*. Email communications related to Mr. Creech's execution do not have any impact on litigation in this matter. IDOC will provide additional communications related to the acquisition of execution chemical, subject to any claim of privilege. IDOC proposes the following search terms:

    Date: February 6, 2023 through December 11, 2023
    Email Account Owners identified above
    TERMS: pentobarbital NEAR(9) (locate* OR purchas* OR buy* OR acquir* OR obtain* OR secur* OR procur* OR source* OR transport* OR drive* OR ship* OR "pick up" OR "picked up" OR "picks up" OR send* OR sent OR "chain of custody" OR custody OR look* OR search* OR stor* OR keep* OR transfer* OR "hand off" OR "handed off" OR "handing off" OR "hands off"

Regards,

*Kristina M. Schindele*

Kristina M. Schindele
Deputy Attorney General
Idaho Department of Correction

Enclosures