*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 3

**(IDOC Purchase Order)**

**Bill To:**
Idaho Department of Correction
1299 N Orchard St, Suite 110
Boise, ID 83706



IDAHO DEPARTMENT OF CORRECTION

**Purchase Order**

THIS NUMBER MUST APPEAR ON
ALL INVOICES, BILLS OF LADING
AND PACKAGES.

**P.O. Nbr:**

**Vendor Code:** Exempt
**Acct #:**
**Vendor:** Exempt per I.C. § 19-2716A

**Ship-To:** Josh Tewalt
Director

**Date:**

| Ship Via | FOB | Prepaid Freight | Requisitioner | Vendor Contact<br>Exempt per I.C. § 19-2716A | |
|---|---|---|---|---|---|
| Buyer | Delivery Date<br>TBD | Terms<br>See Below | Mstr Agree # | Sub Object | PCA |

| Line | Qty | U/M | Item Code/Description | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 1 | 1 | | Pentobarbital  15 grams | | 50000.00 | N |
| | | | Upon payment, Vendor agrees to maintain and store the items in accordance with all applicable regulations until IDOC takes possession of the items. | | | |
| | | | Vendor agrees to refund IDOC an amount up to $50.000.00 if it fails to provide to IDOC the purchased items, in whole or in part. | | | |

| | Total | $50,000.00 |
|---|---|---|

**Vendor**
By using a mark (i.e. "X"), Vendor acknowledges said mark constitutes a valid signature for this Purchase Order.

IDOC Witness

IDOC Witness