<em>Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.</em><br>Case No. 1:21-cv-00359-BLW

# EXHIBIT 4

**(Defendants' Privilege Log)**

| | | | Defendants' Privilege Log Case No. 1:21-cv-359-BLW Revised April 14, 2023 | | |
|---|---|---|---|---|---|
| PROD CustomText | PROD BEGDOC | Privilege | Privilege Reason | Further explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
| PROD_VOL003 | IDOC00005484 | YES | PII | Staff medical information has been redacted. | Document is the firearm instructor training tracker. Staff medical information related to training has been redacted. |
| PROD_VOL003 | IDOC00005896 | Yes | PII | Staff home address has been redacted. | |
| PROD_VOL003 | IDOC00005915 | YES | PII | Staff home address and phone number have been redacted. | |
| PROD_VOL003 | IDOC00005938 | YES | PII | Staff home address and phone number have been redacted. | |
| PROD_VOL003 | IDOC00005996 | YES | PII; Other: 19-2716A | This email contains personnel information related to former Deputy Chief Ross Castleton. The information is confidential and for attorney eyes only. The redacted information could lead to the disclosure of a potential source or a team member - the recovery doctor. | |
| PROD_VOL003 | IDOC00006096 | Yes | REVISED Attorney-Client Communication (removed 19-2716A) | Communication from legal counsel. | Email includes attorney's assessment of a recent court proceeding. |
| | IDOC00006112 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication to legal counsel seeking advice. | Document contains communications between staff and counsel required by 74-103(5). |
| PROD_VOL004 | IDOC00006165 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL004 | IDOC00006171 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL004 | IDOC00006192 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL004 | IDOC00006555 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a public record response. |
| PROD_VOL005 | IDOC00006580 | Yes | REVISED Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. |
| PROD_VOL005 | IDOC00006606 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. |
| PROD_VOL005 | IDOC00006629 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Client asks specific legal questions to counsel related to a media inquiry. |
| PROD_VOL005 | IDOC00006651 | Yes | REVISED: Attorney-Client Communication; Other: Executive Privilege | Communication to legal counsel seeking advice. Confidential communication between state executives. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. |
| PROD_VOL005 | IDOC00006691 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. Client asked specific legal questions to counsel related to a media inquiry. |
| PROD_VOL005 | IDOC00006714 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. Client asked specific legal questions to counsel related to a media inquiry. |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL005 | IDOC00006737 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communication to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. Client asked specific legal questions to counsel related to a media inquiry. |
| PROD_VOL005 | IDOC00006760 | Yes | REVISED: Attorney-Client Communication; Other: Executive privilege | Communcation to legal counsel seeking advice. Confidential communication between state executives to determine accurate response. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. Client asked specific legal questions to counsel related to a media inquiry. |
| PROD_VOL005 | IDOC00006784 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00006835 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00006929 | Yes | Attorney-Client Communication | Communication to client with settlement offer. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00006934 | Yes | Attorney-Client Communication | Communication to client regarding case statuses. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007009 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007012 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007015 | Yes | REVISED: Attorney Work-Product; PII | Communication between counsel regarding representation. Communication contains personal health information about counsel. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007156 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007305 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007377 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007381 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007385 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007393 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007402 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. Client asked specific legal questions to counsel related to a media inquiry. |
| PROD_VOL005 | IDOC00007478 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007489 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007547 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007559 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007565 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007571 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL005 | IDOC00007578 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007621 | Yes | REVISED: Attorney-Client Communication (removed work product) | Communication to client regarding representation. | Counsel is discussing legal document with client. |
| PROD_VOL005 | IDOC00007639 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel is discussing legal document with client. |
| PROD_VOL005 | IDOC00007672 | Yes | Attorney-Client Communication | Communication to client regarding representation. | Counsel is providing interpretation of court order to client. |
| PROD_VOL005 | IDOC00007684 | Yes | Attorney-Client Communication | Communication to client regarding representation. | Counsel is providing interpretation of proceedings to client. |
| PROD_VOL005 | IDOC00007687 | Yes | Attorney Work-Product | Communication between counsel regarding legal issues. | Counsel are gathering records and discussing a public records request submitted to OAG. |
| PROD_VOL005 | IDOC00007688 | NO | REVISED: no redaction | | |
| PROD_VOL005 | IDOC00007746 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a response to the Court in a legal proceeding. |
| PROD_VOL005 | IDOC00007748 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007795 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007799 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007803 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00007871 | Yes | Attorney Work-Product | Communication with potential expert. | |
| PROD_VOL005 | IDOC00007873 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | |
| PROD_VOL005 | IDOC00007875 | Yes | Attorney Work-Product | Communication regarding legal strategy. | |
| PROD_VOL005 | IDOC00007891 | Yes | Attorney Work-Product | Communciation regarding legal strategy. | |
| PROD_VOL005 | IDOC00007903 | Yes | Attorney Work-Product | Communication regarding legal strategy. | |
| PROD_VOL005 | IDOC00007907 | Yes | Attorney Work-Product | Communication regarding legal strategy. | |
| PROD_VOL005 | IDOC00007942 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | |
| PROD_VOL005 | IDOC00007943 | Yes | Attorney Work-Product | Communication regarding legal strategy. | Defendants did not make redactions in these documents. |
| PROD_VOL005 | IDOC00007956 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00008011 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00008038 | Yes | Attorney-Client Communication | Communciation to client regarding representation. | Counsel are providing legal advice. |
| PROD_VOL005 | IDOC00008093 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00008142 | Yes | Attorney-Client Communication | Communication to client regarding representation. | Counsel are providing legal advice. |
| PROD_VOL005 | IDOC00008227 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00008231 | Yes | Attorney Work-Product | Communication between counsel regarding representation. | Counsel are discussing a legal proceeding. |
| PROD_VOL005 | IDOC00008235 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel regarding representation. Communication from client requesting advice. | Client asks specific legal questions to counsel related to a media inquiry. Counsel discuss legal issues between themselves. |
| PROD_VOL005 | IDOC00008277 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Document contains communications between staff and counsel required by 74-103(5). |

| PROD CustomText | PROD BEGDOC | Privilege | Privilege Reason | Further explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
|---|---|---|---|---|---|
| PROD_VOL005 | IDOC00008292 | Yes | Attorney-Client Communication | Communciation between counsel and client regarding representation. | Document contains communications between staff and counsel required by 74-103(5). |
| PROD_VOL005 | IDOC00008295 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. | Document contains communications between counsel regarding review necessary under 74-103(5). |
| | | | | | |
| | | | Pizzuto v. Tewalt, et al. Case No. 1:21-cv-359-BLW | | |
| | | | Productions 006-009 (Added April 14, 2023) | | |
| PROD CustomText | PROD BEGDOC | Privilege | Privilege Reason | Further explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
| PROD_VOL006 | IDOC00008311 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. | Document contains communications between counsel regarding review necessary under 74-103(5). |
| PROD_VOL006 | IDOC00008444 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. | Document contains communications between staff and counsel required by 74-103(5). |
| PROD_VOL006 | IDOC00008447 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel and client regarding representation. | Document contains communications between staff and counsel required by 74-103(5). |
| PROD_VOL006 | IDOC00008462 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL007 | c | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009507 | Yes | PII: HIPAA | Communication contains PII: protected health information of staff members. | Employee discusses her medical issues. |
| PROD_VOL009 | IDOC00009611 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009612 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009614 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding, including interpretation of an opinion. |
| PROD_VOL009 | IDOC00009668 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009746 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009775 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00009819 | Yes | Attorney Work-Product; Attorney-Client Communication | Communciation between counsel and counsel/client regarding representation. | Counsel is discussing legal issues. |
| PROD_VOL009 | IDOC00009825 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel is discussing legal issues. |
| PROD_VOL009 | IDOC00009829 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | It does not appear Defendants redacted anything on this email. |
| PROD_VOL009 | IDOC00009924 | Yes | Attorney Work-Product; Attorney-Client Communication | Communciation between counsel and counsel/client regarding representation. | Counsel and client are discussing legal issues. |
| PROD_VOL009 | IDOC00010190 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel is discussing legal issues and interpreting a legal opinion. |
| PROD_VOL009 | IDOC00010192 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel is discussing legal issues. |
| PROD_VOL009 | IDOC00010284 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel and client are discussing counsel's interpretations of other litigation. Counsel is providing legal advice to client. |
| PROD_VOL009 | IDOC00010863 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client seeking legal advice concerning the implications of an act and next steps. |
| PROD_VOL009 | IDOC00010864 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Counsel and client discussing the implications of an act and next steps. |
| PROD_VOL009 | IDOC00010938 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel discussing legal advice on inquiry from media. |
| PROD_VOL009 | IDOC00010943 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel discussing legal advice on inquiry from media. |
| PROD_VOL009 | IDOC00011120 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel discussing legal advice on inquiry from media. |
| PROD_VOL009 | IDOC00011185 | Yes | Attorney-Client Communication | Communication between counsel and between counsel/client regarding representation. | Counsel is discussing a legal proceeding and providing interpretation of an opinion. |
| PROD_VOL009 | IDOC00011264 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client seeking legal advice concerning the implications of an act and next steps. |

| PROD_VOL009 | IDOC00011266 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client seeking legal advice concerning the implications of an act and next steps. |
|---|---|---|---|---|---|
| PROD_VOL009 | IDOC00011484 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication from client seeking legal advice. Confidential communication between state executives to determine accurate response. | Client seeking specific legal advice. Counsel is reviewing proposed response to media inquiry. |
| PROD_VOL009 | IDOC00011506 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client seeking specific legal advice. Counsel is reviewing proposed advice client media inquiry. |
| PROD_VOL009 | IDOC00011516 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Counsel is responding to specific request from client. |
| PROD_VOL009 | IDOC00011527 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication between client and counsel regarding representation. Confidential communication between state executives to determine accurate response. | Client is seeking specific legal advice. |
| PROD_VOL009 | IDOC00011576 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication between client and counsel regarding representation. Confidential communication between state executives to determine accurate response. | Client is seeking specific legal advice. Counsel is responding to specific request from client. |
| PROD_VOL009 | IDOC00011590 | Yes | Attorney-Client Communication | Communication from client requesting legal advice. | Client is seeking specific legal advice. |
| PROD_VOL009 | IDOC00011692 | Yes | Attorney-Client Communication; Other: Executive Privilege | Communication betwen client and counsel regarding representation. Confidential communication between state executives to determine accurate response. | Client seeking specific legal advice. Counsel is reviewing proposed response to media inquiry. |
| PROD_VOL009 | IDOC00011785 | Yes | Attorney-Client Communication | Communciation from client seeking legal advice. | Client is seeking specific legal advice. |
| PROD_VOL009 | IDOC00011788 | Yes | Attorney-Client Communication | Communciation from counsel regarding representation. | Counsel is providing legal advice in a legal proceeding. |
| PROD_VOL009 | IDOC00011792 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is providing legal advice in a legal proceeding. |
| PROD_VOL009 | IDOC00011823 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00011854 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Client and counsel are discussing a legal proceeding. |
| PROD_VOL009 | IDOC00011862 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00011865 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00011869 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| PROD_VOL009 | IDOC00011875 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeeding. |
| PROD_VOL009 | IDOC00011909 | Yes | Attorney-Client Communication | Communication between counsel and client regarding representation. | Counsel is providing legal advice in a legal proceeding. |
| PROD_VOL009 | IDOC00011918 | Yes | Attorney-Client Communication | Communication between staff referencing legal advice received. | Client is discussing legal advice. |
| PROD_VOL009 | IDOC00011981 | Yes | Attorney-Client Communication | Communication between staff referencing legal advice received. | Client is discussing legal advice. |
| PROD_VOL009 | IDOC00011985 | Yes | Other: 19-2716A | Communication includes information deemed confidential per Idaho Code 19-2716A. | Email identifies a member of the escort team. |
| PROD_VOL009 | IDOC00012087 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is discussing a legal proceeding. |
| | | | | | |
| | | | Pizzuto v. Tewalt, et al. Case No. 1:21-cv-359-BLW | | |
| | | | Production 010 (Added June 20, 2023) | | |
| PROD CustomText | PROD BEGDOC | Privilege | Privilege Reason | Further explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
| PROD_VOL010 | IDOC00012317 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers. |
| PROD_VOL010 | IDOC00012320 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is providing legal advice. |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL010 | IDOC00012323 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers. |
| PROD_VOL010 | IDOC00012349 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order and requisition numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL010 | IDOC00012350 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order and requisition numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL010 | IDOC00012351 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order and requisition numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL010 | IDOC00013439 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client is seeking specific legal advice. |
| PROD_VOL010 | IDOC00013458 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Client is seeking specific legal advice. Counsel is providing specific legal advice. |
| PROD_VOL010 | IDOC00013477 | Yes | Attorney-Client Communication | Communication from client seeking legal advice. | Client is seeking specific legal advice. |
| PROD_VOL010 | IDOC00013493 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Client is seeking specific legal advice. Counsel is providing specific legal advice. |
| PROD_VOL010 | IDOC00013533 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Client is seeking specific legal advice. Counsel is providing specific legal advice. |
| PROD_VOL010 | IDOC00013561 | Yes | Attorney-Client Communication | Communication between client and counsel regarding representation. | Client is seeking specific legal advice. Counsel is providing specific legal advice. |
| PROD_VOL010 | IDOC00013785 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. | Counsel is providing legal advice and interpretation of an order. |
| PROD_VOL010 | IDOC00013848 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. Note this is a pdf of an email. Some of the redacted information was redacted in response to a public records request. Those redactions are labeled in the document with the basis for the redaction. | Counsel is providing legal advice. |
| PROD_VOL010 | IDOC00013901 | Yes | Attorney-Client Communication | Communication from counsel regarding representation. Note this is a pdf of an email. Some of the redacted information was redacted in response to a public records request. Those redactions are labeled in the document with the basis for the redaction. | Counsel is providing legal advice. |

| PROD CustomText | PROD BEGDOC | TG - Privilege | TG - Privilege Reason | Explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
|---|---|---|---|---|---|
| PROD_VOL010 | IDOC00015357 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL010 | IDOC00015358 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document contains name of execution team member |
| PROD_VOL010 | IDOC00015381 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |

Pizzuto v. Tewalt, et al. Case No. 1:21-cv-359-DCN
Production 12 on September 5 and added October 3, 2023

| PROD CustomText | PROD BEGDOC | TG - Privilege | TG - Privilege Reason | Explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
|---|---|---|---|---|---|
| PROD_VOL012 | IDOC00015407 | Yes | Attorney Work-Product | Communication between counsel regarding analysis of client legal issues. | Counsel discussing legal issues facing client. |
| PROD_VOL012 | IDOC00015408 | Yes | Attorney Work-Product | Communication between counsel regarding analysis of client legal issues. | Counsel discussing legal issues facing client. |
| PROD_VOL012 | IDOC00015410 | Yes | Attorney Work-Product | Communication between counsel regarding analysis of client legal issues. | Counsel discussing legal issues facing client. |
| PROD_VOL012 | IDOC00015412 | Yes | Attorney-Client Communication | Communication between client and counsel concerning topics related to representation. | Client requesting legal advice regarding responses to a media inquiry |
| PROD_VOL012 | IDOC00015435 | Yes | Attorney-Client Communication | Communication between client and counsel concerning topics related to representation. | Client requesting legal advice regarding responses to a media inquiry |
| PROD_VOL012 | IDOC00015788 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers, UPS tracking numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL012 | IDOC00015789 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies. |

| PROD Custom Text | PROD BEGDOC | TG - Privilege | TG - Privilege Reason | Explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
|---|---|---|---|---|---|
| PROD_VOL012 | IDOC00015791 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers, UPS tracking numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL012 | IDOC00015794 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of exeution supplies (or one of the employees) or includings information that could lead to the identity of an execution supplier, incuding Purchase Order numbers. |
| PROD_VOL012 | IDOC00015795 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order and requisition numbers, UPS tracking numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL012 | IDOC00015798 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers, UPS tracking numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. |
| PROD_VOL012 | IDOC00015799 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers, UPS tracking numbers and item numbers. IDOC has determined that some item numbers can be used to identify an execution supplier. IDOC staff googled a sample of item numbers and many identify the execution supplier. document discloses the date of delivery, which could be used to identify the execution supplier. |
| PROD_VOL012 | IDOC00015803 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies (or one of the employees) or includes information that could lead to the identity of an execution supplier, including requisition number and the date the requisition was submitted. |
| | | | | Pizzuto v. Tewalt, et al. Case No. 1:21-cv-359-DCN  Through Production - October 3, 2023 | |
| PROD Custom Text | PROD BEGDOC | TG - Privilege | TG - Privilege Reason | Explanation | Defendants' Explanation under F.R.C.P.26(b)(5)(A)(ii) |
| PROD_VOL013 | IDOC00017502 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |

IDOC Data Sensitivity Classification - L3 Restricted

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017503 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017504 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017505 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017506 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017507 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017508 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017509 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017510 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017511 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017513 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017514 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017515 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017516 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017517 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017518 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017519 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017520 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017521 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017522 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017524 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017525 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017526 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017527 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017528 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017530 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017531 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017532 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017534 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017535 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017536 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017537 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017538 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017539 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |
| PROD_VOL013 | IDOC00017540 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017541 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017542 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | agenda identifies members of the escort team |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017544 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017554 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including Purchase Order numbers. |
| PROD_VOL013 | IDOC00017555 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies. The redaction on IDOC00015556 is a stray mark and does not actually cover any data. |
| PROD_VOL013 | IDOC00017557 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes infromation that could lead to the identity of an execution supplier, including tracking numbers and item identification numbers. IDOC found that searching for item identification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017559 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | spreadsheet identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identifiation numbers. IDOC found that searching for item identification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017562 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | spreadsheet identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identifiation numbers. IDOC found that searching for item identification numbers can disclose the id |
| PROD_VOL013 | IDOC00017564 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | spreadsheet identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identifiation numbers. IDOC found that searching for item identification numbers can disclose the id |
| PROD_VOL013 | IDOC00017566 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including vendor codes, purchase order numbers, and item identification numbers. IDOC found that item identification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017567 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including tracking numbers and item identification numbers. IDOC found that searching for item identification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017570 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers. IDOC found that searching for item identification numbers can disclose the identity of the supplier. |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017571 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including tracking numbers and item identification numbers. IDOC found that searching for item identification numbers can disclose the identify of the supplier. |
| PROD_VOL013 | IDOC00017575 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and requisition numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017580 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017582 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017585 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017586 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including tracking numbers and item identification numbers. IDOC found that searching for item identification numbers |
| PROD_VOL013 | IDOC00017589 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017591 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | spreadsheet identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identifiation numbers. IDOC found that searching for item identification numbers can disclose the id |

| | | | | | |
|---|---|---|---|---|---|
| PROD_VOL013 | IDOC00017592 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | document identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including tracking numbers and item identification numbers. IDOC found that searching for item identification numbers |
| PROD_VOL013 | IDOC00017596 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017599 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017600 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017603 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017604 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies the supplier of execution supplies or includes information that could lead to the identity of an execution supplier, including item identification numbers and Purchase Order numbers. IDOC found that searching for item idenification numbers can disclose the identity of the supplier. |
| PROD_VOL013 | IDOC00017795 | Yes | Other | Communication includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies to be used during an execution. | email identifies members of the escort team |
| PROD_VOL013 | IDOC00017809 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication between counsel regarding analysis of client legal issues. | Counsel explaining legal issue and procedures for client. |
| PROD_VOL013 | IDOC00017837 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication from counsel concerning client legal issues | Counsel explaining legal issue and procedures for client. |
| PROD_VOL013 | IDOC00017839 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication from counsel concerning client legal issues | Counsel explaining legal issue and procedures for client. |
| PROD_VOL013 | IDOC00017850 | Yes | Attorney Work-Product; Attorney-Client Communication | Communication from counsel concerning client legal issues | Counsel explaining legal issue and procedures for client. |

Defendants' Supplemental Response to RFPs dated December 11, 2023

| | | | | | |
|---|---|---|---|---|---|
| Purchase Order | | Yes | Other | Purchase Order includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of execution chemicals. | Document includes information that could lead to the identity of an execution supplier. Specifically, the date of purchase order has been redacted. IDOC submits the date can be used to trace the supplier of the chemical. |
| Event Project Code | | Yes | Other | Document includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of supplies, equipment and/or chemical to be used during an execution. | Email includes the project code which could be used to trace persons or entities that provide supplies, equipment and/or chemicals to be used in an execution. |
| F Block Equipment | | Yes | Other | Document includes information deemed confidential per Idaho Code 19-2716A. Information could identify a source of equipment to be used during an execution. | Document has been redacted to protect the identity of a person or entity that provides equipment or services equipment used during an execution. |