*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 7

**(Plaintiff's Sixth Set of Requests for Admission, dated Oct. 27, 2023)**

Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900, Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
1650 Market Street, Suite 500
Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>　　　　Defendants. | CASE NO. 1:21-cv-00359-BLW<br><br>**Plaintiff's Sixth Set of Requests for Admission** |

Plaintiff's Sixth Set of Requests for Admission – Page 1

**Plaintiff's Sixth Set of Requests for Admission**

Plaintiff Gerald Ross Pizzuto, Jr., hereby requests, pursuant to Rule 36 of the Federal Rules of Civil Procedure, that Defendants answer the requests for admission set forth below within thirty days of service.

**Definitions**

1. The term "Execution Drugs" means chemicals or other substances that will be delivered into an inmate's body during the execution process.  Mr. Pizzuto will use "Drugs" and similar terms in the plural for ease of reference without implying anything about whether the State has chosen a single- or a multi-chemical execution protocol, something Defendants have not revealed to him.  Defendants are expected to answer all requests below regardless of whether they have selected a single- or a multi-chemical protocol.

2. The term "Execution Chemicals Form" means the form entitled "Execution Chemicals Preparation and Administration" that is available on IDOC's website at http://forms.idoc.idaho.gov/WebLink/0/edoc/982043/Execution%20Chemicals%20Preparation%20and%20Administration.pdf [https://perma.cc/3SE6-E3ZB].

3. The terms "Defendants" and "you" means the defendants in this action, including their current or former officials, managers, employees, agents, attorneys, representatives, contractors, subcontractors, and/or other persons acting on their behalf.

4. The term "IDOC" refers to the Idaho Department of Correction.

5. The term "SOP 135" means the document entitled "Execution Procedures," denominated version 4.0 of IDOC Standard Operating Procedure Control Number 135.02.01.001, approved March 30, 2021, and available on IDOC's website at

http://forms.idoc.idaho.gov/WebLink/0/edoc/283090/Execution%20Procedures.pdf

[https://perma.cc/9T7Z-USJ9].

## Instructions

1. These Requests for Admission are directed equally at Defendant Josh Tewalt and Defendant Tim Richardson.[1] Defendants should clarify who is responding to each Request for Admission and whether they have different responses or the same responses.

## Requests for Admission

146. Admit or deny that IDOC identified a source of Execution Drugs prior to October 10, 2023.

    **Answer:**

147. Admit or deny that IDOC identified a source of Execution Drugs prior to October 11, 2023.

    **Answer:**

148. Admit or deny that IDOC identified a source of Execution Drugs prior to October 12, 2023.

    **Answer:**

149. Admit or deny that IDOC identified a source of Execution Drugs prior to October 13, 2023.

    **Answer:**

150. Admit or deny that IDOC obtained Execution Drugs prior to October 10, 2023.

    **Answer:**

151. Admit or deny that IDOC obtained Execution Drugs prior to October 11, 2023.

    **Answer:**

---

[1] Tim Richardson is automatically substituted into this case as a defendant in place of Tyrell Davis. *See* Dkt. 13 at 1 n.1. Responses to these Requests should therefore be made by Defendants Tewalt and Richardson.

Plaintiff's Sixth Set of Requests for Admission – Page 3

152. Admit or deny that IDOC obtained Execution Drugs prior to October 12, 2023.

    **Answer:**

153. Admit or deny that IDOC obtained Execution Drugs prior to October 13, 2023.

    **Answer:**

154. Admit or deny that Director Tewalt selected Method 1 for Thomas Creech's scheduled November 2023 execution, as described in the Execution Chemicals Form.

    **Answer:**

155. Admit or deny that Director Tewalt selected Method 2 for Mr. Creech's scheduled November 2023 execution as described in the Execution Chemicals Form.

    **Answer:**

156. Admit or deny that Director Tewalt selected Method 3 for Mr. Creech's scheduled November 2023 execution as described in the Execution Chemicals Form.

    **Answer:**

157. Admit or deny that Director Tewalt selected Method 4 for Mr. Creech's scheduled November 2023 execution as described in the Execution Chemicals Form.

    **Answer:**

158. Admit or deny that IDOC obtained each of the chemicals listed in the Method that it selected from the Execution Chemicals Form.

    **Answer:**

159. Admit or deny that the source of the Execution Chemicals currently in IDOC's possession has agreed to provide drugs again in the future for subsequent executions.

    **Answer:**

160. Admit or deny that IDOC would potentially use the Execution Chemicals currently in its possession to execute Mr. Pizzuto.

    **Answer:**

161. Admit or deny that the Execution Chemicals currently in IDOC's possession are compounded.

    **Answer:**

162. Admit or deny that the Execution Chemicals currently in IDOC's possession are in powder form.

    **Answer:**

163. Admit or deny that the Execution Chemicals currently in IDOC's possession have not yet been tested in the fashion described on pages 2–3 of SOP 135.

    **Answer:**

164. Admit or deny that IDOC has chosen a laboratory to perform the testing described on pages 2–3 of SOP 135 with respect to the Execution Chemicals currently in IDOC's possession.

    **Answer:**

165. Admit or deny that IDOC has generated the "chain of custody document" described on page 19 of SOP 135 for the Execution Chemicals currently in IDOC's possession.

    **Answer:**

166. Admit or deny that IDOC determined the expiration or beyond-use date of the Execution Chemicals as described on page 19 of SOP 135 for the Execution Chemicals currently in IDOC's possession.

    **Answer:**

167. Admit or deny that IDOC generated the "observational logbook" described on page 15 of SOP 135 with respect to Mr. Creech's scheduled November 2023 execution.

    **Answer:**

168. Admit or deny that Warden Richardson generated the "execution log" described on pages 21–22 of SOP 135 with respect to Mr. Creech's scheduled November 2023 execution.

    **Answer:**

169. Admit or deny that the Execution Chemicals currently in IDOC's possession are located in Warden Richardson's office.

    **Answer:**

170. Admit or deny that the Execution Chemicals currently in IDOC's possession are in a refrigerator.

    **Answer:**

171. Admit or deny that the Execution Chemicals currently in IDOC's possession are frozen.

    **Answer:**

172. Admit or deny that IDOC intends to use the same medical team for Mr. Pizzuto's execution and for Mr. Creech's execution.

    **Answer:**

    DATED this 27th day of October 2023.

                                    /s/ Jonah J. Horwitz
                                    Jonah J. Horwitz
                                    Christopher M. Sanchez
                                    Federal Defender Services of Idaho

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of October 2023, I served the foregoing document by email on opposing counsel at the following address:

Kristina M. Schindele
krschind@idoc.idaho.gov

                                                /s/ Jonah J. Horwitz
                                                Jonah J. Horwitz