*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 8

**(Arizona Purchase Order, dated Jan. 13, 2014)**

06-05-'14 15:21 FROM-            T-058 P0001/0001 F-198

ARIZONA DEPARTMENT OF CORRECTIONS

**Request for Purchase / Purchase Order**

May 1/21/14

Purchase Order Number

| RFP Number | Activity Manager and Date* | AZ Contract Number |
|---|---|---|
| Budget Unit<br>ASPC-F WARDEN | Budget Group Authority and Date*~ | Purchasing and Date* |
| Date Prepared<br>01/13/2014 | Index      PCA | Accounting and Date* |
| Requestor and Phone*<br>CARSON MCWILLIAMS | Compt Obj | Vendor Number and Mail Code |

| Vendor | Ship To<br>ASPC-FLORENCE<br>1305 E BUTTE AVE<br>FLORENCE, AZ 85132 | Bill To<br>ASPC-FLORENCE<br>P.O. BOX 629<br>FLORENCE, AZ 85132 |
|---|---|---|
| Phone Number | Attn and M/C<br>WAREHOUSE | Customer Number |

| Line No. | Qty | Unit | Commodity No. | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 01 | 5 | EA | | HYDROMORPHONE 5ML AMP | 68.90 | 344.50 |
| 02 | 5 | EA | | MIDAZOLAM HCL 5MG/ML VIAL 10 ML | 115.35 | 576.75 |

| Delivery Required | Terms** | FOB | Subtotal | $921.25 |
|---|---|---|---|---|
| | | | Tax | |
| Received and Date* - I certify this order received except as noted above. | | | Freight | $8.95 |
| | | Authorized Agent and Date*+ 1/13/14 | Total | 930.20 |

\* Requires signature
~ Signature must be on file with Financial Services Bureau as authorized to sign RFP
+ Signature must be on file with the Financial Services Bureau as authorized to sign encumbrances/purchase orders
** See reverse side for State of Arizona Purchase Order Terms and Conditions

Distribution:   Original - Vendor    Copy - Accounting    Copy - Budget Group Authority    Copy - Receiver    Copy - Purchasing

302-2P
1/24/02