*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 9

**(Tennessee Purchase Orders)**

Below qty is per lethal injection

| Drug | NDC | Available dose | Qty Needed | Price |
|---|---|---|---|---|
| Midazolam (C IV) | | 5mg/ml x 2mlx10 (100mg) | 5 | $ 1,500.00 |
| Vecuronium | | 10mg x 10ea (100mg) | 1 | $ 750.00 |
| Potassium Chloride | | 2mEq/mlx20ml (40mEq) | 3 | $ 250.00 |

**Total**  $ 2,500.00

| | |
|---|---|
| Number of Inmates | 20 |
| Drug sets per inmate | 2 |
| Total sets | 40 |

Total Price  $ 100,000.00

Drug Availability

| Drug | NDC | Qty Needed | Qty Available |
|---|---|---|---|
| Midazolam | | 200 | 24 |
| Vecuronium | | 40 | 18 |
| Potassium Chloride | | 120 | 125+ |

1

Below qty is per lethal injection

| Drug | NDC | Available dose | Qty Needed |
|---|---|---|---|
| Midazolam | | 5mg/ml x 2mlx10 (100mg) | 5 |
| Vecuronium | | 10mg x 10ea (100mg) | 1 |
| Potassium Chloride | | 2mEq/mlx20ml (40mEq) | 3 |

**Total**

| | |
|---|---|
| Number of Inmates | 20 |
| Drug sets per inmate | 2 |
| Total sets | 40 |

Drug Availability

| Drug | NDC | Qty Needed | Qty Available |
|---|---|---|---|
| Midazolam | | 200 | 24 |
| Vecuronium | | 40 | 18 |
| Potassium Chloride | | 120 | 125+ |

2



# INVOICE



INVOICE NO.   TN001
DATE   November 1, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  | TNDOC |  |  |  |  |  |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 8.00 |  | Midazolam 5mg/ml; 10 x 5mL |  | $ 750.00 | $ 6,000.00 |
| 4.00 |  | Vecuronium 10mg; 10 x 10mL |  | $ 750.00 | $ 3,000.00 |
|  |  |  |  |  | $ |

|  | |
|---|---|
| TOTAL DISCOUNT | $ 1,500.00 |
| SUBTOTAL | $ 9,000.00 |
| SALES TAX |  |
| TOTAL | $ 9,000.00 |

Make all checks payable to: ▓▓▓▓▓
THANK YOU FOR YOUR BUSINESS!

3




# INVOICE



INVOICE NO.   TN003
DATE   November 27, 2017

**TO**
TNDOC
320 6ᵗʰ Avenue North
Nashville, TN 37243

**SHIP TO**
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  | TNDOC |  |  |  |  |  |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 |  | Midazolam 5mg/ml; 10 x 5mL |  | $ 750.00 | $ 3,000.00 |
| 4.00 |  | Vecuronium 10mg; 10 x 10mL |  | $ 750.00 | $ 3,000.00 |

| | |
|---|---|
| TOTAL DISCOUNT | $ 1,500.00 |
| SUBTOTAL | $ 6,000.00 |
| SALES TAX | |
| TOTAL | $ 6,000.00 |

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!

4





# INVOICE

INVOICE NO.   TN004
DATE   December 14, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | TNDOC | | | | | |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 | | Midazolam 5mg/ml; 10 x 5mL | | $ 750.00 | $ 3,000.00 |
| 1.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 750.00 |
| 1.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 750.00 |

TOTAL DISCOUNT   $ 2,250.00
SUBTOTAL   $ 4,500.00
SALES TAX
TOTAL   $ 4,500.00

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!

5



# INVOICE



INVOICE NO.  TN005
DATE  December 28, 2017

**TO**
TNDOC
320 6th Avenue North
Nashville, TN 37243

**SHIP TO**
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | TNDOC | | | | | |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 8.00 | | Midazolam 5mg/ml; 10 x 5mL | | $ 750.00 | $ 6,000.00 |
| 4.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 3,000.00 |
| 4.00 | | Sterile Water for Injection | | $ 100.00 | $ 400.00 |
| 1.00 | | Sterile Water for Injection | | $ 100.00 | $ 100.00 |
| 50.00 | | Potassium Chloride (2 mEq/mL) | | $ 83.00 | $ 4,150.00 |

|  |  |
|---|---|
| TOTAL DISCOUNT | $ 1,783.00 |
| SUBTOTAL | $ 13,650.00 |
| SALES TAX | |
| TOTAL | $ 13,650.00 |

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!








INVOICE NO. TN001
DATE October 26, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | TNDOC | | | | | |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 | | Midazolam 5mg/ml; 10 x 5mL | | $ 750.00 | $ 3,000.00 |
| 2.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 1,500.00 |
| 50.00 | | Potassium Chloride 2mEq/mL x 20ml | | $ 83.00 | $ 4,150.00 |
| | | | TOTAL DISCOUNT | $ 1,583.00 | |
| | | | | SUBTOTAL | $ 8,650.00 |
| | | | | SALES TAX | |
| | | | | TOTAL | $ 8,650.00 |

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!

7