*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.*
Case No. 1:21-cv-00359-BLW

# EXHIBIT 10

**(Declaration of Jonah J. Horwitz, dated Dec. 15, 2023)**

# DECLARATION OF JONAH J. HORWITZ

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify.

2. I represent Plaintiff Gerald Ross Pizzuto, Jr. in this action.

3. In compliance with Local Rule 37.1, I had a meet-and-confer phone call with opposing counsel on December 5, 2023. During that call, I discussed with opposing counsel our disagreement regarding the application of § 19-2716A to the requests for admission at issue in today's motion to compel. We were not able to resolve the dispute.

4. In further email correspondence, the parties agreed that our December 5 call was sufficient to satisfy the meet-and-confer requirement with respect to the redaction on the purchase order as well, since it involved the same issue.

5. In an email dated December 13, 2023, the Court authorized Mr. Pizzuto to file a motion to compel on the dispute described above with the opening brief limited to seven pages.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of December 2023, at Boise, Idaho.

/s/ Jonah J. Horwitz
Jonah J. Horwitz

DECLARATION OF JONAH J. HORWITZ - 1