IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br>    Plaintiff, <br>v. <br><br>JOSH TEWALT, Director, Idaho Dept. of Correction, in his official capacity; and TIM RICHARDSON, Warden, Idaho Maximum Security Institution, <br><br>    Defendants. | CASE NO. 1:21-cv-00359-BLW <br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES** |

This matter is before the Court on the parties' Seventh Stipulation to Modify the Scheduling Order Deadlines (Dkt. 100). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt. 43), as amended (Dkt. 99), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: **January 12, 2024**. *See* Dkt. 99.

2. Deadline for Defendants' expert disclosures: **January 22, 2024**. *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: **February 7, 2024**. *See id.*

4. Cut-off for all expert discovery: **February 21, 2024**. *See id.*

5. Dispositive motion deadline: **March 18, 2024**. *See id.*

DATED: **December 22, 2023**

B. Lynn Winmill
U.S. District Court Judge

**ORDER AMENDING SCHEDULING ORDER – 1**