IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., | ) | CASE NO. 1:21-cv-00359-BLW |
| | ) | |
| Plaintiff, | ) | **ORDER ON STIPULATION TO** |
| v. | ) | **MODIFY SCHEDULING ORDER** |
| | ) | **DEADLINES** |
| JOSH TEWALT, Director, Idaho Dept. of | ) | |
| Correction, in his official capacity; and TIM | ) | |
| RICHARDSON, Warden, Idaho Maximum | ) | |
| Security Institution, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' Eighth Stipulation to Modify the Scheduling Order Deadlines (Dkt. 106). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt. 43), as amended (Dkt. 103), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: **February 12, 2024**. *See* Dkt. 103.

2. Deadline for Defendants' expert disclosures: **February 21, 2024**. *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: **March 8, 2024**. *See id.*

4. Cut-off for all expert discovery: **March 22, 2024**. *See id.*

5. Dispositive motion deadline: **April 17, 2024**. *See id.*

DATED: January 18, 2024

B. Lynn Winmill
U.S. District Court Judge

**ORDER ON AMENDING SCHEDULING ORDER – 1**