RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.**, Plaintiff, v. **JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity, **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity, Defendants. | Case No. 1:21-cv-359-DCN  DEFENDANTS' RESPONSE AND NON-OPPOSITION TO MOTION TO MODIFY PROTECTIVE ORDER |

Pursuant to Dist. Idaho Loc. Civ. R. 7.1(a)(5), Defendants notify opposing counsel and the Court that Defendants do not intend to oppose the Motion to Modify Protective Order filed February 9, 2023 (Dkt. 110).

**DEFENDANTS' NON-OPPOSITION TO MOTION TO MODIFY PROTECTIVE ORDER - 1**

Defendants affirm Thomas Creech is not yet entitled to engage in discovery, but in the interests of justice, Defendants acknowledge counsel from the same law firm represent both Plaintiffs. Counsel are familiar with the discovery propounded in response to various discovery requests in the instant case. In light of these circumstances, Defendants do not object to the Court entering an order to modify the Protective Order that was filed on April 14, 2023, (Dkt. 83), to permit counsel for Thomas Eugene Creech, as well as their experts and agents, to access all discovery materials for purposes of litigating *Creech v. Tewalt et al.*, case number 1:20-cv-114.

Defendants specifically request the Court incorporate the provisions of the stipulated protective order and direct counsel to not disclose any materials produced as "confidential" or "attorney eyes only" to any third party, including but not limited to personnel records, unredacted Medical Team Training records, and video, photos and measurements taken in the execution chamber (F Block) during the inspection conducted in July 2023.

Defendants specifically request the Court enter an order that in the event any materials subject to the Protective Order are submitted to the Court in *Creech v. Tewalt*, case number 1:20-cv-114, such materials be filed under seal and remain sealed from the public.

Respectfully submitted February 14, 2024.

MOORE ELIA & KRAFT, LLP

*/s/ Tanner J. Smith*
Tanner J. Smith
Attorneys for Defendants

OFFICE OF THE ATTORNEY GENERAL

*/s/ Kristina M. Schindele*
Kristina M. Schindele
Deputy Attorney General
Attorneys for Defendants

**DEFENDANTS' NON-OPPOSITION TO MOTION TO MODIFY PROTECTIVE ORDER - 2**

## CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2024, I caused to be served a true and correct copy of the foregoing via CM/ECF Electronic Notification:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
Stanley J. Panikowski: stanley.panikowski@dlapiper.com
Sarah E. Kalman: sarah.kalman@dlapiper.com
Caleb Lin: caleb.lin@dlapiper.com

/s/ Kristina M. Schindele
Kristina M. Schindele