IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR.,<br><br>    Plaintiff,<br>v.<br><br>JOSH TEWALT, Director, Idaho Dept. of Correction, in his official capacity; and TIM RICHARDSON, Warden, Idaho Maximum Security Institution,<br><br>    Defendants. | Case No. 1:21-cv-00359-BLW<br><br>**ORDER ON NINTH STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES** |

This matter is before the Court on the parties' Ninth Stipulation to Modify the Scheduling Order Deadlines (Dkt. 111). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS ORDERED** that the case deadlines within the scheduling order (Dkt. 43), as amended (Dkt. 107), are amended as follows:

1. Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: Friday, March 15, 2024. *See* Dkt. 107.

2. Deadline for Defendants' expert disclosures: Friday, March 22, 2024. *See id.*

3. Deadline for Plaintiff's disclosure of rebuttal experts: Monday, April 9, 2024. *See id.*

4. Cut-off for all expert discovery: Monday, April 22, 2024. *See id.*

5. Dispositive motion deadline: Friday, May 17, 2024. *See id.*

DATED: February 14, 2024

B. Lynn Winmill
U.S. District Court Judge