RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRIC COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-359-BLW<br><br>**SECOND DECLARATION OF TANNER J. SMITH** |

I, Tanner J. Smith, hereby declare under penalty of perjury that the foregoing is true and correct:

**SECOND DECLARATION OF TANNER J. SMITH - 1**

1.      I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I am one of the attorneys of record for Defendants Tewalt and Richardson. I make this Declaration based upon my own personal knowledge of the facts set forth below.

2.      In connection with this lawsuit, Plaintiff Gerald Pizzuto ("Pizzuto") has propounded numerous discovery on Defendants.

3.      On January 5, 2024, Pizzuto propounded his Eighth Set of Requests for Admission on Defendants. A true and correct copy of Pizzuto's Eighth Set of Requests for Admission is attached hereto as Exhibit A.

4.      Pizzuto's Eighth Set of Requests for Admission contained only one request, number 203. Request for Admission No. 203 asked, "Admit or deny that the Execution Drugs were manufactured by Akorn."

5.      On February 5, 2024, Defendants Tewalt and Richardson separately responded to Request for Admission No. 203. A true and correct copy of Defendants Response to Plaintiff's Eigth Set of Requests for Admission is attached hereto as Exhibit B.

6.      Defendant Tewalt responded to Request for Admission No. 203 as follows:

**Defendant Tewalt's Answer:** Defendant Tewalt objects to this RFA under Federal Rule of Civil Procedure 26(b)(1). Defendant Tewalt asserts the subject of this RFA creates an undue burden on the IDOC and interferes with the agency's duty to carry out a lawfully imposed death sentence. The Idaho Legislature enacted Idaho Code § 19-2716A to prohibit the disclosure of the identities of any person or entity who compounds, synthesizes, tests, sells, supplies, manufactures, stores, transports, procures, dispenses, or prescribes the chemicals or substances for use in an execution. Defendant Tewalt objects to disclosure of any information that could lead to the identification of the person or entity from which IDOC acquired execution chemicals and/or any person or entity who manufactured the execution chemicals. Defendant Tewalt asserts disclosure of the requested information specifically seeks information about the identity of a person or entity who manufactured the execution chemicals.

**SECOND DECLARATION OF TANNER J. SMITH - 2**

> Defendant Tewalt further objects this RFA as the information requested is irrelevant as well as immaterial to the claims at hand; its use to Plaintiff, if any, is disproportionate to his needs, and Plaintiff's interest is otherwise outweighed by the State's interest in protecting its sources and employees. Moreover, Defendants have produced the chemicals' Certificate of Analysis which documents the results of scientific testing completed on the execution chemicals, details the process and materials used during manufacturing, confirms compliance with regulatory and quality standards, and otherwise establishes the quality and safety of the execution chemicals.

7. Defendant Richardson responded to Request for Admission No. 203 as follows:

> **Defendant Richardson's Answer:** Defendant Richardson responds that he has not been assigned the responsibility of acquiring the execution chemical. He does not have sufficient information to answer and defers to Defendant Tewalt's response to this RFA.

8. On January 25, 2024, Defendants produced a Certificate of Analysis and DEA Form-222 for the State's manufactured pentobarbital. Included with this production, Defendants supplied an amended privilege log which included the claimed privileges for the redacted Certificate of Analysis. A true and correct copy of the Certificate of Analysis form produced on January 25, 2024, has been filed herein as Dkt. 108-4.

9. The January 25, 2024, privilege log explained Defendants reasoning for making the redactions to the Certificate of Analysis as follows:

> Defendants assert FRCP 26(b)(1) as disclosure would impose an undue burden on the IDOC and interference with the agency's duty to carry out a lawfully imposed death sentence. The Document includes information deemed confidential per Idaho Code § 19-2716A. Information could identify a source of supplies, equipment and/or chemical to be used during execution.

> Defendants also provided the following explanation for redaction based on Federal Rule 26(b)(5)(A)(ii):

> Document has been redacted to protect the identity of a person or entity that has supplied execution chemical.

**SECOND DECLARATION OF TANNER J. SMITH - 3**

## **CERTIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of February 2024.

                                        MOORE ELIA & KRAFT, LLP

                                        */s/ Tanner J. Smith*
                                        Tanner J. Smith
                                        Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of February 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702 | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com,<br>sarah.kalman@dlapiper.com |
| Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101 | |
| Sarah E. Kalman<br>DLA Piper LLP<br>One Liberty Place<br>1650 Market St., Ste. 500<br>Philadelphia, PA 19103 | |

*Attorneys for Plaintiff*

                                                     */s/ Tanner J. Smith*
                                                   Tanner J. Smith

# Exhibit C

Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900, Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
1650 Market Street, Suite 500
Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-00359-BLW |
| Plaintiff, | |
| v. | **Plaintiff's Eighth Set of Requests for Admission** |
| **JOSH TEWALT, et al.,** | |
| Defendants. | |

Plaintiff's Eighth Set of Requests for Admission – Page 1

**Plaintiff's Eighth Set of Requests for Admission**

Plaintiff Gerald Ross Pizzuto, Jr., hereby requests, pursuant to Rule 36 of the Federal Rules of Civil Procedure, that Defendants answer the requests for admission set forth below within thirty days of service.

**Definitions**

1. The term "Execution Drugs" refers to the chemicals that you have acknowledged are in IDOC's possession and were obtained for use in an execution.

2. The terms "Defendants" and "you" means the defendants in this action, including their current or former officials, managers, employees, agents, attorneys, representatives, contractors, subcontractors, and/or other persons acting on their behalf.

3. The term "IDOC" refers to the Idaho Department of Correction.

4. The term "Akorn" refers to Akorn Pharmaceuticals, Akorn Operating Company, and any other business in the pharmaceutical industry with the word "Akorn" in its name.

5. The term "manufactured" means produced, made, created, fabricated, etc.

**Instructions**

1. These Requests for Admission are directed equally at Defendant Josh Tewalt and Defendant Tim Richardson.[1]  Defendants should clarify who is responding to each Request for Admission and whether they have different responses or the same responses.

---

[1] Tim Richardson is automatically substituted into this case as a defendant in place of Tyrell Davis.  *See* Dkt. 13 at 1 n.1.  Responses to these Requests should therefore be made by Defendants Tewalt and Richardson.

Plaintiff's Eighth Set of Requests for Admission – Page 2

## Requests for Admission

203. Admit or deny that the Execution Drugs were manufactured by Akorn.

    **Answer:**

    DATED this 5th day of January 2024.

                          /s/ Jonah J. Horwitz
                          Jonah J. Horwitz
                          Christopher M. Sanchez
                          Federal Defender Services of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2024, I served the foregoing document by email on opposing counsel at the following addresses:

Kristina M. Schindele
krschind@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

                      /s/ Jonah J. Horwitz
                      Jonah J. Horwitz

# Exhibit D

RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br>　　Plaintiff,<br><br>v.<br><br>**JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity, **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity,<br>　　Defendants. | Case No. 1:21-cv-359-DCN<br><br>DEFENDANTS' RESPONSES TO PLAINTIFF'S EIGHTH REQUEST FOR ADMISSIONS |

　　Defendants Tewalt and Richardson, by and through their attorney of record, the Idaho Attorney General's Office, hereby respond to Plaintiff's Eighth Set of Requests for Admission.

Defendants' Response to Plaintiff's Eighth Set of Requests for Admission – Page 1

Defendants Tewalt and Richardson deny each and every allegation contained in Plaintiff's Eighth Set of Requests for Admission unless specifically and expressly admitted herein.

Discovery in this matter is ongoing; therefore, Defendants do not possess complete information at the present time. Defendants reserve the right to supplement or amend any or all the responses contained herein once they have had an opportunity to complete discovery in this action.

Defendants object to any instructions, requests, or procedures set forth in Plaintiff's Eighth Set of Requests for Admissions that are contrary to the Federal Rules of Civil Procedure. Defendants will respond to these requests in accordance with the Federal Rules of Civil Procedure.

## Requests for Admission

203. Admit or deny that the Execution Drugs were manufactured by Akorn.

**Defendant Tewalt's Answer:** Defendant Tewalt objects to this RFA under Federal Rule of Civil Procedure 26(b)(1). Defendant Tewalt asserts the subject of this RFA creates an undue burden on the IDOC and interferes with the agency's duty to carry out a lawfully imposed death sentence. The Idaho Legislature enacted Idaho Code § 19-2716A to prohibit the disclosure of the identities of any person or entity who compounds, synthesizes, tests, sells, supplies, manufactures, stores, transports, procures, dispenses, or prescribes the chemicals or substances for use in an execution. Defendant Tewalt objects to disclosure of any information that could lead to the identification of the person or entity from which IDOC acquired execution chemicals and/or any person or entity who manufactured the execution chemicals. Defendant Tewalt asserts disclosure of the requested information specifically seeks information about the identity of a person or entity who manufactured the execution chemicals.

Defendant Tewalt further objects this RFA as the information requested is irrelevant as well as immaterial to the claims at hand; its use to Plaintiff, if any, is disproportionate to his needs, and Plaintiff's interest is otherwise outweighed by the State's interest in protecting its sources and employees. Moreover, Defendants have produced the chemicals' Certificate of Analysis which documents the results of scientific testing completed on the execution chemicals, details the process and materials used during manufacturing, confirms compliance with regulatory and quality standards, and otherwise establishes the quality and safety of the execution chemicals.

**Defendant Richardson's Answer**: Defendant Richardson responds that he has not been assigned the responsibility of acquiring the execution chemical. He does not have sufficient information to answer and defers to Defendant Tewalt's response to this RFA.

Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of February 2024.

Signed: /s/ Josh Tewalt
Josh Tewalt

Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of February 2024.

Signed: /s/ Tim Richardson
Tim Richardson

Defendants' Response to Plaintiff's Eighth Set of Requests for Admission – Page 3

## CERTIFICATE OF SERVICE

I certify that on this 5th day of February 2024, I caused to be served a true and correct copy of the foregoing via email service as follows:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
Stanley J. Panikowski: stanley.panikowski@dlapiper.com
Sarah E. Kalman: sarah.kalman@dlapiper.com

/s/ Kristina M. Schindele
Kristina M. Schindele