UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSH TEWALT, Director, Idaho Department of Correction, in his official capacity, TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity, <br><br> Defendants. | Case No. 1:21-cv-00359-BLW <br><br> **ORDER MODIFYING PROTECTIVE ORDER (DKT. 83)** |

Before the Court is Plaintiff's Emergency Motion to Modify Protective Order (Dkt. 110). For the reasons explained below, the Court will grant the motion and modify the Protective Order (Dkt. 83) as set forth in this Order.

Plaintiff Gerald Ross Pizzuto is a death-row inmate in Idaho. In 2021, he filed this Eighth Amendment challenge to Idaho's method of execution ("Pizzuto's Case"). Dkt. 1. The defendants in this action are Josh Tewalt, Director of the Idaho Department of Correction (IDOC), and the Warden of the Idaho Maximum Security Institution (IMSI). Pizzuto is represented by attorneys from the Capital Habeas Unit (CHU) of the Federal Defender Services of Idaho.

**ORDER MODIFYING PROTECTIVE ORDER - 1**

In another case currently pending before this Court, Thomas Creech (another death-row inmate) is also challenging Idaho's method of execution on constitutional grounds ("Creech's Case"). *See Creech v. Tewalt et al.*, Case No. 1:20-cv-00114-AKB. The two defendants in Pizzuto's Case are also defendants in Creech's Case, and Creech is also represented by attorneys from the CHU.

In April 2023, this Court adopted a Protective Order in Pizzuto's Case. Dkt. 83. Among other things, that Protective Order governs the handling of materials obtained through discovery that are deemed confidential and for "attorney's eyes only." *Id.* at 2.

On January 30, 2024, a death warrant was issued in Creech's Case scheduling the execution for February 28, 2024. Creech promptly filed a motion for preliminary injunction, relying, in part, on a declaration from Dr. Mark Heath, who has also been retained by the CHU in Pizzuto's Case. Dr. Heath offered several opinions in support of Creech's motion for preliminary injunction but indicated that the Protective Order (Dkt. 83) in Pizzuto's Case prevents him from offering additional opinions.

On February 9, 2024, Counsel for Pizzuto filed an emergency motion seeking to modify the Protective Order in this case. Dkt. 110. They seek a modification to "allow counsel for Mr. Creech and their experts and agents to access all of the discovery materials made available to the undersigned in the

**ORDER MODIFYING PROTECTIVE ORDER - 2**

instant case for purposes of litigating case number 1:20-cv-114." *Motion* at 3, Dkt. 110. The defendants "do not object to the Court entering an order to modify the Protective Order . . . to permit counsel for Thomas Eugene Creech, as well as their experts and agents, to access all discovery materials for purposes of litigating *Creech v. Tewalt et al.*, case number 1:20-cv-114." *Def.'s Resp.* at 2, Dkt. 113.

The Court will grant Pizzuto's unopposed motion and modify the Protective Order (Dkt. 83) to permit Creech's counsel, experts, and agents to access all discovery materials obtained in this action for purposes of litigating *Creech v. Tewalt et al.*, 1:20-cv-114. The Protective Order (Dkt. 83) will otherwise remain in full effect and, accordingly, will continue to prohibit the disclosure of material designated confidential or for "attorneys' eyes only" to third parties, *except* as authorized by this Order. In the event that any materials subject to the Protective Order (Dkt. 83) are submitted to the Court in Creech's Case, such materials shall be filed under seal.

**IT IS ORDERED that** Plaintiff's Emergency Motion to Modify Protective Order (Dkt. 110) is **GRANTED** and the Protective Order (Dkt. 83) is modified as set forth in this Order.

DATED: **February 16, 2024**

B. Lynn Winmill
U.S. District Court Judge

**ORDER MODIFYING PROTECTIVE ORDER - 3**