IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., | ) | CASE NO. 1:21-cv-00359-BLW |
| | ) | |
| Plaintiff, | ) | **ORDER ON THIRTEENTH** |
| v. | ) | **STIPULATION TO MODIFY** |
| | ) | **SCHEDULING ORDER** |
| JOSH TEWALT, et al., | ) | **DEADLINES** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

This matter is before the Court on the parties' Thirteenth Stipulation to Modify the Scheduling Order Deadlines (Dkt. 147). Good cause appearing, the motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the case deadlines within the scheduling order (Dkt. 43) as amended (Dkt. 144) are amended as follows:

- Cut-off for factual discovery and deadline for the plaintiff's expert disclosures: July 15, 2024.

- Deadline for the defendants' expert disclosures: July 22, 2024.

- Deadline for the plaintiff's disclosure of rebuttal experts: August 9, 2024.

- Cut-off for all expert discovery: August 21, 2024.

- Dispositive motion deadline: September 16, 2024.

**ORDER ON THIRTEENTH STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES – 1**

DATED: **June 14, 2024**

_B. Lynn Winmill_
B. Lynn Winmill
U.S. District Court Judge

**ORDER ON THIRTEENTH STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES – 2**