RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRIC COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>　　　Defendants. | Case No. 1:21-cv-359-BLW<br><br>**THIRD DECLARATION OF TANNER J. SMITH** |

　　　I, Tanner J. Smith, hereby declare under penalty of perjury that the foregoing is true and correct:

**THIRD DECLARATION OF TANNER J. SMITH - 1**

1. I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I am one of the attorneys of record for Defendants in this case. I make this Declaration based upon my own personal knowledge of the facts set forth below.

2. In connection with this lawsuit, Plaintiff Gerald Pizzuto ("Pizzuto") has propounded numerous discovery requests on Defendants.

3. Pizzuto's 209th request for admission stated:

Admit or deny that the Old Execution Drugs were made by a manufacturer approved by the FDA to make pentobarbital.

4. On April 17, 2024, Defendant Tewalt responded to Pizzuto's 209th request for admission as follows:

**Defendant Tewalt's Answer**: Defendant Tewalt admits the pentobarbital acquired and intended for use on February 28, 2024, complied with all federal regulatory requirements, including FDA requirements.

5. During a telephonic conference between Pizzuto's and Defendants' counsel after providing the April 17, 2024, response, it was learned that Pizzuto's 209th request for admission was asking Defendant to admit or deny that the manufacturer of the "Old Execution Drugs" is listed in the FDA's Approved Products with Therapeutic Equivalence Evaluations (commonly referred to as the Orange Book).

6. On May 23, 2024, Defendant Tewalt supplemented his answer to Pizzuto's request for admission number 209 as follows:

**Defendant Tewalt's May 23, 2024 Supplemental Answer**: Defendant Tewalt submits his earlier response is true and accurate.

Defendant Tewalt understands Plaintiff has clarified his question. Plaintiff specifically requests Defendant Tewalt admit or deny that the manufacturer of the "Old Execution Drugs" is listed in the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations (commonly referred to as the Orange Book).

**THIRD DECLARATION OF TANNER J. SMITH - 2**

    Defendant Tewalt specifically objects to answering the clarifying question under Federal Rule of Civil Procedure 26(b)(1). Defendant Tewalt asserts the clarification creates an undue burden on the IDOC and interferes with the agency's duty to carry out a lawfully imposed death sentence. The Idaho Legislature enacted Idaho Code § 19-2716A to prohibit the disclosure of the identities of any person or entity who compounds, synthesizes, tests, sells, supplies, manufactures, stores, transports, procures, dispenses, or prescribes the chemicals or substances for use in an execution. Defendant Tewalt objects to disclosure of any information that could lead to the identification of the person or entity from which IDOC acquired execution chemicals and/or any person or entity who manufactured the execution chemicals. Defendant Tewalt asserts disclosure of the requested information specifically seeks information about the identity of a person or entity who manufactured the execution chemicals. Defendant Tewalt asserts answering the question as clarified by Plaintiff creates an undue burden on IDOC, especially where the burden on Defendants, IDOC and the State of Idaho is disproportionate to Plaintiff's needs in this litigation. Plaintiff's interest in disclosure is outweighed by the State's interest in protecting its execution chemical sources. A response to Plaintiff's clarifying question will narrow the possible manufacturer of the "Old Execution Drugs" and lead to the unlawful identification of IDOC's source of execution chemical.

    Notwithstanding the objections noted herein, Defendant Tewalt **admits** that the manufacturer of the "Old Execution Drugs" is listed in the FDA's Orange Book.

(bold type in original).

DATED this 3rd day of July, 2024.

                                                    MOORE ELIA KRAFT & STACEY, LLP

                                                    */s/ Tanner J. Smith*
                                                    Tanner J. Smith
                                                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>Sarah E. Kalman<br>DLA Piper LLP<br>One Liberty Place<br>1650 Market St., Ste. 500<br>Philadelphia, PA 19103<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com,<br>sarah.kalman@dlapiper.com |

                                            */s/ Tanner J. Smith*
                                            Tanner J. Smith

**THIRD DECLARATION OF TANNER J. SMITH - 4**