Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
     christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>  Plaintiff,<br>v.<br><br>**JOSH TEWALT**, Director, Idaho Dept. of Correction, et al.<br><br>  Defendants. | CASE NO. 1:21-cv-359-BLW<br><br>**SEVENTH MOTION TO COMPEL DISCOVERY AND FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES** |

For the reasons articulated in the accompanying brief, and pursuant to Federal Rule of Civil Procedure 33, Plaintiff Gerald Ross Pizzuto, Jr. respectfully requests leave to serve Interrogatories 32, 35, and 36 and asks the Court to compel the defendants to respond to them. Undersigned counsel's declaration is attached to the accompanying memorandum as Exhibit 6 and provides the certification required by the Court's scheduling order, *see* Dkt. 43 at 5, and Local Civil Rule 37.1.

DATED this 13th day of September 2024.

                                      /s/ Jonah J. Horwitz
                                      Jonah J. Horwitz
                                      Christopher M. Sanchez
                                      FEDERAL DEFENDER SERVICES OF IDAHO

                                      ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

                                                /s/ L. Hollis Ruggieri
                                                L. Hollis Ruggieri