*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-00359-BLW
Submitted in Support of Seventh Motion to Compel Discovery

# EXHIBIT 2

**(Division of Building Safety Records)**

🖨️ **Print**

| Permit Number | Permit Type | Site Address | Site City | Zip Code | Site Number | Applicant Name | Owner Name | Contractor Name | Contractor License # | Job Value | Permit Fee | Status | Issued Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLD2404-00071 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | OKLAND CONSTRUCTION | IDAHO DEPT OF CORRECTIONS - MA | OKLAND CONSTRUCTION | C:075404 | 184174 | 1469.75 | ACTIVE | 5/8/2024 | 5/15/2025 |
| WEB2404-03970 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | PAIGE MECHANICAL GROUP INC | IDAHO DEPT OF CORRECTIONS - MA | PAIGE MECHANICAL GROUP INC | C:028496 | 14400 | 304 | ACTIVE | 4/22/2024 | 5/8/2025 |
| WEB2210-02149 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | RM MECHANICAL INC | DPW - Project #20064 | RM MECHANICAL INC | C:PLB-C-9945 | 93694.8 | 1096.94 | FINALED | 10/11/2022 | 7/27/2023 |
| WEB2105-04851 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83646 | TMP312916 | RM MECHANICAL INC | IDAHO DEPARTMENT OF CORRECTIONS | RM MECHANICAL INC | C:PLB-C-9945 | 96042.6 | 1185.42 | FINALED | 5/24/2021 | 8/16/2021 |
| WEB1910-04524 | ELECTRICAL | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | PRIORITY ELECTRIC INC | SICI | PRIORITY ELECTRIC INC | C:ELE-C-37531 | 18246 | 342.46 | FINALED | 10/28/2019 | 8/31/2020 |
| BLD1908-00090 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Idaho Dept of Corrections | Idaho Dept of Corrections | Stor-Mor Systems Inc | C:036362 | 16850 | 279.25 | FINALED | 8/29/2019 | 11/1/2020 |
| WEB1905-03745 | ELECTRICAL | 13400 S Pleasant Valley Road RD | KUNA | 83634 | TMP224980 | Idaho Department of Corrections | Idaho Dept. Of Correction | Chuck Kinkead | C:ELE-I-10394 | 4500 | 150 | FINALED | 5/29/2019 | 1/11/2021 |
| BLD1812-00016 | BUILDING | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Nations Roof Mountain LLC | Division of Public Works | Nations Roof Mountain LLC | C:030891 | 311445 | 2180.95 | ACTIVE | 12/6/2018 | 12/7/2019 |
| WEB1708-00540 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | SOUTHERN IDAHO ELECTRIC INC | IDAHO DEPT OF CORRECTIONS - MA | SOUTHERN IDAHO ELECTRIC INC | C:ELE-C-27456 | 45000 | 610 | FINALED | 8/4/2017 | 9/20/2017 |
| WEB1708-00288 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | LENNY BUSS | IDAHO DEPT OF CORRECTIONS - MA | LENNY BUSS | C:PLB-C-10803 | 42934 | 589.34 | FINALED | 8/2/2017 | 9/11/2017 |
| WEB1708-00296 | HVAC | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | BUSS MECHANICAL SERVICES INC | IDAHO DEPT OF CORRECTIONS - MA | BUSS MECHANICAL SERVICES INC | C:HVC-C-47 | 741 | 74.82 | EXPIRED | 8/2/2017 | 9/12/2018 |
| BLD1707-00025 | BUILDING | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Nations Roof Mountain LLC | Division of Public Works | Nations Roof Mountain LLC | C:030891 | 214837 | 1637.75 | ACTIVE | 7/10/2017 | 7/11/2018 |
| WEB1511-02165 | ELECTRICAL | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | PERIMETER SECURITY GROUP | IMSI | PERIMETER SECURITY GROUP | C:011690 | 2000 | 100 | EXPIRED | 11/24/2015 | 11/27/2016 |
| WEB1505-00731 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | ARC ELECTRIC & LIGHTING CORP | IDAHO DEPT OF CORRECTIONS - MA | ARC ELECTRIC & LIGHTING CORP | C:ELE-C-4612 | 36000 | 520 | FINALED | 5/8/2015 | 5/8/2016 |
| WEB1312-00612 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | PERIMETER SECURITY GROUP | State of Idaho - Department of | PERIMETER SECURITY GROUP | C:011690 | 90000 | 1060 | FINALED | 12/10/2013 | 4/8/2015 |
| WEB1304-02728 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | ROYALTY ELECTRIC LLC | State of Idaho | ROYALTY ELECTRIC LLC | C:ELE-C-37479 | 8000 | 220 | FINALED | 4/30/2013 | 5/4/2014 |
| WEB1302-01420 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Lenny Buss | LENNIE BUSS | Lenny Buss | C:PLB-C-10803 | 11000 | 270 | FINALED | 2/27/2013 | 7/6/2014 |
| BLD1302-00010 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Barry Miller, Project Manager | Division of Public Works | Alpine Construction, Inc. | C:PWC-C-16599 | 164407.78 | 1357.75 | FINALED | 2/25/2013 | 8/13/2014 |
| WEB1209-01247 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Quality Electric, Inc. | STATE OF IDAHO, DEP'T OF CORRE | Quality Electric, Inc. | C:ELE-C-1086 | 9500 | 250 | FINALED | 9/19/2012 | 9/20/2013 |
| BLD1205-00015 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | CHUCK KINKEAD | IDOC | CHUCK KINKEAD | C:009271 | 81000 | 860.75 | FINALED | 5/18/2012 | 8/6/2013 |
| ELE1205-00356 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Idaho Department of Correction | IDAHO DEPT OF CORRECTIONS - MA | Idaho Department of Correction | C:ELE-I-10394 | 3200 | 124 | FINALED | 5/16/2012 | 5/30/2014 |
| ELE0902-00697 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | | IDAHO DEPT OF CORRECTIONS - MA | Quality Electric Inc. | C:ELE-C-1086 | 98000 | 1140 | FINALED | 2/23/2009 | 9/12/2010 |
| HVC-C-25784 | HVAC | 13400 S PLEASANT VALLEY RD | Kuna | 83634 | BOI20BBOIBBO | RIDGEWAY, WILLIAM C | STATE OF IDAHO DEPT ADMIN DIVI | Ridgeway Industrial Inc | C:HVC-C-2596 | 0 | 0 | FINALED | 1/15/2009 | 3/21/2010 |
| HVC-C-30588 | HVAC | 13400 S PLEASANT VALLEY RD | Kuna | 83634 | BOI20BBOIBBO | RIDGEWAY, WILLIAM C | STATE OF IDAHO DIVISION OF PUB | Ridgeway Industrial Inc | C:HVC-C-2596 | 0 | 0 | FINALED | 1/15/2009 | 4/4/2010 |

**9 116333**

| HVC-C-27113 | HVAC | 13400 S PLEASANT VALLEY | Kuna | 83634 | BOI20BBOIBBO | FRISBEE, RANDY | IDAHO CORRECTIONAL INDUSTRIES | Hobson Heating & Cooling | C:HVC-C-1188 | 0 | 0 | EXPIRED | 8/15/2008 | 8/16/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HVC-C-7193 | HVAC | 13400 S PLEASANT VALLEY RD ISCI | Kuna | 83634 | BOI18BBOIRO | MAGNUSON, WILLIAM S | DEPARTMENT OF PUBLIC WORKS ISC | RM Mechanical, Inc. | C:HVC-C-98 | 0 | 0 | FINALED | 8/24/2006 | |
| ELE-C-584275 | ELECTRICAL | 13400 S PLEASANT VALLEY ROAD | Kuna | 83634 | | | Mitchell Electric | CORRECTIONAL INDUSTRIES | Mr Electric of Treasure Valley | C:ELE-C-14324 | 0 | 0 | EXPIRED | 6/1/2005 | 2/10/2007 |
| BLD1305-00010 | PLAN REVIEW | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Martin Santoyo, Project Manage | Division of Public Works | | | 1579800 | 200 | ACTIVE | | |
| BLD1703-00029 | PLAN REVIEW | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Joshua Lewis, Project Manager | Division of Public Works | | | 214837 | 655.1 | ACTIVE | | |
| BLD1705-00005 | PLAN REVIEW | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Gary Groff, Project Manager | Division of Public Works | | | 957866 | 2053.5 | ACTIVE | | |
| BLD1805-00033 | PLAN REVIEW | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Joshua Lewis, Project Manager | Division of Public Works | | | 297000 | 838.78 | APPROVED | | |
| BLD1810-00074 | PLAN REVIEW | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Musgrove Engineering, P. A. | Division of Public Works | | | 700000 | 1673.5 | APPROVED | | |
| BLD1906-00006 | PLAN REVIEW | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Idaho Dept of Corrections | Idaho Dept of Corrections | | | 16850 | 111.7 | APPROVED | | |
| BLD2010-00043 | PLAN REVIEW | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Musgrove Engineering, P. A. | Division of Public Works | | | 232000 | 693.18 | PENDING | | |
| BLD2404-00070 | PLAN REVIEW | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Cator, Ruma & Associates, Co | IDAHO DEPT OF CORRECTIONS - MA | | | 184174 | 587.9 | APPROVED | | |



# Division of Building Safety

1090 E Watertower St. Suite 150
Meridian ID, 83642
1-800-955-3044 phone
1-877-810-2840 fax

**Applied Date:** 4/17/2024
**Entered By:** SUG
**Permit No.:** BLD2404-00070
**License No.:**

| Site Address: | 13400 S PLEASANT VALLEY RD | Parcel No. | TMP604 |
|---|---|---|---|
| City: | KUNA | Default Inspector: | |

| | | Description of Work: |
|---|---|---|
| Contractor: | | **(4/17/2024 7:55 AM SUG) Cator Ruma - IDOC IMSI - Renovation of Block F, DPW 22-064 - 13400 Pleasant Valley Rd., Kuna** |
| Address: | | |
| Phone: | | |

| Owner: | **IDAHO DEPT OF CORRECTIONS - MA** | Directions to Location: |
|---|---|---|
| Address: | | |
| Phone: | | |

## FEES

| Fee Description | Amount | Receipt # | Paid Date |
|---|---|---|---|
| BUILDING PLAN REVIEW | $587.90 | B198087 | 04/17/2024 |

| TOTAL FEES | $587.90 |
|---|---|
| **TOTAL FEES PAID** | $587.90 |
| **TOTAL FEES DUE** | $0.00 |

**This is your PLAN REVIEW Permit and Receipt**

## *BLD2404-00070*

**\*\* Permit Fees are Non-Refundable and Non-Transferable \*\***

EXPIRATION OF PERMITS: This permit will expire one (1) year after the applied date of the permit or one (1) year after the last documented inspection. If your permit has expired and has been expired for less than a year, you may reactivate the permit for an additional year by contacting the Division of Building Safety and paying a reactivation fee

9 116335



**Division of Building Safety**
1090 E Watertower St. Suite 150
Meridian ID, 83642
1-800-955-3044 phone
1-877-810-2840 fax

**Applied Date:** 4/17/2024
**Entered By:** SUG
**Permit No.:** BLD2404-00071
**License No.:** C:075404

| Site Address: | 13400 S PLEASANT VALLEY RD | Parcel No. | TMP604 |
|---|---|---|---|
| City: | KUNA | Default Inspector: | |

| Contractor: | **OKLAND CONSTRUCTION** | Description of Work: |
|---|---|---|
| Address: | **101 S CAPITOL BLVD BOISE ID 83702** | (4/17/2024 8:00 AM SUG) Okland Construction - IDOC IMSI - Renovation of Block F, DPW 22-064 - 13400 Pleasant Valley Rd., Kuna |
| Phone: | **(208) 400-1009** | |

| Owner: | **IDAHO DEPT OF CORRECTIONS - MA** | Directions to Location: |
|---|---|---|
| Address: | | |
| Phone: | | |

## FEES

| | Fee Description | Amount | Receipt # | Paid Date |
|---|---|---|---|---|
| | BUILDING PERMIT FEE | $1,469.75 | B198086 | 04/17/2024 |

**TOTAL FEES** $1,469.75
**TOTAL FEES PAID** $1,469.75
**TOTAL FEES DUE** $0.00

This is your BUILDING Permit and Receipt

**\*BLD2404-00071\***

**\*\* Permit Fees are Non-Refundable and Non-Transferable \*\***

EXPIRATION OF PERMITS: This permit will expire one (1) year after the applied date of the permit or one (1) year after the last documented inspection. If your permit has expired and has been expired for less than a year, you may reactivate the permit for an additional year by contacting the Division of Building Safety and paying a reactivation fee

9 116336







## Permit Search

Search By: ADDRESS Contains SEARCH

Click here for search examples

## Permit #BLD2404-00070

Permit

Permit Info | Site Info | Fees $0.00 | Inspections | Reviews (1)

**Type:** PLAN REVIEW

**Subtype:** STATE OTHER

**Description of Work:** Cator Ruma - IDOC IMSI - Renovation of Block F, DPW 22-064

**Status:** APPROVED

**Applied Date:** 4/17/2024

**Approved Date:** 5/8/2024

**Issued Date:**

**Finaled Date:**

**Expiration Date:**

**Description of Work:** (4/17/2024 7:55 AM SUG)

Cator Ruma - IDOC IMSI - Renovation of Block F, DPW 22-064 - 13400 Pleasant Valley Rd., Kuna

**Linked Activities:**

**Permit(s)**

BLD2404-00071 BUILDING ACTIVE

The Division of Occupational and Professional Licenses, makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement. https://www.idaho.gov/about-us/privacy-policy/

Home | Setup an Account | Log In Licensee Username Password LOGIN REMEMBER ME Forgot Password

Permits
Search Permit
Pay Fees
Licenses
Search Trade Licenses
Search Public Works
Pay Fees
Inspections
Schedule
Cancel
Elevators
Search Elevators
Violations
Search
Shopping Cart
Pay All Fees
Paid Items
Contact
Contact us

## PERMIT Search

Search Again Download Results Printable View

| Permit Number | Permit Type | Site Address | Site City | Site Zip Code | Site Parcel Number | Applica |
|---|---|---|---|---|---|---|
| BLD2404-00071 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | OKLAN |
| WEB2404-03970 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | PAIGE |
| WEB2210-02149 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | RM ME |
| WEB2105-04851 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83646 | TMP312916 | RM ME |
| WEB1910-04524 | ELECTRICAL | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | PRIOR |
| BLD1908-00090 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Idaho I |
| WEB1905-03745 | ELECTRICAL | 13400 S Pleasant Valley Road RD | KUNA | 83634 | TMP224980 | Idaho I |
| BLD1812-00016 | BUILDING | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Nations |
| WEB1708-00540 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | SOUTH |
| WEB1708-00288 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | LENNY |

First Prev Page: 1 of 4 Next Last

### Details - **Permit# BLD2404-00071**

Permit

Permit Info | Site Info | Fees $1,469.75 | Inspections (2) | Reviews

| | |
|---|---|
| **Type:** | BUILDING |
| **Subtype:** | PERMIT |
| **Description of Work:** | IDOC IMSI - Renovation of Block F, DPW 22-064 |
| **Status:** | ACTIVE |
| **Applied Date:** | 4/17/2024 |
| **Approved Date:** | |
| **Issued Date:** | 5/8/2024 |
| **Finaled Date:** | |
| **Expiration Date:** | 5/15/2025 |
| **Description of Work:** | (4/17/2024 8:00 AM SUG) |

Okland Construction - IDOC IMSI - Renovation of Block F, DPW 22-064 - 13400 Pleasant Valley Rd., Kuna

**Linked Activities:**

**Parent Permit**

BLD2404-00070 PLAN REVIEW APPROVED

The Division of Occupational and Professional Licenses, makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement. https://www.idaho.gov/about-us/privacy-policy/

9 116338

Home  |  Setup an Account  |  Log In    Licensee ▾    Username    Password    LOGIN    ☐ REMEMBER ME    Forgot Password

### Permits
- Search Permit
- Pay Fees

### Licenses
- Search Trade Licenses
- Search Public Works
- Pay Fees

### Inspections
- Schedule
- Cancel

### Elevators
- Search Elevators

### Violations
- Search

### Shopping Cart
- Pay All Fees
- Paid Items

### Contact
- Contact us

## PERMIT Search 🔍    Search Again    Download Results    Printable View

| Permit Number | Permit Type | Site Address | Site City | Site Zip Code | Site Parcel Number | Applica... |
|---|---|---|---|---|---|---|
| BLD2404-00071 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | OKLAH |
| WEB2404-03970 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | PAIGE |
| WEB2210-02149 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | RM ME |
| WEB2105-04851 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83646 | TMP312916 | RM ME |
| WEB1910-04524 | ELECTRICAL | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | PRIOR |
| BLD1908-00090 | BUILDING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | Idaho D |
| WEB1905-03745 | ELECTRICAL | 13400 S Pleasant Valley Road RD | KUNA | 83634 | TMP224980 | Idaho D |
| BLD1812-00016 | BUILDING | 13400 S Pleasant Valley RD | KUNA | 83634 | TMP111494 | Nations |
| WEB1708-00540 | ELECTRICAL | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | SOUTH |
| WEB1708-00288 | PLUMBING | 13400 S PLEASANT VALLEY RD | KUNA | 83634 | TMP604 | LENNY |

First    Prev    Page: 1 of 4    Next    Last

### Details - Permit# BLD2404-00071

🖨 Permit

| Permit Info | Site Info | Fees $1,469.75 | **Inspections (2)** | Reviews |

| Type | Result | Scheduled Date | Time | Completed | Time | |
|---|---|---|---|---|---|---|
| BLD-FRAMING | PASS | 5/14/2024 | | 5/14/2024 | | More Info |
| BLD-FRAMING | NOT COMPLE… | 5/13/2024 | | 5/13/2024 | | More Info |

The Division of Occupational and Professional Licenses, makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement. https://www.idaho.gov/about-us/privacy-policy/

208-334-3233, 11341 W Chinden Blvd., Boise ID 83714

HOME  |  CONTACT