*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-00359-BLW
Submitted in Support of Seventh Motion to Compel Discovery

# EXHIBIT 4

**(Offender Grievance Response for Thomas Creech, dated Aug. 6, 2024)**



IDAHO DEPARTMENT OF CORRECTION

## Offender Grievance Response - Level I

DOC Location: IMSI Idaho Maximum Security Institution
Report generated by PHILLIPS, B G
Report run on 08/23/2024 at 10:28

| | |
|---|---|
| **Offender Name:** Creech, Thomas Eugene | **DOC #:** 14984 |
| **Current Location:** Idaho Maximum Security Institution | **Housing:** J Block-2-46-A-B |
| **Filed:** Idaho Maximum Security Institution | |
| **Finding:** Unfounded | **Other Finding:** |
| **Grievance Number:** IMSI-24-REG-00301 | **Informal Grievance Number:** |

| LEVEL I: Level 1 Response | (To be completed and mailed within 30 calendar days) |
|---|---|

I deny your claim that the United States Constitution requires execution procedures be subject to in person observation. IDOC's execution procedures comport with the First, Eighth and Fourteenth Amendments. IDOC will permit state, condemned and media witnesses as well as your counsel to observe the execution procedures that are inextricably intertwined with the execution process while satisfying the department's legitimate penological objectives and needs. IDOC denies that witnesses and counsel have a constitutional right to examine or observe your execution in minute detail. Closed-circuit video and audio broadcast satisfies whatever constitutional right to observe an execution that a witness may have.

If you are dissatisfied with the Level I response, you may appeal within 14 calendar days.

| | 08/06/2024 |
|---|---|
| Level I Respondent Signature | Date |

I wish to appeal the Level I response because:

| | |
|---|---|
| Offender Signature | Date |

Page 1 of 1