*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-00359-BLW
Submitted in Support of Seventh Motion to Compel Discovery

# EXHIBIT 6
**(Declaration of Jonah J. Horwitz, dated Sept. 13, 2024)**

# DECLARATION OF JONAH J. HORWITZ

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen years of age and competent to testify.

2. I represent Plaintiff Gerald Ross Pizzuto, Jr. in this action.

3. In compliance with Local Rule 37.1, I had a meet-and-confer phone call with opposing counsel to discuss the discovery disputes at issue in today's motion to compel.  We were not able to resolve the dispute.

4. I asked the Court on June 24, 2024 for guidance on how to resolve the discovery dispute.  In an email dated August 23, 2024, the Court authorized Mr. Pizzuto to file a brief on the dispute described above without any need for mediation.  The Court directed the parties to file simultaneous briefs on the dispute of no more than five pages by September 13, 2024.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of September 2024, at Boise, Idaho.

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz

DECLARATION OF JONAH J. HORWITZ - 1