RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-359-BLW<br><br>**FOURTH DECLARATION OF TANNER J. SMITH** |

　　　　I, Tanner J. Smith, hereby declare under penalty of perjury that the foregoing is true and correct:

　　　　1.　　I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I am one of the attorneys of record for Defendants in this case. I make this Declaration based upon my own personal knowledge of the

**FOURTH DECLARATION OF TANNER J. SMITH - 1**

facts set forth below.

2. In connection with this lawsuit, Plaintiff Gerald Pizzuto ("Pizzuto") has propounded numerous discovery requests on Defendants.

3. On August 3, 2023, Plaintiff served his Fifth Set of Interrogatories on Defendants. Plaintiff's Fifth Set of Interrogatories contained Interrogatories Nos. 23 through 31. A true and correct copy of Plaintiff's Fifth Set of Interrogatories is attached hereto as **Exhibit A**.

4. On May 10, 2024, Plaintiff served his Sixth Set of Interrogatories on Defendants. Plaintiff's Sixth Set of Interrogatories contained Interrogatories Nos. 32 through 37. A true and correct copy of Plaintiff's Sixth Set of Interrogatories is attached hereto as **Exhibit B**.

5. On June 10, 2024, Defendants responded to Plaintiff's Sixth Set of Interrogatories.

6. Plaintiff's Interrogatory No. 32 states:

> Describe the anticipated timeline for the revision of SOP 135, as well as the plan and process for consulting on the revisions. Please include details not limited to: which kinds of professionals will be consulted, whether independent experts will be reviewing the protocol, and whether independent experts will be reviewing the details of the Creech Execution.

7. Defendants responded to Plaintiff's Interrogatory No. 32 as follows:

> Defendants' Response: Defendants object to Interrogatory No. 32 as it is beyond the scope of Federal Rule of Civil Procedure 33(a)(1) and the parties' Discovery Plans. *See* Dkts. 21, 41. In addition, Defendant Tewalt objects to this Interrogatory under Federal Rule of Civil Procedure 26(b)(1), on grounds that the Interrogatory creates an undue burden on the IDOC, is not relevant to Plaintiff's claims, and is not proportional to the needs of the case.

8. Plaintiff's Interrogatory No. 35 states:

> Explain what, if anything, occurred at or in preparation for the Creech Execution with respect to dopamine, including but not limited to whether there was an attempt to administer it, how much was attempted to be administered or actually administered, for what purpose it was used or considered, and so forth.

**FOURTH DECLARATION OF TANNER J. SMITH - 2**

9. Defendants responded to Plaintiff's Interrogatory No. 35 as follows:

   Defendants' Response: Defendants object to Interrogatory No. 3[6] as it is beyond the scope of Federal Rule of Civil Procedure 33(a)(1) and the parties' Discovery Plans. *See* Dkts. 21, 41. In addition, Defendant Tewalt objects to this Interrogatory under Federal Rule of Civil Procedure 26(b)(1), on grounds that the Interrogatory creates an undue burden on the IDOC, is not relevant to Plaintiff's claims, and is not proportional to the needs of the case.

10. Plaintiff's Interrogatory No. 36 states:

    Outline all experience, qualifications, training, licensure, certifications, and so forth that each member of the Medical Team has with respect to Central Lines, in the medical and/or execution setting

11. Defendants responded to Plaintiff's Interrogatory No. 36 as follows:

    Defendants' Response: Defendants object to Interrogatory No. 3[7] as it is beyond the scope of Federal Rule of Civil Procedure 33(a)(1) and the parties' Discovery Plans. *See* Dkts. 21, 41. In addition, Defendant Tewalt objects to this Interrogatory under Federal Rule of Civil Procedure 26(b)(1), on grounds that the Interrogatory creates an undue burden on the IDOC, is not relevant to Plaintiff's claims, and is not proportional to the needs of the case.

12. On May 10, 2024, Pizzuto served his Eleventh Set of Requests for Admission. The Eleventh Set of Requests for Admission contained Requests Nos. 277 through 359.

13. Defendants responded to Plaintiff's Eleventh Set of Requests for Admission on June 10, 2024. A true and correct copy of Defendants' Responses to Plaintiff's Eleventh Set of Requests for Admission is attached hereto as **Exhibit C**.

14. On August 2, 2024, Pizzuto served his Twelfth Set of Requests for Admissions. The Twelfth Set of Requests for Admissions contained Requests Nos. 360 through 417. A true and correct copy of Pizzuto's Twelfth Set of Requests for Admission is attached hereto as **Exhibit D**. Defendants responded to all of the Requests contained in Pizzuto's Twelfth Set of

Requests for Admission on September 3, 2024, and Director Tewalt supplemented his Responses on September 4, 2024.

DATED this 13th day of September, 2024.

        MOORE ELIA KRAFT & STACEY, LLP

        */s/ Tanner J. Smith*
        Tanner J. Smith
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org, Christopher_m_sanchez@fd.org, stanley.panikowski@dlapiper.com, |

        */s/ Tanner J. Smith*
        Tanner J. Smith

**FOURTH DECLARATION OF TANNER J. SMITH - 4**