Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-00359-BLW |
| Plaintiff, | **STIPULATED MOTION TO MODIFY DEADLINES REGARDING PLAINTIFF'S SECOND MOTION TO PRESERVE [DKT. 166]** |
| v. | |
| **JOSH TEWALT, et al.,** | |
| Defendants. | |

Through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 6.1, the parties hereby file this stipulated motion to modify the deadlines set forth in the Court's most recent docket entry order for the reasons summarized below. *See* Dkt. 168.

On November 1, 2024, Mr. Pizzuto filed his Second Motion to Preserve Evidence and Request for Expedited Briefing and Consideration ("Preservation Motion"). Dkt. 166. The need to expedite briefing and consideration was due in part to the scheduled execution of Thomas Eugene Creech, which was set for November 13, 2024. *See* Dkt. 166-1 at 1. This Court ordered Defendants to file their response by

STIPULATED MOTION TO MODIFY DEADLINES – Page 1

November 8th and set a deadline for the reply to be filed within 24 hours thereafter. Dkt. 168. However, on November 6th, a stay of execution was granted for Mr. Creech. *See Creech v. Valley,* D. Idaho, No. 1:24-cv-04865, Dkt. 20. The stay is in effect until the Court can address Mr. Creech's habeas petition, which will not be ripe for consideration until November 29th at a minimum. *See id.* at 3–4.

Therefore, based on the foregoing, the parties respectfully request that the Court enter an order modifying the preservation motion deadlines by extending each date as follows:

- Deadline for defendant's response: November 15, 2024 (seven-day extension).
- Deadline for plaintiff's reply: November 22, 2024.[1]

DATED this 7th day of November 2024.

*/s/ Kristina M. Schindele*
Kristina M. Schindele
Deputy Attorney General
Attorney for Defendants

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz
Federal Defender Services of Idaho
Attorney for Plaintiff

---

[1] The Court's original order called for a reply to be filed within 24 hours of the defendant's response. The usual amount of time to fashion a reply is fourteen days (*see* Dist. Loc. Civ. R. 7.1(b)(3)), though undersigned agree that seven days from the response is sufficient and appropriate here.

STIPULATED MOTION TO MODIFY DEADLINES – Page 2