RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**      ) | CASE NO. 1:21-cv-00359-BLW |
| ) | |
| Plaintiff,      ) | **STIPULATED MOTION TO** |
| v.      ) | **MODIFY DEADLINES** |
| ) | **REGARDING RICHARDSON** |
| **JOSH TEWALT, et al.,**      ) | **DEPOSITION [DKT. 167]** |
| ) | |
| Defendants.      ) | |
| _____      ) | |

Through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 6.1, the parties hereby file this stipulated motion to modify the deadlines set forth in the Court's order deferring consideration of the motion to modify the protective order to permit the public filing of the Richardson deposition transcript for the reasons summarized below. (*See* Dkt. 167).

STIPULATED MOTION TO MODIFY DEADLINES – Page 1

On October 31, 2024, Mr. Pizzuto filed his Emergency Motion to Modify Protective Order and Request for Expedited Response and Consideration ("Emergency Motion"). (Dkt. 161). The need to expedite briefing and consideration was due in part to the scheduled execution of Thomas Eugene Creech, which was set for November 13, 2024. (*See* Dkt. 161 at 6). This Court deferred its decision on the Emergency Motion and modified the Protective Order. (*See* Dkts. 81, 83, 117). The Court ordered Warden Richardson to review and correct his deposition transcript and the parties to file designations of confidential materials by November 8, 2024. (Dkt. 167, p. 5). However, on November 6th, a stay of execution was granted for Mr. Creech. *See Creech v. Valley,* D. Idaho, No. 1:24-cv-04865, Dkt. 20. The stay is in effect until the Court can address Mr. Creech's habeas petition, which will not be ripe for consideration until November 29th at a minimum. *See id.* at 3–4.

Therefore, based on the foregoing, the parties respectfully request that the Court enter an order modifying the deadlines identified herein by extending each date as follows:

- Deadline for Warden Richardson to review and correct his deposition transcript: November 13, 2024 (five-day extension).

- Deadline for designations of confidential materials: November 13, 2024.

DATED this 8th day of November 2024.

*/s/ Kristina M. Schindele*  
Kristina M. Schindele  
Deputy Attorney General  
Attorney for Defendants

*/s/ Jonah J. Horwitz*  
Jonah J. Horwitz  
Federal Defender Services of Idaho  
Attorney for Plaintiff

STIPULATED MOTION TO MODIFY DEADLINES – Page 2