RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.**, Plaintiff, v. **JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity, **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity, Defendants. | Case No. 1:21-cv-359-DCN  DEFENDANTS' NOTICE OF CONFIDENTIALITY DESIGNATIONS PER MEMORANDUM DECISION AND ORDER (DKT. 167) |

Pursuant to the Court's Order requiring the parties to file designations of confidential materials by November 8, 2024, which the parties stipulated to extend to November 13, 2024, (*see* Dkts. 167, 171), Defendants provide opposing counsel and the Court with the following notice:

**DEFENDANTS' DESIGNATION OF CONFIDENTIAL MATERIALS - 1**

Warden Richardson and Defendants have reviewed the transcript. Defendants do not designate any confidential materials within the transcript of the deposition of Warden Tim Richardson held October 18, 2024. The deposition transcript has been lodged with the Court under seal pending further consideration.

Defendants continue to designate all exhibits marked as confidential. Defendants understand Pizzuto does not seek to file the exhibits publicly. Pizzuto has not filed any challenges to Defendants' prior confidentiality designations. The confidential exhibits include Exhibit 7, 15, 17, and 19.

Respectfully submitted November 13, 2024.

        MOORE ELIA & KRAFT, LLP

        */s/ Tanner J. Smith*
        Tanner J. Smith
        Attorneys for Defendants

        OFFICE OF THE ATTORNEY GENERAL

        */s/ Kristina M. Schindele*
        Kristina M. Schindele
        Deputy Attorney General
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on this 13th day of November 2024, I caused to be served a true and correct copy of the foregoing via CM/ECF Electronic Notification:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
Stanley J. Panikowski: stanley.panikowski@dlapiper.com

        */s/ Kristina M. Schindele*
        Kristina M. Schindele