RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094   Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900   Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.**, Plaintiff, <br><br> v. <br><br> **JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity; **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity, <br>       Defendants. | Case No. 1:21-cv-359-BLW <br><br> **MOTION TO VACATE NOTICES OF DEPOSITION FOR MEDICAL TEAM LEADER AND CENTRAL LINE VOLUNTEER** |

COME NOW Defendants, by and through their undersigned counsel, and hereby submit this Motion to Vacate Notices of Deposition for Medical Team Leader and Central Line Volunteer.

**MOTION TO VACATE NOTICES OF DEPOSITION FOR
MEDICAL TEAM LEADER AND CENTRAL LINE VOLUNTEER - 1**

Alternatively, Defendants seek a protective order limiting the scope any deposition and addressing the manner of deposition. This Motion is supported by the Declaration of Kristina M. Schindele and Memorandum in Support of Motion to Vacate Notices of Deposition for Medical Team Leader and Central Line Volunteer filed contemporaneously herewith.

DATED this 30th day of December 2024.

        OFFICE OF THE ATTORNEY GENERAL

        */s/ Kristina M. Schindele*
        Kristina M. Schindele
        Deputy Attorney General
        Attorneys for Defendants

        MOORE ELIA & KRAFT, LLP

        */s/ Tanner J. Smith*
        Tanner J. Smith
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com, |

        */s/ Kristina M. Schindele*
        Kristina M. Schindele

**MOTION TO VACATE NOTICES OF DEPOSITION FOR
MEDICAL TEAM LEADER AND CENTRAL LINE VOLUNTEER - 2**