RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5440)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>   Defendants. | Case No. 1:21-cv-359-BLW<br><br>**Declaration of Liz Neville in Support of Defendants' Motion to Vacate Notices of Deposition** |

    1.    I am over the age of eighteen and competent to testify on the matters herein. This declaration is based upon my own personal knowledge.

**Declaration of Liz Neville - 1**

2.	I am the Deputy Chief of Prisons for the Idaho Department of Correction ("IDOC"). I have been directed by Josh Tewalt, IDOC Director, and Chad Page, IDOC Chief of Prisons, with certain execution-related tasks. Specifically, I have been appointed and directed to assist with coordinating and monitoring the training and conduct of the IDOC Medical Team. Director Tewalt has the statutory duty to implement procedures used during executions pursuant to Idaho Code § 19-2716. Director Tewalt approved implementation of Standard Operating Procedure 135.02.01.001 (SOP 135), Execution Procedures, to govern activities related to the execution process on October 11, 2024.

3.	I was appointed to the position of Deputy Chief effective October 31, 2021. I assumed the execution-related duties previously assigned to my predecessor, Ross Castleton. Since my appointment, I have attended almost all the medical team trainings. Upon information and belief, I have been unable to attend two trainings. Chief of Prisons Chad Page attended those trainings in my place. Chief Page is my supervisor. He is also a member of the Administrative Team. SOP 135 requires the medical team to meet for training a minimum of ten sessions a year. Medical Team Members must participate in a minimum of four training sessions within the twelve months prior to an execution. At each Training Session, the IDOC Medical Team actually places IV catheters and establishes IV drips in a live volunteer. Upon receipt of a death warrant, the Medical Team is required to train weekly before the scheduled execution date. Additionally, the Medical Team is required to participate in a minimum of four training sessions in the forty-eight hours prior to the scheduled execution. Two of these four training sessions are also rehearsals for the execution.

4.	Every member of the Administrative Team, Director Tewalt, and other IDOC staff members have all volunteered to participate in the monthly training sessions. During the training,

**Declaration of Liz Neville - 2**

the volunteer is secured by the Escort Team and moved to the execution chamber. Each volunteer then submits to IV catheterization and administration of saline. I have personally volunteered and spoken with the other volunteers. Each IDOC staff member who has participated in training as a volunteer has reiterated their appreciation for the manner in which the Escort Team and Medical Team conduct themselves. All volunteers have reiterated their confidence in the qualifications and competency of the Medical Team.

5. At each training session, the Medical Team produces minutes documenting the steps taken during the training. I maintain the training records for the Medical Team. I received copies of the training records maintained by Mr. Castleton. I maintain these training records in the course and scope of my duties. IDOC has disclosed training agency minutes in discovery in this matter for the following monthly training sessions: 1) January through December 2020 – no sessions held in March and April due to the Governor's COVID shut-down order; 2) January 2021 through December 2021 – two sessions held in May due to pending death warrant, stay was entered so no session held in June and no session held in December as 10 annual sessions had been held; 3) January 2022 through November 2022 and no session held in December as the 10 annual sessions had been exceeded; 4) January, February, two sessions in March, April through September, and two sessions in October 2023; and 5) January through June 2024. I have attended the additional required training sessions with the Medical Team pursuant to SOP 135. The additional training minutes will be disclosed to Mr. Pizzuto.

6. Since my appointment, I have been responsible for ensuring compliance with the ongoing selection criteria for members of the Medical Team. Pursuant to SOP 135, Medical Team Members must meet the following criteria: 1) at least three years of medical experience as an emergency medical technician (EMT), licensed practical nurse (LPN), military corpsman,

**Declaration of Liz Neville - 3**

paramedic, phlebotomist, physician assistant, physician, registered nurse (RN), or other medically training personnel including those trained in the United States military; 2) current venous access proficiency, current pharmacodynamics proficiency (i.e. an understanding medical orders and medical labels as well as training and experience with drawing and administering medications through an injection or IV); and 3) CPR certification. Medical Team Members must have specific training and experience administering intravenous (IV) drips, including inserting IV catheters, ensuring proper functioning of the IV, preparing syringes, and administering chemicals.

7. Medical Team Members must submit to licensing and certification checks as well as criminal history reviews prior to placement on the team, annually after placement on the team and upon issuance of a Death Warrant. I have conducted the annual licensing/certification checks and criminal history reviews. I conducted these reviews in January 2023 and January 2024. IDOC was served with a Death Warrant for Thomas Eugene Creech on January 30, 2024. I conducted the licensing/certification check and criminal history review in January 2024. I am required to conduct a further record review to confirm credentials and verify no criminal history after service of the death warrant. I conducted that additional review prior to February 28, 2024.

8. I have confirmed that all of the Medical Team Members have retained their state license or certification. To verify credentials, I request each member to bring a copy of their current and valid license or certification. I have confirmed that none of the Medical Team Members have been charged or convicted with a misdemeanor or felony offense. I verify criminal history through state-approved criminal history record systems available to IDOC. I do not create or retain paper copies or other documentation related to my record reviews. Pursuant to Idaho Code § 19-2716A, Idaho Administrative Procedure Act Rule 06.01.01.135.05, and SOP 135, I am required to ensure

**Declaration of Liz Neville - 4**

the confidentiality of and withhold information that might identify members of the IDOC Medical Team.

9. The Medical Team has continued to conduct its trainings and comply with all policy requirements.

10. SOP 135 requires the Medical Team to physically evaluate the condemned person to predetermine appropriate venous access locations.

11. The Administrative Team is also required to test all equipment in the execution chamber. I have personally confirmed that the microphone, lighting and video monitoring equipment are in working order. At each training session, the Medical Team Members and I inspect the supplies to be used in the execution. We remove any expired supplies. I am responsible for ordering additional supplies and have maintained sufficient supplies to carry out an execution.

12. I have ensured that the electrocardiograph (EKG) machine is available on site and functioning properly. I have confirmed that the EKG machine has been properly serviced.

13. IDOC has attempted to simulate difficulties or distractions that might arise during an execution. As such, members of the Administrative Team have attended training and caused a commotion in the witness observation room. The Administrative Team has solicited volunteers that pose difficulties with IV placement to ensure that the Medical Team Members train to that standard. To assist with as real-world possibilities as possible, we have solicited volunteers of various ages and at least one volunteer has a documented medical issue that results in difficult IV catheterization. We have also had male and female volunteers. In my experience, the Medical Team Members have undertaken their duties with the solemnity and professionalism required to carry out the serious acts with which they are tasked.

**Declaration of Liz Neville - 5**

14. I was tasked by Director Tewalt to revise SOP 135 following the events that occurred on February 28, 2024. I engaged in those tasks with input and direction from Director Tewalt. I consulted with legal counsel. I consulted with the Medical Team. Director Tewalt consulted with the Medical Team and the Central Line Volunteer. Director Tewalt made final decisions concerning the execution protocol.

15. Revised SOP 135 requires me to engage in the same licensing and criminal history review of the Central Line Volunteer as I conduct for the Medical Team. Director Tewalt and I have confirmed that the Central Line Volunteer is a licensed medical doctor with central line venous access proficiency.

16. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Liz Neville                           December 30, 2024
Liz Neville, Deputy Chief of Prisons      Date

**Declaration of Liz Neville - 6**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 30th day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com, |

             */s/ Kristina M. Schindele*
             Kristina M. Schindele