RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRIC COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-359-BLW<br><br>**DECLARATION OF KRISTINA M. SCHINDELE** |

　　　　I, Kristina M. Schindele, hereby declare under penalty of perjury that the foregoing is true and correct:

　　　　1.　　I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I am one of the attorneys of record for Defendants in this case. I make this Declaration based upon my own personal knowledge of the

**DECLARATION OF KRISTINA M. SCHINDELE - 1**

facts set forth below.

2. In connection with this lawsuit, Plaintiff Gerald Pizzuto ("Pizzuto") has propounded numerous discovery requests on Defendants.

3. On October 3, 2024, Plaintiff served his Notice of Deposition of Medical Team Leader on Defendants. A true and correct copy of this Notice is attached hereto as **Exhibit A**.

4. On October 3, 2024, Plaintiff served his Notice of Deposition of Central Line Volunteer on Defendants. A true and correct copy of this Notice is attached hereto as **Exhibit B**.

5. On October 17, 2024, Defendants objected to the fact, manner, and scope of the depositions of IDOC's confidential team members. A true and correct copy of Defendants' objection is attached hereto as **Exhibit C**.

6. Attached hereto as **Exhibit D** is a true and correct copy of Idaho Department of Correction's Execution Procedures, Standard Operating Procedure 135.02.01.001 ("SOP 135"), that was last updated October 11, 2024.

7. Attached hereto as **Exhibit E** is a true and correct copy of Idaho Department of Correction's Execution Chemicals Preparation and Administration protocol, which is part of SOP 135, that was last updated October 11, 2024.

DATED this 30th day of December 2024.

>*/s/ Kristina M. Schindele*
>Kristina M. Schindele
>Deputy Attorney General
>Counsel for Defendants

**DECLARATION OF KRISTINA M. SCHINDELE - 2**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th day of December 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com, |

                                          */s/ Kristina M. Schindele*
                                          Kristina M. Schindele