Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

EXHIBIT B

Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:    Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | **CASE NO. 1:21-cv-00359-BLW** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Notice of Deposition of Central Line** |
| v. | ) | **Volunteer** |
| | ) | |
| **JOSH TEWALT, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that Plaintiff Gerald Ross Pizzuto, Jr., through his counsel, will depose the individual that has been referred to in discovery requests as the Central Line volunteer on February 7, 2024, at 10:00 AM at the offices of the Capital Habeas Unit of Federal Defender Services of Idaho, on the ninth floor at 702 West Idaho Street, Boise, Idaho. Undersigned counsel do not know where the Central Line volunteer is located, as his or her identity has been made confidential. However, on information and belief, the Central Line volunteer does some business at the Idaho Maximum Security Institution, which is located at 13400 S. Pleasant Valley Road, Kuna, Idaho 83634. The deposition will be taken pursuant to the Federal Rules of Civil Procedure.

DATED this 3rd day of October 2024.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Attorney for Plaintiff

Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of October 2024, I served the foregoing document by email on opposing counsel at the following addresses:

Kristina M. Schindele
krschind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

Tanner Smith
tanner@melawfirm.net

 /s/ Jonah J. Horwitz
Jonah J. Horwitz