Exhibit C

RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE, ELIA, KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GERALD R. PIZZUTO,<br>        Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br>        Defendants. | Case No. 1:21-cv-359-BLW<br><br>**DEFENDANTS' OBJECTION TO THE NOTICES OF DEPOSITION FOR MEDICAL TEAM LEADER AND CENTRAL LINE VOLUNTEER SERVED ON OCTOBER 3, 2024** |

COME NOW, Defendants Josh Tewalt, Randy Valley, and Liz Neville ("Defendants"), by and through their counsel of record, and object to the notices of deposition of the Medical Team Leader and the Central Line Volunteer served on Defendants on October 3, 2024.

OBJECTION TO NOTICES OF DEPOSITION OF MEDICAL TEAM LEADER
AND CENTRAL LINE VOLUNTEER SERVED ON OCTOBER 3, 2024 – Page 1

Defendants object to the noticed depositions by oral testimony pursuant to the Federal Rules of Civil Procedure 26, 30, and 45. Defendants specifically incorporate Idaho's statutory protections for identity and confidentiality set forth in Idaho Code § 19-2617A into the limitation on reasonable discovery under Federal Rule of Civil Procedure 26(b)(2). Defendants object to the noticed depositions as follows: the information sought is not relevant to the Plaintiff's claims, is disproportional to Plaintiff's needs, and creates an undue burden on Defendants in light of the likely benefit of the depositions. Express or inadvertent identification of the members of the execution teams, including the Medical Team Leader and the Central Line Volunteer, would hamper the Department's ability to carry out its statutory duty to carry out lawful judgments imposed pursuant to Idaho law.

Defendants previously objected to the deposition of the Medical Team Leader by correspondence dated August 9, 2024. Thereafter, Plaintiff proposed a deposition by oral testimony of the Central Line Volunteer on the same protocol proposed for the Medical Team Leader. Defendants specifically incorporate the objections set forth in the August 9, 2024, correspondence regarding the scope and manner of deposition. The parties have met and conferred regarding the proposed depositions of both the Medical Team Leader and the Central Line Volunteer. Defendants objected to proceeding with the depositions, and the parties did not reach an agreement regarding the scope or manner.

Plaintiff served the Notices of Depositions for the Medical Team Leader and the Central Line Volunteer, and Defendants' counsel accepted service thereof, on October 3, 2024. Defendants serve this objection to the noticed depositions to preserve their objections to the depositions themselves as well as the scope and manner of deposition. Defendants further notify Plaintiff they will file a motion to vacate the noticed depositions within a reasonable time. Defendants

acknowledge counsel previously advised Plaintiff's counsel that Defendants would accept service of the notices and file a motion to quash or vacate the depositions.

Respectfully submitted this 17th day of October 2024.

By: /s/ Kristina M. Schindele
KRISTINA M. SCHINDELE
Deputy Attorney General
Counsel for Defendants

### CERTIFICATE OF SERVICE

I certify that on this 17th day of October 2024, I caused to be served a true and correct copy of the foregoing via email service as follows:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org

/s/ Kristina M. Schindele
Kristina M. Schindele