Exhibit D

| Idaho Department of Correction | Standard Operating Procedure | Title: **Execution Procedures** | | Page: 1 of 34 |
|---|---|---|---|---|
| | | Control Number: **135.02.01.001** | Version: **5.0** | Adopted: 05/18/1998 |

**Josh Tewalt, Director of the Idaho Department of Correction, approved this document on**

<u>10/11/2024</u>

Open to the public: ☒ **Yes**

**SCOPE**

This standard operating procedure (SOP) applies to all Idaho Department of Correction (IDOC) staff members involved in the administration of capital punishment and to persons in IDOC custody sentenced to capital punishment, hereafter referred to as condemned person.

**Note:** This SOP is subject to revision at the discretion of the Director of IDOC. The Director may revise, suspend, or rescind any procedural steps, at any time, at the Director's sole discretion.

<table>
<tr><td align="center"><strong style="color:red">Revision Summary</strong></td></tr>
<tr><td><span style="color:red">Revision date (10/11/2024) version 5.0: Revisions were made to reflect physical plant changes to F Block; the process for the condemned individual to request religious accommodation; revised qualifications for the medical team; clarified process steps throughout; updated forms to reflect IV placement and syringe and chemical preparation process steps.</span></td></tr>
</table>

## TABLE OF CONTENTS

Board of Correction IDAPA Rule Number 135 ........................................................ 2

Policy Control Number 135.............................................................................. 2

Purpose................................................................................................... 2

Responsibility ........................................................................................... 2

Standard Procedures .................................................................................... 5

1.  Introduction ........................................................................................ 5

2.  Monitoring Appellate Activities................................................................... 5

3.  Staff Conduct and Professionalism ............................................................... 6

4.  Attempted Disruption of Execution Process ..................................................... 6

5.  Specialty Teams and Training and Practice Requirements...................................... 6

6.  Death Warrant for Pregnant Person .............................................................. 9

7.  Stay of Execution .................................................................................. 9

8.  Public Information and Media Access.............................................................10

9.  External Security ...................................................................................12

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 3 of 34
Pizzuto v. Tewalt - 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 2 of 34 |

10.   Persons Allowed in the Execution Unit During Execution ............................................12

11.   General Timeline ..........................................................................................................14

12.   Upon Service of a Death Warrant..................................................................................14

13.   Briefing and Communication: After the Death Warrant is Served................................16

14.   Conditions of Confinement ...........................................................................................16

15.   Thirty to Twenty-One Days Prior to the Execution ......................................................19

16.   Twenty-One to Seven Days Prior to the Execution ......................................................24

17.   Seven to Two Days Prior to the Execution...................................................................25

18.   Two Days Prior to the Execution .................................................................................27

19.   Twenty-Four to Twelve Hours Prior To the Execution .................................................28

20.   Twelve Hours Prior To the Execution...........................................................................30

21.   Final Preparations ........................................................................................................31

22.   Pronouncement of Death .............................................................................................31

23.   Return of the Death Warrant ........................................................................................31

24.   Following the Execution ...............................................................................................31

Definitions ...........................................................................................................................32

References...........................................................................................................................32

**BOARD OF CORRECTION IDAPA RULE NUMBER 135**

Executions

**POLICY CONTROL NUMBER 135**

Executions

**PURPOSE**

The purpose of this SOP is to establish specific procedures for administration of capital punishment through lethal injection in accordance with Idaho Code and the Constitutions of the United States of America and the State of Idaho.

**RESPONSIBILITY**

***Director of IDOC***

The Director of IDOC is responsible for:

- Exercising overall control and approval of the administrative policy, SOP, field memoranda, and of the execution process itself.

- Communicating with Idaho Governor's Office, Idaho Board of Correction, Idaho Legislators, and Idaho Commission of Pardons and Parole.

- Determining execution protocol and ensuring that applicable chemicals are obtained and tested at an accredited lab following United States Pharmacopeia

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 3 of 34 |

or other applicable, nationally recognized or generally accepted testing standards.

- Approving news media representatives for media center access.

### Chief of the Division of Prisons

The Chief of the Division of Prisons, or designee, is responsible for:

- Field memoranda, and post orders related to the execution process.

- Contacting and notifying members of the victim's family.

- Contacting and notifying the State of Idaho's witnesses.

- Briefing witnesses before the execution.

- Disseminating briefings as needed to staff following the issuance of a death warrant.

### Deputy Chief of the Division of Prisons

The Deputy Chief of the Division of Prisons, or designee, is responsible for:

- Appointing one or more staff member(s) within the division to assist the Idaho Maximum Security Institution (IMSI) Warden.

- Coordinating IDOC activities as the Incident Command System (ICS) command center operations chief at IDOC's South Boise Complex, which includes IMSI, Idaho State Correctional Institution (ISCI), South Idaho Correctional Institution (SICI), and South Boise Women's Correctional Center (SBWCC).

- Activating the following teams and overseeing their activities:
  - ICS
  - Correctional Emergency Response Team (CERT)
  - Maintenance
  - Critical Incident Stress Management (CISM)
  - Traffic Control Team
  - ISCI media center
  - SICI grounds and perimeter security.

**Note:** IDOC may have more than one Deputy Chief of Division of Prisons, any of whom will share the responsibilities for the position set out by this SOP or individually as assigned by the Director of IDOC or the Chief of the Division of Prisons.

### Administrative Team

The Administrative Team consists of the Deputy Chief of the Division of Prisons, the IMSI Warden, the backup to the IMSI Warden for the purpose of serving as the execution director, and any additional IDOC staff the Director or the Chief of the Division of Prisons may appoint.

The Administrative Team is responsible for:

- Providing, planning, directing, and implementing all pre-execution and post-execution activities.

- Coordinating all processes associated with specialty team personnel selection, equipment, supply acquisition, training, rehearsal, and performance.

Idaho Department of Correction

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 5 of 34
Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 4 of 34 |

- Conducting preparatory steps in order to ensure that the execution process is conducted in accordance with this SOP.

- Reviewing and ensuring that the department adheres to Idaho Code sections 19-2705, 19-2713, 19-2714, 19-2715, 19-2716, 19-2716A, 19-2718, and IDAPA 06.01.01.135.

- Selecting staff for the Escort Team and Medical Team.

- Selecting emergency medical personnel to be on site during the execution procedure.

- Ensuring that all the equipment such as electrical, plumbing, heating, and cooling units in the execution chamber are in working order.

- Ensuring that an annual training schedule is established and scheduling dates for periodic on-site rehearsal sessions by the Escort Team, Medical Team, and ICS that complies with the requirements of this SOP.

### *Idaho Maximum Security Institution (IMSI) Warden*

The IMSI Warden is responsible for:

- Providing notification to the condemned that a death warrant has been issued.

- Assigning an IDOC liaison for the condemned person.

- Creating and maintaining a log documenting the events leading up to the execution date that serves as a permanent record of the execution activities.

- Issuing all the orders to facilitate an execution at IMSI.

- Ensuring all visitors and execution witnesses meet the standard IDOC visitor requirements and any additional requirements implemented by this SOP.

### *Idaho Maximum Security Institution (IMSI) Deputy Warden of Security*

The IMSI Deputy Warden of security is responsible for:

- Internal security at IMSI.

- Scheduling staff for regular posts and additional security to begin 48 to 24 hours prior to the execution up to and including a 'level C response' in accordance with the ICS.

### *Idaho State Correctional Institution (ISCI) Warden*

The ISCI Warden is responsible for:

- Establishing field memoranda to identify authority and guidelines to coordinate media activity. The Chief of the Division of Prisons must approve the field memoranda.

- Providing logistical and communication support at the IDOC's South Boise Complex.

### *South Idaho Correctional Institution (SICI) Warden*

The SICI Warden is responsible for:

- Establishing field memoranda to identify authority and guidelines to coordinate and implement external security measures, including guidelines for other law enforcement and support agencies operating on the IDOC's South Boise Complex. The Chief of the Division of Prisons must approve the field memoranda.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 5 of 34 |

## STANDARD PROCEDURES

### 1. Introduction

Enforcing capital punishment is one of the most serious and controversial responsibilities of IDOC. IDOC leadership and staff must be aware of the pressures an execution places on them and the prison population and be prepared and able to meet the situations that might arise. A high regard for the dignity of all individuals involved must be maintained.

All executions, both males and females, will be conducted at IMSI. The condemned person will be transported to IMSI immediately when the death warrant is issued, if not already housed there.

No IDOC staff member or contractor, except as identified by Idaho Code or contract, will be required to participate in an execution and can withdraw from the process at any time and a replacement will be appointed in accordance with Idaho law and this SOP.

IDOC will make every effort in the planning and preparation of an execution to ensure that the execution process:

- Complies with the Constitution of the United States, the Constitution of the State of Idaho and Idaho law, specifically Idaho Code Sections 19-2705, 19-2713, 19-2714, 19-2715, 19-2716, 19-2716A, 19-2718, and IDAPA Rule 06.01.01.135.

- Is handled in a manner that minimizes its impact on the safety, security, and operational integrity of the prison in which it occurs.

- Does not cause the condemned person to suffer cruelly during the execution.

- Accommodates the public's right to obtain certain information concerning the execution and strives to minimize the impact on the community and the State of Idaho.

- Respects the privacy interests of families of the victims and of the condemned person.

- Provides contingency planning to identify and address unforeseen problems.

- Maintains lines of communication necessary to receive information regarding stays of execution, commutations, and other circumstances throughout the execution process.

- Provides opportunity for citizens to demonstrate in a lawful manner.

- Ensures there is an appropriate response to unlawful civil disobedience, trespass, and other violations.

### 2. Monitoring Appellate Activities

The Deputy Chief of the Division of Prisons, in conjunction with the Deputy Attorneys General (DAGs) representing IDOC, will monitor the appellate process of those under the sentence of death. When it appears an individual may be within one year or less of exhausting appeals, the Deputy Chief of the Division of Prisons will notify the Director of IDOC, the Chief of the Division of Prisons, and the IMSI Warden of the possibility of the issuance of a death warrant within the next year.

The Administrative Team will begin the planning and preparation process when an inmate is within this one-year timeframe.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 6 of 34 |

## 3. Staff Conduct and Professionalism

All IDOC staff and contractors must maintain a high degree of professionalism regarding the execution process, to include all IDOC and contract facilities that are not involved in the execution process. Expectations demonstrating professionalism include, but are not limited to, the following:

- Restraint and courtesy when interacting with residents, witnesses, demonstrators, attorneys, news media, law enforcement and any member of the public regarding the implementation of the death penalty.

- Proficient performance of all assigned duties in a respectful manner.

- Conduct that appropriately reflects the gravity of the execution process.

## 4. Attempted Disruption of Execution Process

IDOC is required by Idaho law to carry out capital punishment sentences from Idaho courts. IDOC will take those actions necessary to fulfill this requirement and prevent the disruption of an execution or disruption to the safe and orderly operation of its correctional facilities. Prohibited activities include, but are not limited to the following:

- Filming, taping, recording, broadcasting or otherwise electronically documenting the execution.

- Trespassing or entering upon IDOC property without authorization.

- Participating in unlawful demonstrations or unlawful attempts to disrupt, prevent or otherwise interfere with an execution.

- Unlawfully threatening, intimidating, or otherwise attempting to influence persons involved in the execution process.

These prohibitions apply to the incarcerated population, contractors, IDOC staff, and the public.

IDOC will ensure adequate law enforcement is present to ensure the safe control of the public on IDOC property, including officers stationed at the Execution Unit, if necessary. This may include members of the Boise Police Department, the Ada County Sheriff's Department, or the Idaho State Police, and other law enforcement agencies.

## 5. Specialty Teams and Training and Practice Requirements

The execution process requires three specialty teams: The Escort Team, the Medical Team, and the Administrative Team.

The names of the individuals on the Escort Team and Medical Team will be treated with the highest degree of confidentiality. The identity of all individuals (except those Administrative Team Members identified by law or rule) participating in or performing any ancillary functions in the execution and any information contained in the records that could identify those individuals is confidential and not subject to disclosure. The identities of Escort Team and Medical Team Members are available to the Director of IDOC, the Chief of the Division of Prisons, and the Administrative Team. See IDAPA 06.01.01.108.04 and 06.01.01.135.

### *Escort Team Members – Criteria and Selection Requirements*

Service on the Escort Team is voluntary. Staff may withdraw at any time.

Staff must meet the following criteria to be selected for the Escort Team:

Idaho Department of Correction

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 8 of 34
Pizzuto v. Tewalt – 1:21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 7 of 34 |

- Demonstrated high degree of professionalism
- Demonstrated ability to maintain confidentiality
- No personnel disciplinary action in the past 12 months
- Current IDOC employee with at least one year of satisfactory employment
- No blood or legal relationship to the victim or victim's family
- No blood or legal relationship to the condemned person or family

The Administrative Team will identify qualified personnel to serve on the Escort Team, verify qualifications, and complete criminal background checks before approving participation on the Escort Team.

The Deputy Chief of the Division of Prisons will designate an Escort Team Leader and at least one alternate Escort Team Leader.

The Escort Team Leader reports to a designated Administrative Team Member and ensures that all Escort Team Members understand all provisions of this SOP and are well-trained in the escort procedures.

### *Medical Team Members – Criteria and Selection Requirements*

- The Medical Team consists of volunteers whose training and experience include establishing intravenous (IV) access by peripheral line and/or central venous line. The Medical Team will be responsible for inserting IV catheters, ensuring the line is functioning properly throughout the procedure, preparing the chemicals, preparing the syringes, drawing the chemicals, monitoring the condemned person (including the level of consciousness), and administering the chemicals as described in. *Execution Chemicals Preparation and Administration*.

To serve on the Medical Team, individuals must meet the following criteria:

- At least three years of medical experience as an emergency medical technician (EMT), licensed practical nurse (LPN), military corpsman, paramedic, phlebotomist, physician assistant (PA), physician (MD or DO), nurse practitioner (NP), registered nurse (RN), or other medically trained personnel including those trained in the United States military.
- Have current peripheral line venous access proficiency (i.e., understand medical orders, read and understand medical labels, draw chemicals, and deliver chemicals through either an injection or IV) through ongoing training, education and experience, and/or current job duties
- Have current pharmacodynamics proficiency (i.e., understand the effect of a chemical or pharmaceutical on the human body) through ongoing training, education and experience, and/or current job duties
- Be certified in CPR.
- No blood or legal relationship to the victim or victim's family.
- No blood or legal relationship to the condemned person or condemned person's family.

In addition to the above minimum qualifications, to establish central venous line IV access, individuals must meet the following criteria:

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 8 of 34 |

- Medically-licensed physician.

- Have current central venous line catheter placement proficiency.

### The Administrative Team

The Administrative Team will identify qualified persons to serve on the Medical Team; verify their professional qualifications (to include professional licensing and certification), training, and experience; complete criminal background checks; and conduct personal interviews before approving participation on the Medical Team.

The Administrative Team will ensure that all Medical Team Members understand all provisions of this SOP and are well-trained in the execution procedures.

**Note:** Licensing and certification, and criminal history reviews will be conducted prior to placement on the Medical Team, annually after placement on the Medical Team and after issuance of a death warrant. Participation on the Medical Team is contingent on passing these reviews.

### The Deputy Chief of the Division of Prisons

The Deputy Chief of the Division of Prisons will designate a Medical Team Leader and at least one alternate Medical Team Leader.

### The Medical Team Leader

The Medical Team Leader will have direct oversight of the Medical Team and will report to a designated Administrative Team Member.

### Training and Rehearsal Requirements

The Administrative Team will establish a training schedule for each calendar year that identifies dates for on-site training and rehearsal sessions for the Escort Team, Medical Team, and Incident Command Staff. All training and rehearsal sessions must be documented and submitted to a designated Administrative Team Member. A minimum of 10 training sessions will be scheduled each calendar year for the Escort Team and Medical Team.

The Director of IDOC may, in his discretion, suspend or modify the number and frequency of trainings if no execution is anticipated in that calendar year. The Director may, in his discretion, increase the number and frequency of trainings to ensure the adequate training of the Escort and Medical Teams.

In order to participate in an execution, Escort Team, Medical Team, and ICS Members must participate in a minimum of four training sessions within the twelve months prior to an execution. Training and rehearsal sessions for the Medical Team will include the placement of peripheral line IV catheters and administering IV fluids through peripheral lines in a minimum of two live volunteers.

After a death warrant is served, the Escort Team, Medical Team, and ICS will train weekly before the scheduled execution date.

In the forty-eight hours prior to the scheduled execution, the Escort Team, Medical Team, and Incident Command Staff Members must participate in a minimum of four training sessions and two rehearsals.

### Emergency Medical Personnel and Ambulance Service

Emergency medical personnel and ambulance service will be present near the Execution Unit as determined by the Administrative Team to provide emergency medical assistance

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 9 of 34 |

and transport to anyone requiring such care during the process, including any necessary resuscitation effort of the condemned person and first aid emergency care for any person in the immediate area if needed. Emergency medical personnel will have access to an on-site medical crash cart, applicable medications, and defibrillator.

Emergency medical services provided under this section are not considered part of the execution procedures.

Emergency medical personnel will maintain proper professional licensing or certification as required by the scope of the emergency medical services to be provided. The Administrative Team will verify professional licensure and certification and will complete criminal background checks upon the issuance of the death warrant.

The identities of emergency medical personnel are confidential and will be protected from disclosure in the same manner described for the Medical Team and Escort Team Members. See IDAPA 06.01.01.108 and 06.01.01.135.

## 6. Death Warrant for Pregnant Person

If there is reason to believe that a condemned person is pregnant, a jury of three physicians will be appointed as required by Idaho Code section 19-2713 to determine whether the person is pregnant. If pregnant, the facility Warden will immediately notify the prosecuting attorney of the county with jurisdiction over the sentence of death, the Idaho Governor's Office, and the sentencing court. The facility Warden will suspend the execution until the person is no longer pregnant and the sentencing court has appointed a day for execution.

## 7. Stay of Execution

Upon notification that a court has issued a stay of execution, the following will occur:

### Director of IDOC

- Provide notification of the stay to the following:
- Administrative Team Members.
- Office of the Idaho Governor.
- Executive Director of the Idaho Commission of Pardons and Parole.
- Victim Liaison.

### Deputy Chief of the Division of Prisons

- Advise facilities staff that a stay of execution has been issued.
- Begin systematically deescalating the operation and when applicable instruct execution activities and related operations to stand down.
- When appropriate, return all IDOC and contract facilities to normal operations.

### IDOC Public Information Officer (PIO)

- Issue a press release to the media.

### IMSI Warden

The IMSI Warden will determine housing and visiting in accordance with Idaho Code § 19-2705; SOP 319.02.01.001, *Restrictive Housing*; and SOP 604.02.01.001, *Visiting*.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 10 of 34 |

If a stay of execution is received the day of a scheduled execution, in addition to the process steps above, the following will also occur:

### Administrative Team

Ensure that all chemicals and medical supplies are handled in accordance with Execution Chemicals Preparation and Administration.

### IMSI Warden

If the stay is anticipated to last more than two hours, IMSI Warden will consult with the Director and the Medical Team Leader regarding whether and when to remove the IV catheters. The IMSI Warden may direct the condemned individual to returned to a designated cell and return of the condemned person's property.

## 8. Public Information and Media Access

The PIO is responsible to prepare and release information to the media. The Director of IDOC will approve each release prior to dissemination.

A media center will be located on-site at the IDOC's South Boise Complex.

The PIO will act as the IDOC's liaison with all media agencies requesting access to the IDOC's South Boise Complex or information regarding the execution. The PIO will notify all news media of the following IDOC rules:

- Media representatives must comply with IDOC visiting standards for access to witness the execution and to have access to the media center. This includes IDOC's prohibition on weapons and tobacco use on IDOC premises.

- Cameras, video cameras, cellular telephones, and recording devices are not allowed inside IMSI or the execution chamber.

- Cameras, video cameras, and recording devices are allowed in the media center and at the area(s) designated for media on the IDOC's South Boise Complex.

- Individuals entering IDOC premises are subject to search (metal detector and clothed body search), must arrive at the designated time, and must enter IDOC property as instructed.

### News Media Representatives

A news media representative is a person whose primary employment is gathering or reporting news for:

- A newspaper, as defined in Idaho Code section 60-106.

- A news magazine having a normal circulation being sold by newsstands and by mail circulation to the general public.

- Radio and television news programs of stations holding Federal Communication Commission licenses.

- The Associated Press.

News organizations which distribute content primarily via internet will be admitted on a case-by-case basis. The PIO will verify that each internet-based organization is a bona fide news media. The Director of IDOC will be the final authority to approve admittance of news media representatives from internet-based news agencies to the media center.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 11 of 34 |

### Media Representative Witnesses to the Execution

IDOC will permit up to four news media representatives to witness the execution. This is subject to change by the Director of IDOC.

Fourteen days prior to the execution, any news media representative who desires to witness the execution must submit a fully completed *Execution Witness Acknowledgment and Agreement* to the PIO for the purposes of undergoing a criminal background check and approval.

The media representative witnesses will be selected as follows:

- The Associated Press will select one media representative witness.

- One media representative witness will be randomly selected from each of the following groups:

  - Media organizations that focus on and primarily cover the region in which the county of conviction is located. The Director of IDOC will determine which media agencies provide substantial coverage to the residents in the county of conviction.
  - Print and internet news media organizations that focus on and primarily cover and deliver local news to communities in Idaho.
  - Broadcast news media organizations that focus on and primarily cover and deliver local news to communities in Idaho.

Each media organization may only submit one representative for selection.

### Media Representative Witness Selection

Approximately seven days before the scheduled execution, the PIO will conduct the drawing for three media representative witnesses. A drawing for alternates in each category will be conducted at the same time. Selected media witnesses are not permitted to transfer or delegate their selection to any other individual.

Media representative witnesses must agree to return directly to the media center following the execution and share information and observations with the other news media representatives. The PIO will facilitate that discussion and briefing.

### Media Staging

The Deputy Chief of the Division of Prisons will determine the schedule and location for media vehicle staging and the schedule when news media representatives who are not participating in the witness pool must arrive.

On the day of the execution, media representative witnesses must arrive at the media center at the time designated by the PIO. News media representatives will sign in at the designated media center. IDOC will transport the four media representative witnesses from the media center to IMSI. The news media witnesses will be escorted to the Execution Unit with the state witnesses.

The transport officers will remain in a pre-assigned area at IMSI until the execution is declared completed by the IMSI Warden. The escort officers will then transport the media representatives back to the media center to participate in the news conference.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 12 of 34 |

## 9. External Security

### *IDOC's South Boise Complex Security Zones*

The IDOC South Boise Complex will be broken down into four security areas:

- **Inner perimeter zone:** the area within the respective facilities' fences.

- **Controlled perimeter zone:** an extended perimeter around the four facilities listed above.

- **Restricted zones:** areas designated for the media.

- **Extended zones:** areas designated for observers/demonstrators.

At the designated time, the SICI Warden will control access to the South Boise Complex.

SBWCC will provide security staff as needed to the SICI Warden to help support security of the controlled perimeter zone.

The SICI Warden is responsible for establishing posts at strategic access and checkpoints in the controlled perimeter zone surrounding the facilities.

## 10. Persons Allowed in the Execution Unit During Execution

The Director of IDOC will have the discretion to determine the number of persons allowed in the Execution Unit at any time. In exercising this discretion, the Director of IDOC will consider the safe and orderly operation of IMSI, the interests of the victim's family, and whether multiple death warrants are being executed concurrently.

By permitting individuals to witness the execution, IDOC is not creating any right or privilege that does not already exist. Individual placement of witnesses in the Execution Unit is subject to change at the discretion of the IMSI Warden. Individuals who fail to adhere to the requirements and directives of IDOC may be escorted out of the Execution Unit, IMSI, or IDOC premises.

IDAPA 06.01.01.135.06 provides that in most instances the following persons should be allowed in the Execution Unit, subject to the discretion of the Director of IDOC:

- The Administrative Team

- The Escort Team Members

- The Medical Team Members

- The emergency medical personnel

- The Director of IDOC

- The Idaho Board of Correction representative

- The Chief of the Division of Prisons or designee

- The IMSI Warden or designee

- The Ada County Coroner

- The prosecuting attorney from the county of conviction

- The sheriff from the county of conviction

- A district judge from the county of conviction

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 13 of 34 |

- The Idaho Governor or representative

- The Idaho Attorney General or representative

- Two members of the victim's family

- The spiritual advisor for the condemned person

- Two witnesses selected by the condemned person

- An attorney of record for the condemned person

- Four media representatives

In addition, the IDOC liaison for victim families and the IDOC liaison for the condemned will be allowed in the Execution Unit, subject to the discretion of the Director of IDOC.

The Execution Unit includes two witness areas, the Execution Chamber, Execution Preparation Room, the Medical Team Room, and staging areas. The persons permitted in each area are as follows:

### *State of Idaho Witness Area*
- One Escort Team Member
- The Chief of the Division of Prisons
- Two members of the victim's family
- Four media representatives
- The prosecuting attorney from the county of conviction
- The sheriff from the county of conviction
- A district judge from the county of conviction
- A representative of the Idaho Board of Correction
- The Idaho Governor or representative
- The Idaho Attorney General or representative
- IDOC Victim Family Liaison or IDOC-designated victim coordinator

### *Condemned's Witness Area*
- One Escort Team Member
- One IDOC liaison
- Two approved visitors selected by condemned person
- One attorney of record for condemned person

### *Execution Chamber*
- The condemned person
- Two Escort Team Members
- Interpreter (if necessary)
- The Director of the IDOC

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 14 of 34 |

- The IMSI Warden or designee

- One Spiritual Advisor – may be present in the condemned witness area or in the execution chamber if approved by IMSI Warden as set forth in this procedure.

**Note:** The Ada County Coroner and the emergency medical personnel will be located at a staging area near the execution chamber as determined by the IMSI Warden.

***Medical Team Room***

- Medical Team Members

- Administrative Team Members

- The Director of IDOC

**Execution Preparation Room**

- The condemned person

- IMSI Warden or designee

- Two Escort Team Members

- The Director of IDOC

## 11. General Timeline

The processes described in this SOP are based on a general timeline. The timeline is generally divided into the following stages:

- Upon Service of a Death Warrant

- Thirty to Twenty-one Days Prior to the Execution

- Twenty-one to Seven Days Prior to the Execution

- Seven to Two Days Prior to the Execution

- Two Days Prior to the Execution

- Twenty-Four to Twelve Hours Prior to the Execution

- Final Preparations

- Pronouncement of Death

The timeline is subject to change to accommodate unforeseen events.

**Note:** The procedures for carrying out the execution are found in *Execution Chemicals Preparation and Administration.*

## 12. Upon Service of a Death Warrant

Only the Director of IDOC can accept service of the death warrant. Once service of the death warrant is accepted, the following steps will be implemented.

Idaho Department of Correction

Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 15 of 34 |

**Process Steps**

| Functional Roles | Step | Tasks |
|---|---|---|
| **Director of IDOC** | 1 | • Immediately notify the Warden of the facility in which the condemned person is housed and the IMSI Warden.<br>• Immediately forward the death warrant to the Warden of the facility in which the condemned person is housed. |
| Director of IDOC | 2 | Notify:<br>• Idaho Board of Correction<br>• Chief of Prisons<br>• Executive Director of the Idaho Commission of Pardons and Parole<br>• Idaho Governor's Office<br>• IDOC PIO<br>• Office of the Attorney General (via the DAGs assigned to IDOC) |
| **Facility Warden** | 3 | Begin a log to provide a comprehensive chronological history of every aspect of the execution procedure. |
| Facility Warden | 4 | Deliver a copy of the death warrant to the condemned person. |
| Facility Warden | 5 | Immediately segregate the condemned person from the general population. |
| Facility Warden | 6 | Place the condemned person under constant observation by two staff members for 24 hours a day, seven days a week.<br><br>An observation logbook will be immediately established to record staffs' observation of the condemned person's activities and behavior. Entries will be chronological. Each day will be recorded beginning at midnight as MM/DD/YYYY. During the final four hours before the execution, staff will record each entry noting the time in hours and minutes and make entries a minimum of once every 30 minutes. |
| Facility Warden | 7 | Notify the facility Health Services Administrator (HSA) and a designated mental health professional that the condemned person has been placed in solitary confinement under a death warrant. |

Idaho Department of Correction

Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 16 of 34 |

| Functional Roles | Step | Tasks |
|---|---|---|
| Facility Warden | 8 | • Retain the original death warrant.<br>• Place a copy of the death warrant in the condemned person's central file. |
| Facility Warden | 9 | Within 24 hours after the death warrant is served, appoint a staff member (normally an IMSI Deputy Warden) to relieve the Warden of all duties except those duties related to the execution process until there is a stay of execution or the execution process has been completed. |
| Facility Warden | 10 | Appoint a staff member to serve as liaison between the condemned person, the condemned person's family, and the IMSI Warden (If the condemned person does not speak English, ensure an interpreter is obtained and available to communicate with the condemned person).<br><br>Appoint a person to serve as liaison between the victim, victim's family, and IDOC. In most cases, this will be the IDOC Victim Services Coordinator or a non-IDOC trained victim witness coordinator designated by the IMSI Warden. |

## 13. Briefing and Communication: After the Death Warrant is Served

The facility Warden will ensure that at a minimum, a weekly briefing will occur for all involved staff commencing after the death warrant is served until the facility has returned to normal operations. The CISM Team Members will be available to speak with interested and affected staff, individuals, or groups who have been identified by the facility Warden or other staff.

At a minimum, briefings and communication will be conducted as follows:

- Immediately after the death warrant is served.

- If any changes are made to the established execution timeline.

- As deemed necessary to keep staff well informed during the week prior to the execution.

- The day after the execution.

## 14. Conditions of Confinement

Immediately following the service of a death warrant, the condemned person will be moved to a predetermined isolation cell in accordance with Idaho Code § 19-2705. The isolation cell will be supplied a fresh mattress and pillow that has been thoroughly inspected, and clean bedding. An unclothed body search will be conducted, and the condemned person will be given clean clothes and different shoes. Any needs of the condemned person that require special accommodations will be identified and implemented as necessary.

Until the execution has been stayed or completed:

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 17 of 34 |

- Any movement of the condemned person will require escort by two correctional staff members with appropriate restraints.

- The condemned person will be placed under 24-hour, constant observation by two uniformed staff members.

- The condemned person will be allowed daily outdoor exercise, showers, and telephone access.

- The condemned person will be provided access to a television set and any electronics previously purchased by the condemned and approved by the IMSI Warden. Some functionality of the electronics may be limited at the direction of the IMSI Warden.

### Property

The condemned person's personal property will be inventoried. The condemned person will be allowed to keep not more than six cubic feet of legal papers and religious materials, a pencil and paper, books, periodicals, and commissary food items. All remaining property will be boxed, sealed, and removed from the cell. It will be stored pending receipt of written instructions from the condemned person regarding disposition of property or otherwise disposed of as outlined in SOP 312.02.01.001, *Death of an Inmate*.

### Commissary

The condemned person will be allowed to purchase food items from the commissary until the delivery date of commissary is within seven days of the execution. The IMSI Warden has discretion to extend this time frame. Non-food purchases must be approved by the IMSI Warden. The spending limit will be the same as established in SOP 320.02.01.001, *Property: State-issued and Resident Personal Property*. However, the IMSI Warden can increase or decrease this amount with approval of the Deputy Chief of the Division of Prisons. The condemned person may retain consumable commissary items as approved by the IMSI Warden until completion of the last meal.

### Last Meal

For the last meal, the condemned person can select a meal from the established IDOC menu. The last meal will be served at approximately 1900 hours the day prior to the scheduled execution.

### Hygiene Items

The condemned person will receive the following hygiene supplies: bar soap, toothpaste and toothbrush, towel, and washcloth. These items will be exchanged as necessary.

Clean clothing and bedding will be issued as necessary.

If requested, shaving supplies will be issued and immediately removed once shaving is finished.

### Access to the Condemned Person

Access to the condemned person will be limited to the following:

- Law enforcement personnel investigating matters within the scope of their duties.

- The condemned person's attorney of record and agents of the condemned person's attorney of record. "Agents of the attorney of record" means employees of the attorney of record including investigators, paralegals, legal interns, and mitigation

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 18 of 34 |

specialists but does not include retained experts or other independent contractors of the attorney of record.

- Facility healthcare services staff.

- Spiritual advisors selected by condemned person.

- Condemned person's immediate family. The condemned person's immediate family is limited to the following:

  - ◆ Mother or father, including stepparents
  - ◆ Siblings of whole or half-blood, by adoption, and stepsiblings.
  - ◆ Legal spouse verified by marriage license or other operation of law.
  - ◆ Natural children, adopted children, and stepchildren.
  - ◆ Grandparents of blood relation.
  - ◆ Grandchildren (adult) of blood relation

### *Visiting*

Visiting for the condemned person will be limited to:

- Attorney of record and agents of the attorney of record.

- Spiritual advisors selected by condemned person.

- Condemned person's immediate family.

All visits by the attorneys of record and agents of the attorney of record must be in accordance with SOP 604.02.01.002, *Attorney and Professional Individual Access to Inmates* and the guidelines established in this SOP. The condemned person's attorney of record and agents of the attorney of record will be permitted contact visits under staff visual observation, but so that the staff members cannot hear the conversation.

All other visits, including social visits by attorneys and their agents, must be in accordance with SOP 604.02.01.001, *Visiting*, and the guidelines established in this SOP. Normally, minor children will not be allowed to visit. Any exception must be approved by the Deputy Chief of the Division of Prisons.

Spiritual advisors and immediately family will have non-contact visits until seven days immediately preceding the scheduled execution. Contact visits by spiritual advisors and immediate family may commence in the seven days immediately preceding the execution.

The IMSI Warden will have the authority to approve and establish the frequency and duration in which visits occur and will have the authority to suspend or deny visits when public safety or the safe, secure, and orderly operation of the prison could be compromised.

### *Spiritual Advisor*

The condemned person can select a spiritual advisor. The spiritual advisor must be approved by the facility Warden for visiting before visits can occur. A spiritual advisor cannot be an IDOC staff member or the staff member of a contract facility. A spiritual advisor may be a contract provider for volunteer and religious activities. Only one spiritual advisor will be permitted to witness the execution.

During the execution, the spiritual advisor can be present in the condemned witness area or execution chamber if approved by the IMSI Warden. The condemned person

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 19 of 34 |

must submit a concern form to the IMSI Warden requesting the presence of a spiritual advisor in the execution chamber no later than 14 days prior to the scheduled execution. The request must include the following information: name of advisor, list of religious items requested, and list of religious practices requested. The IMSI Warden will provide a response no later than 7 days prior to the scheduled execution.

### Healthcare

The IMSI Warden will request that the facility Health Services Administrator review the condemned person's healthcare record and identify any prescribed medication(s) or health care issues.

Facility healthcare services staff will dispense all medications in unit doses and when available, in liquid form. No medication including over-the-counter medications will be provided or maintained by the condemned person as keep-on-person.

The facility Health Services Administrator will provide the condemned person an opportunity to complete an Idaho Physician Orders for Scope of Treatment form.

Facility healthcare services staff will take necessary steps to maintain the condemned person's health prior to the execution, will respond appropriately to health care issues and emergencies including suicide attempts, and will take reasonable steps to revive the condemned person in medical distress at all times prior to the execution, subject to a Physician Orders for Scope of Treatment directive.

Facility healthcare services staff will monitor the condemned person daily for significant changes in the condemned person's medical or mental health. If the condemned person's health changes, facility healthcare services staff must report the condemned person's condition immediately to the IMSI Warden.

**Note:** All access, visits, etc. will be documented in the constant observation log.

## 15. Thirty to Twenty-One Days Prior to the Execution

After service of the death warrant until twenty-one days prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will notify the Director of IDOC, Chief of the Division of Prisons, and the Deputy Chief of the Division of Prisons.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

### Director of IDOC

- Continue communication with the Idaho Board of Correction.

- Continue communication with the Idaho Governor's Office.

- Communicate as needed with the Executive Director of the Idaho Commission of Pardons and Parole.

- Meet with the Chief of the Division of Prisons, the Deputy Chief of the Division of Prisons, and other members of the IDOC Leadership Team as needed.

### Chief of the Division of Prisons

- Continue to provide briefings to IDOC staff.

Idaho Department of Correction

Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 20 of 34 |

- Send *Witness Notification and Agreement* form to local and state government officials the director of the IDOC has identified as potential witnesses to the execution.

- Monitor planning related to the scheduled execution.

### Administrative Team

- Communicate with the Ada County Coroner's office regarding the disposition of the body, security for the Ada County Medical Examiner's vehicle, and the custodial transfer of the body.

- Confirm the qualifications of the team members to serve on the Escort and Medical Teams, approve or deny each team member, review the current specialty team rosters, and make replacements if needed.

- Ensure the assigned Medical Team Members physically evaluate the condemned person to predetermine appropriate venous access locations.

- Arrange tests of all equipment and systems such as electrical, audio, plumbing, HVAC units in the execution chamber to ensure they are in working order.

- Contact the emergency medical personnel identified to provide resuscitation for the condemned and emergency services for others on the scheduled day of execution to ensure availability to perform duties as identified herein and gather any information necessary for a background check.

- Assign a staff member to test and perform maintenance as needed to all utilities (HVAC units, plumbing, electrical etc.) in the Execution Unit and establish a schedule for testing and reporting unit status during the time leading up to the execution date.

- Ensure the Medical Team Room, Execution Chamber, and Execution Preparation Room are equipped with one synchronized clock each. The synchronized clocks will be the official time keeping devices for the execution procedures.

- Ensure that execution chemicals have been purchased or that sources have been established. When chemicals are received, immediately start a chain of custody document, secure the chemicals, and monitor to ensure compliance with manufacturer specifications. Access to the chemicals is limited to the members of the Administrative Team.

- If chemicals are on site, check the expiration dates on each item to ensure they will not expire before the execution date. If any chemical will expire before the execution date, immediately dispose of it appropriately.

- Consult with Medical Team Members regarding the equipment for the procedure and ensure all equipment and other medical supplies necessary to properly conduct the procedure are on site, immediately available for use, functioning properly and have not expired.

- Ensure that all backup medical equipment, including a backup electrocardiograph (EKG) machine and instruments, crash cart, and defibrillator are on site, immediately available for use, functioning properly, and have current service dates.

- Check applicable dates on medical supplies to ensure they are useable on the execution date.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 21 of 34 |

- Ensure that the Escort Team, Medical Team, and Incident Command Staff are conducting training as required by this SOP in preparation for the execution.

- Ensure that communication devices with inter-operability capability and restricted frequencies are available and will be on site before the execution date.

### *Deputy Chief of the Division of Prisons*

- Notify facility heads at all IDOC correctional facilities of the pending execution and provide instruction to the facility heads regarding staff briefings and expectations.

- Direct all IDOC facility heads to develop incident action plans (IAP) for their respective facilities for facility management during the period leading up to and following the execution. The IAPs must be submitted to the Deputy Chief of the Division of Prisons at least 21 days before the scheduled execution date.

- Identify and assign team leaders and members. Activate the teams.

- Establish the IDOC's South Boise Complex security zones as defined *supra* in section 9 and provide that information to facility heads and other staff as needed.

- Confirm with the IMSI Warden that the training schedule has been activated ensuring that specialty team members have received adequate training, written instruction, and practice, and that all training has been documented.

- Discuss preparations at IMSI with the IMSI Warden.

- Confirm with all IDOC South Boise Complex facility Wardens that the training schedule has been activated ensuring that staff members participating in the execution have received adequate training, written instruction, and practice, and that all training has been documented.

- Contact the CISM team.

- If necessary, request through the appropriate authority that the Federal Aviation Administration (FAA) place a 24-hour temporary flight restriction.

- Ensure state and local law enforcement agencies are periodically briefed and prepared for the execution.

- Establish the agenda, schedule meetings, and lead the discussion with state and local law enforcement and applicable IDOC staff regarding community safety, traffic control, and crowd control.

- Ensure that personnel from law enforcement agencies who have not participated in training sessions or who have not previously been involved in the execution process are briefed and their responsibilities explained.

- Invite state and local law enforcement liaisons to participate in periodic briefings about the execution and its impact on the community including access restrictions, crowd control, additional security precautions that may be warranted, and other pertinent information. Collaborate with each agency to determine each agency's role and each jurisdiction's responsibilities.

- Schedule tabletop and simulation exercises with State of Idaho and local law enforcement, identifying areas and activities for improvement and incorporate the findings into future simulations.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 22 of 34 |

- Contact the applicable manager to discuss potential issues and ensure that appropriate management and/or support plans are developed if it is determined that any IDOC staff member, contractor, volunteer, or other person under IDOC jurisdiction is a family member, has a legal or other significant relationship with the condemned person, the condemned person's family, the victim, or the victim's family.

### IDOC PIO

- Issue a news release announcing the date and time of the execution.

- Provide *Execution Witness Acknowledgment & Agreement* form to media contacts and as requested and establish a deadline for the return of all forms that provides enough time for background checks to be conducted prior to the execution date.

- Lead and coordinate media representative witness selection process.

### IDOC Victim Services Coordinator

- Determine if IDOC has documented the victim or victim's immediate family who have requested notification and obtain contact information. The Victim Services Coordinator will provide the contact information to the Chief of the Division of Prisons. If possible, the Chief of the Division of Prisons, or designee, will first contact the victim or victim's family by telephone.

- Provide a copy of the *Execution Witness Acknowledgment & Agreement* form to each victim or victim's family member who expresses interest in witnessing the execution using certified mail with a return receipt or other method that permits delivery tracking. Completed *Execution Witness Acknowledgment & Agreement* forms must be received at least 14 days before the execution.

- Notify the Victim-Witness Coordinator in the county in which the crime originated.

- Serve as liaison to victim families.

### IMSI Warden

- Once death warrant is served, begin an execution log to be kept in the IMSI Warden's office. This log will provide a comprehensive and chronological history. The IMSI Warden will document every aspect of the execution proceeding, including tasks and/or actions assigned to, or completed by an Administrative Team Member, until the condemned person has been executed or has received a stay of execution. When the process has been completed either by execution or stay, the log will be placed in the condemned person's central file.

- Ensure that the facility Health Services Administrator provides the condemned person an opportunity to complete an Idaho Physician Order for Scope of Treatment form.

- Ensure that the facility healthcare service is providing medications in unit doses and when available, in liquid form; that no medication, including over-the-counter medication, is being provided to the condemned person as keep-on-person; and that any medication the condemned person has requested be discontinued is no longer being provided.

- Inform the condemned person of the following on the day the death warrant is served:

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 23 of 34 |

- Right to select a spiritual advisor. Advise the condemned person regarding spiritual advisor processes as set forth in section 14 above.

- Options available for the condemned person to identify witnesses to their execution. The condemned person may decline to have any witnesses present. Within two business days of service of the death warrant, provide *Execution Witness Acknowledgement & Agreement* form to individuals selected by condemned person as potential witnesses by certified mail or other means which can verify delivery.

- Conditions of confinement as modified by this SOP.

- Opportunity to contact the condemned person's attorney of record by phone and to speak with a facility volunteer and religious activity coordinator (VRC) or spiritual advisor.

- Relevant aspects of the execution process as set forth in the *Summary of Procedures* with the condemned.

- Inform the condemned person of the following additional information:

    ♦ Options available for the disposition of the condemned person's body. Advise the condemned person that directions for disposition must be provided seven days before the execution date. If no such direction is provided, the bodily remains will be disposed of in accordance with SOP 312.02.01.001, *Death of an Inmate*. Give the condemned person a copy of SOP 312.02.01.001.

    ♦ Process for requesting a last meal from the IDOC standard food service menu.

- Ensure that the condemned person's file is reviewed thoroughly to determine if there are any IDOC staff members, contractors, or volunteers who are family members, have a legal relationship, or any other significant relationship with the condemned person, the victim, or victim's family; or if there are any persons under IDOC jurisdiction who are family members, have a legal relationship, or any other significant relationship with the condemned person, the victim, or victim's family. If any such persons are identified, relay that information to the Deputy Chief of the Division of Prisons.

- Notify the commissary provider of the restrictions placed on the condemned person's commissary purchases.

- Contact the condemned person's family by telephone to inform them of the scheduled execution date, the name and contact information of the Warden's liaison, and any other related issues.

- Direct the IDOC Health Services Director to develop a medical emergency response plan that provides adequate emergency response in the Execution Unit.

- Ensure that healthcare services staff obtain the condemned person's current weight and enter that information into the IMSI Warden's execution log.

### IMSI Warden's Liaison to Condemned Person

Meet with the condemned person at least once each working day and forward all questions and concerns directly to the IMSI Warden.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 24 of 34 |

### IMSI Deputy Warden (Acting as Facility Head)

- Establish a management plan including staffing, meals, and contingency plans to ensure the safe and orderly operation of the facility during the time leading up to the execution.

- Brief the Deputy Chief of the Division of Prisons on the management plan.

- Monitor IMSI activities and brief the Deputy Chief of the Division of Prisons if any concerns or problems arise.

## 16. Twenty-One to Seven Days Prior to the Execution

Twenty-one to seven days prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will notify the Director of IDOC, Chief of the Division of Prisons, and the Deputy Chief of the Division of Prisons.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

### Chief of the Division of Prisons

- Continue to provide briefings to IDOC staff.

- Compile a list of State of Idaho and media witnesses and forward all completed *Execution Witness Acknowledgement & Agreement* forms to the Deputy Chief of the Division of Prisons.

- Monitor planning related to the scheduled execution.

### Administrative Team

- Ensure that the Escort Team, Medical Team, and Incident Command Staff are conducting training in preparation for the execution.

- Contact the Ada County Coroner's office and finalize the protocol regarding the transfer of the condemned person's body to the coroner's custody following the execution and forward that information to the IMSI Warden.

- Take steps to resolve any outstanding equipment and inventory issues.

### Deputy Chief of the Division of Prisons

- Brief Director of IDOC and Chief of the Division of Prisons.

- Continue to conduct tabletop and live exercises with the previously identified teams.

- Review IDOC facility IAPs and continue discussion and preparation with facility heads.

- Contact the CISM Team Leader and ensure the team is making appropriate preparations.

- Convene a meeting with state and local law enforcement agencies to discuss any changes or modifications to crowd control, traffic control, and community safety.

### IDOC PIO

- Address media-specific inquiries.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 25 of 34 |

- Forward all completed *Execution Witness Acknowledgment & Agreement* forms provided by potential media representative witnesses to the Deputy Chief of the Division of Prisons or designee for a criminal background check.

- Notify members of the media regarding the status of their witness applications.

### IMSI Warden

- Communicate with the condemned person as needed.

- Retrieve the completed *Execution Witness Acknowledgment & Agreement* forms for the condemned person's identified potential witnesses.

- Ensure the condemned person has provided directions for the handling of their remains. If no information is provided or the information is insufficient or incorrect, the remains will be handled according to SOP 312.02.01.001, *Death of an Inmate*.

- Ensure that the condemned person has had the opportunity to complete an Idaho Physician Orders for Scope of Treatment form.

- Ensure the condemned person has provided directions for the disposition of property and inmate trust fund.

- Meet with the facility Health Services Administrator and IDOC Health Services Director to review plans for coverage and emergency response before and following the scheduled execution.

- Provide a response to spiritual advisor request, if any, no later than 7 days prior to the scheduled execution.

### IMSI Warden's Liaison to Condemned Person

- Continue daily contact with the condemned person.

- Stay in contact with the condemned person's family.

- Update the IMSI Warden on any issues, requests, or questions.

### IMSI Deputy Warden (Acting as Facility Head)

- Ensure that the necessary action steps have been taken regarding the IMSI management plan including staffing, meals, and contingency plans to ensure the safe and orderly operation of the facility during the time leading up to the execution.

- Brief the Deputy Chief of the Division of Prisons on the status of the management plan.

- Continue to monitor IMSI activities and brief the Deputy Chief of the Division of Prisons if any concerns or problems arise.

## 17. Seven to Two Days Prior to the Execution

Seven to two days prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will notify the Director of IDOC, the Chief of the Division of Prisons, and the Deputy Chief of the Division of Prisons.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

Idaho Department of Correction

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 27 of 34
Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 26 of 34 |

### Chief of the Division of Prisons

- Continue to provide briefings to IDOC staff.

- Compile a list of all names of those planning to witness the execution.

- Monitor planning related to the scheduled execution.

### Administrative Team

- Ensure that the Escort Team, Medical Team, and Incident Command Staff have completed all training sessions required by this SOP.

- Confirm maintenance for all utilities in the Execution Unit has been performed as required by this SOP.

- Test equipment, lighting, audio, HVAC units, etc. in the Execution Unit.

- Ensure that audio/video equipment is ready and operational.

- Confirm that the inventory of equipment, necessary supplies, and backup materials are on-site.

- Recheck the medical supplies and chemicals to ensure that each item is ready, has not expired, is properly packaged, and if applicable sterilized.

- At least three days before the scheduled execution date, obtain technical assistance for the purpose of reviewing the lethal substances, review chemical test results and certificate of analysis, the amounts, the methods of delivery and injection, and the condemned person's physical and historical characteristics to evaluate compliance with this SOP. The individual(s) conducting the technical review will observe the Medical Team place peripheral venous access IV catheters and establish an IV drip line in a live body. The individual(s) conducting the technical review will meet with the Administrative Team to review the findings. The Director of the IDOC will make the final determination regarding compliance with this SOP.

### Deputy Chief of the Division of Prisons

- Brief Director of IDOC and Chief of the Division of Prisons.

- Continue tabletop and live exercises as needed.

- Confirm staffing levels and necessary vehicles for regular operations and the execution are appropriate and ready.

- Ensure state and local law enforcement agencies are fully briefed.

- Gather all information regarding media, potential media witnesses, and those who will be present at the execution and ensure all potential witnesses have completed an *Execution Witness Acknowledgment & Agreement* form and all necessary background checks have been completed or are in process.

- In conjunction with the IDOC Leadership Team, ISCI and IMSI Wardens, finalize the media plan, potential media witnesses, and those who will be present at the execution.

### IDOC PIO

- Conduct the selection process for media representative witnesses and alternates approximately seven days prior to the execution.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 27 of 34 |

- Compile a list of the media representatives who want to be at the South Boise Complex or in the media center, but not present at the execution.

- Forward the lists of media agencies, media staff members, and potential media witnesses to the Director of the IDOC, Chief of the Division of Prisons, Deputy Chief of the Division of Prisons, and IMSI Warden.

- Conduct a preliminary briefing with potential media representative witnesses and media representatives serving as pool reporters.

***Medical Team Leader***

- Ensure serviceability of all medical equipment including EKG machines (to include instruments), the defibrillator, and the availability of graph paper.

- Ensure heart monitor lead lines are sufficient in length.

***IMSI Warden***

- Communicate with the condemned person as needed.

- Address any unresolved questions or issues.

- Review and comply with the response to the spiritual advisor request, if any.

***IMSI Warden's Liaison to Condemned Person***

- Continue daily contact with the condemned person.

- Have the condemned person complete a withdrawal slip for any remaining funds in his or her trust account and designate to whom the funds should be sent.

- Stay in contact with the condemned person's family.

- Update the IMSI Warden on any issues, requests, or questions.

***IMSI Deputy Warden (Acting as Facility Head)***

- Review staffing to ensure there is adequate coverage near the execution date.

- Review use of force inventories, less than lethal weapons and munitions to ensure that adequate supplies are in place if needed for emergency response.

- Brief shift commanders, unit sergeants, and case managers.

- Ensure that proper tool and key control procedures are being followed.

- Ensure that transportation vehicles that are not assigned to the execution process are available if needed for IMSI operational needs.

- Meet with maintenance staff to review any problems or concerns with infrastructure.

- Meet with the facility Health Services Administrator to ensure that an adequate emergency response plan is in place for the time frame near the execution.

- Brief the IMSI Warden and the deputy chief of the Division of Prisons regarding the emergency plan preparedness and any issues or concerns.

## 18. Two Days Prior to the Execution

Two days prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 28 of 34 |

notify the Director of IDOC, Chief of the Division of Prisons, and the Deputy Chief of the Division of Prisons.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

***Chief of the Division of Prisons***

- Continue to provide briefings to IDOC staff.

- Monitor planning related to the scheduled execution.

***Administrative Team***

- Conduct at least two rehearsal sessions with the Escort Team, Medical Team, and ICS.

- Confirm that Escort and Medical Teams, the emergency medical personnel identified to provide resuscitation for the condemned person and emergency services for others, and the Ada County Coroner are scheduled and will be on-site at the established time.

- Restrict access to the execution chamber to those with expressly assigned duties.

- Ready the execution chamber for the execution.

- Verify execution inventory and equipment checks are completed and open issues resolved.

***Deputy Chief of Division of Prisons***

- Schedule and conduct South Boise Complex simulation exercises as necessary and modify practices if warranted.

- Ensure that contracted services have planned their activities to coincide with the incident action plans for modified operational status related to the scheduled execution.

- Contact IDOC facility heads to monitor their preparation and status.

- Confirm adequate staffing, equipment, and materials are in place for regular operations and the execution.

## 19. Twenty-Four to Twelve Hours Prior to the Execution

Twenty-four to twelve hours prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will notify the Director of IDOC, Chief of the Division of Prisons, and the Deputy Chief of the Division of Prisons.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

***Administrative Team***

- Ensure the final preparation of Execution Unit is complete. Each room receives a final evaluation specific to its functions including security, climate control, lighting, sound, and sanitation.

- Ensure that video and audio monitoring and intercom systems are functioning properly.

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 29 of 34 |

- Ensure the Medical Team Room, Execution Preparation Room, and Execution Chamber clocks are accurately set and working.

- Ensure that appropriate restraints are ready.

- Ensure that communication devices are ready.

- Ensure that the Medical Team Leader checks the EKG machine instruments to confirm they are functioning properly.

- Ensure that the crash cart and defibrillator are in place and functioning properly.

- Check medical supply and chemical inventory.

***Deputy Chief of the Division of Prisons***
- Activate the following teams:

  - Incident Command Team

  - CERT

  - Maintenance

  - CISM state-wide

  - Traffic Control Team

- Modify operation of the IDOC's South Boise Complex.

- Contact IDOC facility heads to ensure they are prepared to activate their IAPs for modified operation.

- Establish the ICS Command Center.

***IDOC PIO***
Establish the media center.

***IDOC Health Services Director***
Review the condemned person's medical file and healthcare.

***IMSI Warden***
- Ensure that all the condemned person's remaining property, except one religious item, is removed and inventoried, and that there is a completed disposition sheet for personal property.

- Ensure that both witness areas are in order.

- Ensure that transportation vehicles are ready.

- Ensure that food service is prepared to serve the requested last meal.

- Comply with the response to the spiritual advisor request, if any.

***IMSI Deputy Warden (Acting as Facility Head)***
- Activate the IMSI facility management plan.

  **Note:** The plan can be activated earlier if activities, behaviors, or other issues indicate it prudent to do so.

- Ensure that detailed staff briefings are provided.

Idaho Department of Correction

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 31 of 34
Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 30 of 34 |

- Ensure that CISM is on-site at IMSI.

## 20. Twelve Hours Prior To the Execution

Twelve hours prior to the execution, the following activities will occur. If any of the activities identified in this section cannot be achieved within this timeframe, the responsible party will notify the Director of IDOC, Chief of the Division of Prisons, and the Administrative Team.

Unless a specific timeline is identified, the tasks outlined in this section are not required to be completed in a specific order.

### *Deputy Chief of the Division of Prisons*

Contact IDOC facility heads to ensure they have activated their incident action plans for modified operation.

### *Restricting Access to IDOC Property*

During the final 12 hours prior to the execution, access to the IDOC's South Boise Complex is limited. Restrictions will remain in effect until normal operations resume after the execution or upon a stay of execution.

Access is limited to the following:

- On-duty personnel
- On-duty contract personnel
- Volunteers deemed necessary by the facility wardens
- Approved delivery vehicles
- Approved media representative
- Approved execution witnesses
- Law enforcement personnel on business-related matters
- Others as approved by the ICS Operations Chief

### *Incarcerated Population Management*

- The IDOC's South Boise Complex facilities will go on secure status as defined and ordered by the ICS Operations Chief at conclusion of a formal count and not less than nine hours prior to the scheduled execution.
- After the conclusion of the execution or upon a stay of execution, all IDOC and contract prison facilities will return to regular operations at the direction of the ICS Operations Chief.

### *Activities of the Condemned Person*

- Ensure the last meal is served by approximately 1900 hours the day prior to the scheduled execution. All eating utensils and remaining food and beverage will be removed upon completion of the meal.
- Telephone calls will be terminated at 2100 hours the day prior to the execution, excluding calls with the attorney of record and others approved by the IMSI Warden.
- Visits will be terminated at 2100 hours the night prior to the execution, excluding visits from the attorney of record and others as approved by the IMSI Warden. Any deviation from these hours must have Deputy Chief approval.

Idaho Department of Correction

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 31 of 34 |

- No later than 2300 hours the night prior to the execution, the facility healthcare services staff will offer the condemned person a mild sedative.

- No later than five hours prior to the execution, the condemned person will be offered a light snack.

- No later than four hours prior to the execution, the facility healthcare services staff will offer the condemned person another mild sedative.

## 21. Final Preparations

During the final preparations, the IMSI Warden will be unavailable to address issues not directly related to the execution process. All other inquiries will be directed to a member of the Administrative Team.

### *Witness Briefing*

Prior to entering the execution witness areas, the Chief of the Division of Prisons or designee will provide briefings of the execution process to the execution witnesses. The victim's family and condemned person's family will receive separate briefings.

### *Procedures to Carry Out the Execution*

The procedures for carrying out the execution are found in *Execution Chemicals Preparation and Administration.*

**Note:** Total anonymity of personnel in the Medical Team Room must be maintained. At no time will the personnel be addressed by name or asked anything that would require a verbal response.

## 22. Pronouncement of Death

Idaho Code Section 19-2716 requires that the death of a condemned person be pronounced by the Ada County Coroner or Deputy Coroner.

The Ada County Coroner or Deputy Coroner will be staged in or near the Execution Unit during the execution process. When the execution process has been completed, the coroner will enter the execution chamber, examine the condemned person, and pronounce the condemned person's death. The IMSI Warden will announce that the sentence of death has been carried out as ordered by the court and the execution has been completed.

## 23. Return of the Death Warrant

After the execution, the IMSI Warden must complete and return the death warrant, showing the date, time, and manner in which it was executed. The original death warrant will be returned to the sentencing court. A copy of the death warrant with the return information will be filed in the condemned person's central file. An additional copy of the death warrant with the return information will be provided to the DAGs representing IDOC.

## 24. Following the Execution

### *Administrative Team*

- After completion of the execution or upon a stay of execution, ensure that the Medical Team:

  - Returns all unused medical supplies to the safe in the Execution Unit and properly disposes of all used medical supplies.

Idaho Department of Correction

Case 1:21-cv-00359-BLW    Document 175-7    Filed 12/30/24    Page 33 of 34
Pizzuto v. Tewalt, 21-00359
Motion to Vacate Notices of Deposition

| Control Number: | Version: | Title: | | Page Number: |
|---|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | | 32 of 34 |

- Secures the unused and undrawn execution chemicals in the IMSI Warden's safe.

- Disposes of any execution chemicals that have been opened but not used.

- Inventories the execution chemicals, completes the chain of custody form representing any disposal of execution chemicals. Gather all documents, logs, recordings, sequence of chemical forms, EKG machine tape, list of identifiers, etc. .

**Deputy Chief of the Division of Prisons**

Contact all facility heads and determine each facilities' status and any issues that were experienced related to the execution process.

**Execution Chamber and Condemned Isolation Cell Cleaning**

Under the supervision of a person designated by the Administrative Team, the Execution Unit will be cleaned and secured. Facility staff trained in infectious diseases preventive practices will utilize appropriate precautions in cleaning the Execution Chamber and Execution Preparation Room.

**Resuming Normal Operations**

ICS Command Center will determine when the prisons resume normal operations after receiving assessments from all facility wardens.

IDOC staff will be deactivated at the direction of ICS Command Center.

**Debriefing**

Within 48 hours of the completion of the execution, the Deputy Chief of the Division of Prisons and IMSI Warden will debrief the Director of IDOC and Chief of the Division of Prisons and other Leadership Team staff as the Director deems appropriate regarding the process and if applicable make recommendations to revise the standard operation procedure or other related processes or documents.

## DEFINITIONS

None

## REFERENCES

*Execution Chemicals Preparation and Administration*

*Summary of Procedures*

*Execution Witness Acknowledgment & Agreement*

*Execution Chemicals Preparation and Administration*

Idaho Code, Title 19, Chapter 27, Section 19-2705, *Death Sentence or Death Warrant and Confinement There under – Access to Condemned Person*

Idaho Code, Title 19, Chapter 27, Section 19-2713, *Proceedings When Female Supposed to be Pregnant*

Idaho Code, Title 19, Chapter 27, Section 19-2714, *Findings in Case of Pregnancy*

Idaho Code, Title 19, Chapter 27, Section 19-2715, *Ministerial Actions Relating to Stays of Execution, Resetting Execution Dates, and Order of Execution of Judgment of Death*

Idaho Code, Title 19, Chapter 27, Section 19-2716, *Infliction of Death Penalty*

Idaho Department of Correction

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 135.02.01.001 | 5.0 | Execution Procedures | 33 of 34 |

Idaho Code, Title 19, Chapter 27, Section 19-2716A, *Practice of Medicine and Possession of Controlled Substances – Exemption – Exceptions to Governmental Liability – Confidentiality – Licensure*

Idaho Code, Title 19, Chapter 27, Section 19-2718, *Return of Death Warrant*

Idaho Code, Title 60, Chapter 1, Section 60-106, *Qualifications of Newspapers Printing Legal Notices*

IDAPA 06.01.01.135, *Executions*

IDAPA 06.01.01.108, *Idaho Public Records Act*

Standard Operating Procedure 312.02.01.001, *Death of an Inmate*

Standard Operating Procedure 319.02.01.001, *Restrictive Housing*

Standard Operating Procedure 320.02.01.001, *Property: State-issued and Resident Personal Property*

Standard Operating Procedure 604.02.01.001, *Visiting*


– End of Document –


Idaho Department of Correction