RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>    Plaintiff,<br><br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>    Defendants. | CASE NO. 1:21-cv-00359-BLW<br><br>NOTICE REGARDING DEPOSITIONS OF IDOC'S MEDICAL TEAM LEADER AND CENTRAL LINE VOLUNTEER |

Through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34, the parties hereby file this notice regarding the depositions of IDOC's Medical Team Leader and Central Line Volunteer. Plaintiff has issued a notice of deposition for IDOC's Medical Team Leader for January 24, 2025. Plaintiff has issued a notice

NOTICE REGARDING DEPOSITIONS – Page 1

of deposition for IDOC's Central Line Volunteer for February 7, 2025. Defendants filed a motion to vacate deposition notices on December 30, 2024. Dkt. 175. Plaintiff's response and Defendants' reply have not yet been filed. Based on the pending motion, the parties agree to the following:

- The deposition of IDOC's Medical Team Leader will not take place on January 24, 2025.

- The deposition of IDOC's Central Line Volunteer will not take place on February 7, 2025.

- Plaintiff reserves the right to issue amended notices of deposition if and as authorized by the Court following resolution of Defendants' motion to vacate. Defendants agree Plaintiff has the right to issue amended notices consistent with the Court's order. The parties further reserve their respective rights to appeal any such order issued by the Court as permitted by law.

- The parties reserve any objection to the form or manner of any notice of deposition or amended notice of deposition that is not addressed in the Court's order on Defendants' motion to vacate.

DATED this 17th day of January 2025.

*/s/ Kristina M. Schindele*
Kristina M. Schindele
Deputy Attorney General
Attorney for Defendants

Jonah J. Horwitz
Federal Defender Services of Idaho
Attorney for Plaintiff

NOTICE REGARDING DEPOSITIONS – Page 2