*Gerald Ross Pizzuto v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Filed in Support of Plaintiff's Response to
Motion to Vacate Notices of Deposition [Dkt. 175]

# EXHIBIT 2

**(Declaration of Jonah J. Horwitz, Jan. 21, 2025)**

## DECLARATION OF JONAH J. HORWITZ

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen years of age and competent to testify.

2. Since the case's inception, I have represented Plaintiff Gerald Ross Pizzuto, Jr. in this action in my capacity as an attorney with the Capital Habeas Unit of Federal Defender Services of Idaho (FDSI).

3. On December 18, 2023, I sent a letter to counsel for the defendants in this case. There, I proposed a protocol for deposing the medical-team leader. The suggested protocol included a condition that the defendants "would not be required to disclose to opposing counsel the medical-team leader's name or to provide any information that would reveal the identity of the individual." Plaintiff's counsel also agreed that everyone involved in the disposition would "exclusively refer to the medical-team leader as 'ME 1' or by some other similarly anonymous title." I later communicated to opposing counsel that we were proposing the same protocol with respect to the deposition of the central-line volunteer.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of January 2025, at Boise, Idaho.

>  */s/ Jonah J. Horwitz*
>  Jonah J. Horwitz

DECLARATION OF JONAH J. HORWITZ - 1