Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
  christopher_m_sanchez@fd.org

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-359-BLW |
| Plaintiff, | **EIGHTH MOTION TO COMPEL DISCOVERY AND FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES** |
| v. | |
| **JOSH TEWALT**, Director, Idaho Dept. of Correction, et al. | |
| Defendants. | |

For the reasons articulated in the accompanying brief, and pursuant to Federal Rule of Civil Procedure 33, Plaintiff Gerald Ross Pizzuto, Jr. respectfully requests leave to serve Interrogatories 39, 42, 44, and 47 and asks the Court to compel the defendants to respond to them. Mr. Pizzuto also asks the Cour to compel the defendants to respond to request for admission 544. Undersigned counsel's declaration is attached to the accompanying memorandum as Exhibit 1 and provides the certification required by the Court's scheduling order, *see* Dkt. 43 at 5, and Local Civil Rule 37.1.

DATED this 25th day of March 2025.

    /s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
FEDERAL DEFENDER SERVICES OF IDAHO

/s/ Sarah E. Kalman
Sarah E. Kalman
DLA PIPER LLP (US)

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

    /s/ L. Hollis Ruggieri
L. Hollis Ruggieri