*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Eighth Motion to Compel Discovery

# EXHIBIT 2

## EXPERT DECLARATION OF DR. MICHAELA ALMGREN

1. My name is Michaela Almgren, Pharm.D., M.S. I am over the age of eighteen and competent to testify to the truth of the matters contained herein. The factual statements I make here are true and correct to the best of my knowledge.

2. I have been asked by the Federal Defender Services of Idaho ("FDSI"), who represent death-sentenced prisoner Thomas Creech, to submit a new declaration about my analysis of temperature logs that were submitted to me for review.

3. I have described my experience and qualifications in the declaration filed as Dkt. 123-8. That declaration also lists most of the documents I have reviewed in the case so far. In addition to those documents, I have also relied upon the following in preparing this declaration:

   a. Temps-New Log-June 28 to August 19 marked confidential.pdf.

   b. Temperature log 2 marked confidential.pdf.

   c. Temperature log marked confidential.pdf.

   d. Document titled "Execution Procedures"

   e. Document titled "Execution Chemicals Preparation and Administration"

   f. Defendant's Responses to Plaintiffs Thirteenth Set of Requests for Admission in *Pizzuto v. Tewalt*, Case No. 1:21-cv-00359 (District of Idaho)

4. Where necessary, I have consulted the records listed above.

### I. Concerns About the Monitoring Process for Storage Temperatures of Pentobarbital Injection Vials.

5. According to the temperature logs provided for my review it appears that pentobarbital vials are being stored in inappropriate conditions and without proper monitoring process in place. The first set of temperature logs indicates temperatures of the storage environment from October 11th, 2023 through June 28th, 2024. The second set of records shows

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 1

temperatures of the storage environment between February 19th, 2024 and June 28th, 2024. The third set of records captures temperature reports between June 20th 2024 and August 19th, 2024.

6. While some of the reports appear to overlap as the same dates are recorded on multiple reports, not all days had temperature measurements performed, and there were stretches of dates ranging from two to 11 days where no temperatures were reported. This is concerning since it is not known whether the storage conditions were maintained within the proper temperature range during these times. Continuous, uninterrupted temperature reports are essential for ensuring drug quality.

7. According to USP Chapter 1079[1] titled "Risks and Mitigation Strategies for the Storage and Transportation of Finished Drug Products", storage temperature of medications should be checked daily. Daily temperature checks are implemented in all pharmacies across the U.S. to assure the drug quality of the medications stored.

8. Drugs oftentimes degrade more quickly if stored outside their recommended temperature range. Without daily monitoring, temperature excursions may occur, leading to reduced potency and effectiveness of the drug. Improper storage conditions can cause drugs to break down into degradants that are ineffective and pharmacologically inactive. Without regular temperature checks, the drug vials may be exposed to inappropriate storage conditions.

9. Additionally, the thermometer used to monitor the environmental conditions should be identified in the records to assure consistency and to document its calibration status. Thermometer lot number or some other type of identification should be noted in the log books. The thermometer log should also include calibration records. As per USP Compendium General Chapters section which defines thermometers for environmental monitoring "Temperature reading devices suitable for pharmacopeial tests conform to specifications that

---

[1] USP Chapter 1079 is listed in the current USP Compendium--the collection of standards and guidelines published by the United States Pharmacopeia (USP), a scientific nonprofit organization. These standards are used to ensure the quality, purity, strength, and consistency of medication and other products.

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 2

are traceable to a National Institute of Standards and Technology (NIST) standard or equivalent." Here the traceability of the thermometer used to monitor the temperature is questionable. It is uncertain when and whether the thermometer has been calibrated against a traceable standard, such as those maintained by the National Institute of Standards and Technology (NIST) as this ensures the thermometer provides accurate temperature readings. Thermometer calibration certificates should be kept on record.

## II. Pentobarbital Sodium Injection USP Must Be Stored at Room Temperature (68°F to 77°F) as Specified by Manufacturer Guidelines in the Package Insert and Product Labelling.

9.  When establishing expiration dates, drug manufacturers conduct extensive stability studies to ensure that the drug remains stable and retains its pharmacological activity until the expiration date. They specify the storage temperature to ensure the safety, efficacy, and stability of their products. If stored outside this range, medications may not work as intended, which could result in reduced therapeutic effects or even cause a treatment failure.

10. According to the records provided, the pentobarbital vials were stored outside of the recommended temperature range specified by the manufacturer. This is critical, as the pharmaceutical products must always be stored within the specified storage conditions.

11. There are also periods when the temperatures were not recorded further adding to the uncertainty of the drug quality. Due to the lack of data, there may have been many additional instances where medication vials were exposed to inappropriate temperatures without any documentation.

## III. Pentobarbital Sodium Injection Must Not Be Stored Outside 59°F to 86°F, Per Manufacturer's Instructions.

12. According to USP Chapter 659 titled "Packaging Temperature and Storage Requirements" medications that are stored at room temperatures may briefly be exposed to wider temperature ranges (59-86 degrees F), for example during transport or shipping.

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 3

However, Chapter 659 also provides that those <u>temperature excursions are not to exceed 24 hours</u>.

13. The temperature log shows that the average temperature of the pentobarbital vials storage over 37 days (starting on October 11th, 2023 through November 27th, 2023) was approximately 40 degrees F, which is about 20 degrees below the minimum storage temperature (59°F) specified by the manufacturer. The recorded temperatures ranged from the lowest of 38.8 degrees F to the highest of 42.4 degrees F.

14. The manufacturers of Pentobarbital Sodium Injection, USP specify that vials must be stored at temperatures between 68°F and 77°F. The log shows that the drug was stored under improper conditions for 37 days.

15. Storing medications at incorrect temperatures oftentimes causes irreversible damage to the drug itself. When a drug is not stored properly, its effectiveness can decrease, and the formulation may degrade, leading to the formation of byproducts. Unfortunately, this irreversible damage often cannot be detected visually.

### IV. Incorrect Storage Conditions Can Cause Accelerated Degradation, Physical Changes, and Shortened Shelf Life Invalidating the Information on Certificate of Analysis."

16. Many drugs are sensitive to temperature and storing them at temperatures other than in recommended range can promote and accelerate chemical reactions, leading to degradation. This can reduce the drug's potency before its official expiration date. Incorrect storage conditions may lead to accelerated degradation of the drug, physical changes such as separation of components, crystallization, and shortened shelf life.

17. Storing drugs at temperatures below the recommended range (e.g., refrigerating a drug that should be kept at room temperature) can also affect drug formulation stability. Cold temperature might cause a drug's active ingredients to precipitate or separate, rendering the drug ineffective or unsafe.

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 4

18. As a result, even if the expiration date on the package has not passed, the drug may no longer be safe or effective if it has been exposed to incorrect temperatures for an extended period. Once a drug is exposed to incorrect temperatures, placing it back into the correct temperature does not automatically restore its original condition.

19. To use a drug that has been stored under improper conditions for an extended period, extensive quality testing must be performed, including stability analysis of the active ingredient to assess drug quality. Stability studies are designed to assess how the quality of a drug substance or product varies over time under the influence of environmental factors such as temperature, humidity, and light. These studies can identify any changes in the chemical composition, potency, and overall effectiveness of the active ingredient, thereby confirming whether degradation has occurred. This analysis, in addition to potency testing will provide the information necessary to determine whether the drug has degraded.

20. However, in typical pharmacy practice, if it is discovered that medications have been stored under inappropriate conditions, they are likely to be disposed of due to concerns about the drugs' effectiveness and quality.

V. **The Certificate of Analysis Is Invalid if The Drug is Stored Outside Manufacturer-Specified Storage Conditions, as The Drug Quality Cannot be Guaranteed.**

21. The Certificate of Analysis (CoA) is issued to provide detailed information about the quality and safety of a specific batch of the drug product. It serves as an official document issued by the manufacturer or an authorized testing laboratory, confirming that the drug meets all required specifications. However, if the drug has been stored incorrectly, the information on the CoA is no longer accurate or reliable. The CoA provides information about the quality and specifications of the drug at the time of testing and until the drug expiration date, but improper storage can affect the stability, potency, and safety of the drug. If a drug is exposed to conditions outside the recommended storage guidelines (such as

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 5

incorrect temperature, humidity, or light), the product may degrade or become ineffective, which would render the CoA no longer reflective of the drug's current quality.

22. In cases of improper storage, the drug usually requires retesting to confirm it still meets the necessary quality standards, even though the CoA remains valid as a historical document. Since the CoA is intended for drugs stored under proper conditions to ensure quality until expiration, it cannot be applied once the drug has been stored incorrectly.

**VI. The Process of "Technical Review" described in "Execution Procedures" Document Is Insufficient to Detect Chemical Changes, as It Is Limited to Physical Examination and Original CoA Review**

23. The document titled "Execution Procedures" describes the process of "Technical Review" in the following way: "…review chemical test results and certificate of analysis…" Furthermore, discovery responses from the State in the Gerald Pizzuto case state that "The required technical review will ensure the glass containers have not been damaged and the chemicals are not visibly altered."

24. The physical and visual examination of the vials is not sufficient to detect any issues that may be related to the drug quality and potency. Changes in the effectiveness of active ingredients, which can degrade or undergo chemical alterations over time due to improper storage, light exposure, temperature fluctuations, or other factors, are often not detectable to the naked eye. Active ingredients can degrade or interact with excipients due to exposure to incorrect storage conditions, leading to reduced efficacy. Visual inspection cannot detect these molecular changes. Additionally, changes in pH, oxidation, or other chemical processes might affect the drug, but these are undetectable through visual means as well. Analytical tests are necessary to evaluate these factors.

EXPERT DECLARATION OF DR. MICHAELA ALMGREN -  6

## VII. Conclusion

25. Drug storage conditions are crucial for ensuring the safety and effectiveness of the medication. Improper storage can render the drug inactive and may shorten its expiration date. Medications stored under improper conditions should not be used unless they undergo proper quality testing, including stability analysis, to ensure that the active ingredient has not degraded.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of October 2024.

*Michael M. Almgren*
Dr. Michaela M. Almgren

EXPERT DECLARATION OF DR. MICHAELA ALMGREN - 7