*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Eighth Motion to Compel Discovery

# EXHIBIT 5

# CHAIN OF CUSTODY

Received From: ███████████████

Received By: *Warden Tim Richardson*

Date: 10-12-23          Time: 10:18      am/**pm**

15g Pentobarbital
Received From: *Warden Tim Richardson*

Received By: *Deputy Chief Liz Neville*

Date: 02-28-2024          Time: 0900      **am**/pm

Confirmed 15g Pentobarbital, 2.5grms bottle (6) quantity

Received From: *Deputy Chief Liz Neville*

Received By: *Warden Tim Richardson*

Date: 2-28-24          Time: 1440      am/**pm**

Returned 5grms Pentobarbital total, 2.5grms bottles (2)Quantity
Received From: *Warden Tim Richardson*

Received By: *Warden Randy Valley*

Date: 6/24/2024          Time: 1030      **am**/pm

(15) 20mL vials and (2) 50mL vials Pentobarbital

Received From: *Warden Randy Valley*

Received By: ███████████████

Date: 10/24/2024          Time: 0807      **am**/pm

(15) 20mL vials Pentobarbital removed Expired returned
to supplier.

Received From: _____

Received By: *Warden Randy Valley*

Date: 10/25/2024          Time: 1148      **am**/pm

Transferring remianing
2 50mL vials to new chain of custody form

CAT. NO. **COC2100**

# CHAIN OF CUSTODY

Received From: ██████████████████

Received By: *Warden Randy Valley*

Date: *10/25/2024*    Time: *1150*

Comments: *Received 2.5g Pentobarbitol (6) #3-8*
*Transferred 2.5g Pentobarbitol (2) from previous #1-2*
*Chain of Custody   Total (8)*

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments:

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments:

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments: