*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Eighth Motion to Compel Discovery

# EXHIBIT 7



**SAGENT**

Sagent Pharmaceuticals

1901 N. Roselle Road, Suite 450
Schaumburg, Illinois 60195
(847) 908-1600 Main
www.SagentPharma.com

November 14, 2024

**RECEIVED**
NOV 25 2024
OFFICE OF THE
ATTORNEY GENERAL

**Via Email and U.S. Mail**

Brad Little
Office of the Governor
State Capitol
PO Box 83720
Boise, ID 83720
Phone: (208) 334-2100
Fax: (208) 854-3036
Governor@gov.idaho.gov

Raul Labrador
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, Idaho 83720-0010
Phone: (208) 334-2400
aglabrador@ag.idaho.gov

Josh Tewalt
Director, Idaho Department of Corrections
1299 N. Orchard St. Suite 110
Boise, ID 83706
Phone: 208 658-2139
jtewalt@idoc.idaho.gov

Dear Governor Little, Attorney General Labrador and Director Tewalt:

I am writing to remind you of Sagent's position on the use of its drug products in capital punishment procedures, including lethal injection, which we communicated to Attorney General Labrador and Direct Tewalt by letter dated July 30, 2024.[1]

As documented in our July correspondence, Sagent "specifically objects to any use of its drug products in connection with any capital punishment activities, including lethal injection, by your department or by any governmental entity" and "[...] to ensure our products are not used in capital punishment, Sagent is implementing appropriate distribution controls and other measures." Yet, despite that

---

[1] A copy of my July 30, 2024 letter and email transmittal are enclosed for your convenience.



communication, it is our understanding that in September 2024, Director Tewalt denied in a legal proceeding that he was "aware that Sagent has placed controls on its products to ensure they are not used in executions."

So that there can be no further misunderstandings, I would be grateful if you could confirm by reply that you are now apprised of Sagent's position and will respect the contractual controls and other steps we have taken to prevent lethal misuse of our life-saving drug products.

Further, if the Idaho DOC is in possession of Sagent drugs at this time, we ask that you desist from using them in capital punishment procedures, and immediately return them to us.

If Sagent products are diverted from legitimate channels, in violation of our distribution controls, they risk being counterfeit, stolen, contaminated, or otherwise harmful.

To the extent any Sagent product is of a type that may be used in connection with any capital punishment activity but is required by your department for the treatment of patients in accordance with such product's approved indications, we would make such product available only with your department's assurances that the product would not be used for any capital punishment activity.

We are available to discuss this matter further to ensure that none of Sagent's products are used by your department in connection with capital punishment activities. Please confirm receipt of this letter by November 22, 2024.

Sincerely,

*[signature]*

Brennan Bolt
VP, General Counsel

Enclosures

**Brennan Bolt**

| | |
|---|---|
| **From:** | Brennan Bolt |
| **Sent:** | Tuesday, July 30, 2024 4:41 PM |
| **To:** | AGLabrador@ag.idaho.gov |
| **Cc:** | jtewalt@idoc.idaho.gov |
| **Subject:** | URGENT: Request Seeking Return of Pentobarbital Purchased for Capital Punishment Purposes |
| **Attachments:** | 2024-07-30 Letter to Idaho AG re Pentobarbital.pdf |

Dear Attorney General Labrador:

Please see the attached letter seeking the return of any product manufactured by Sagent Pharmaceuticals that was purchased by the State for capital punishment purposes.

Thank you.

**Brennan Bolt**
**General Counsel**
**Sagent Pharmaceuticals**
Office:   847.908.1607
Cell:     404.425.8179
Email:    bbolt@sagentpharma.com



1



**Sagent Pharmaceuticals**

1901 N. Roselle Road, Suite 450
Schaumburg, Illinois 60195
(847) 908-1600 Main
www.SagentPharma.com

July 30, 2024

**Via Email (AGLabrador@ag.idaho.gov) and Federal Express**

Attorney General Raúl R. Labrador
Office of the Attorney General
700 W. Jefferson Street, Suite 210
Boise, Idaho 83720-0010

Dear Attorney General Labrador:

It has come to our attention that Pentobarbital produced by Sagent Pharmaceuticals might have been improperly purchased by the Idaho Department of Corrections for use in capital punishment procedures. If the Idaho Department of Corrections or any other state agency did purchase products manufactured by Sagent for use in capital punishment procedures, it was not an authorized or permitted sale of our product (as evidenced by the exorbitant purchase price of $100,000 for 15 grams) and must be destroyed or returned.

While Sagent takes no position on the death penalty itself, Sagent distributes its products only for prescription or administration by healthcare providers, consistent with their approved labelling and applicable standards of care. We do not market our products for unapproved or off-label use, of which lethal injection would constitute an extreme example.

This policy is noted on our website, including the pages for our Pentobarbital product:[1]

> Sagent is dedicated to improving the outcomes of patients treated by doctors, nurses, pharmacists and other healthcare professionals throughout the United States by supplying an extensive portfolio of injectable pharmaceutical products. In order to help ensure that patients have access to our products for use in accordance with the products' labels but to ensure our products are not used in capital punishment, Sagent is implementing appropriate distribution controls and other measures. In particular, **Sagent will not accept orders from correctional facilities and prison systems for products believed to be part of certain states' lethal injection protocols. Also, each of Sagent's distributors and wholesalers will be asked to make commitments not to sell or distribute any such product to these facilities.**

(emphasis added). For years Sagent has specifically directed its distributors and wholesalers not to sell or distribute its Pentobarbital to correctional facilities and prison systems. As such, it appears that any

---

[1] https://www.sagentpharma.com/wp-content/plugins/icdc-catalog/themefiles/productWarning.php?postID=6947, linked from https://www.sagentpharma.com/wpcproduct/pentobarbital-sodium-injection-usp/.

**Discover Injectables Excellence**



acquisition by the Idaho Department of Corrections of Sagent's Pentobarbital was likely through, at best, a gray market if not an illegal one.

**Please confirm immediately whether the State of Idaho will return or destroy any Sagent product it has purchased for capital punishment procedures or whether it will certify that no Sagent product was purchased for or will be used for capital punishment procedures.**

Sagent is aware that other pharmaceutical companies have expressed opposition to the misuse of their medicines in lethal injection executions and have been involved in litigation in other states to reclaim their products. We would rather settle this matter outside of litigation but reserve the right to take legal action if the State of Idaho does not comply with this request.

If you require further clarification regarding our opposition to the misuse of medicines in executions, please do not hesitate to contact me and I would be glad to discuss these issues further. We look forward to your response.

Sincerely,

Brennan Bolt
General Counsel

cc:   Josh Tewalt, Director, Idaho Department of Corrections (via email at jtewalt@idoc.idaho.gov)

**Sagent Letter - Page 5**            09 120848