*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Eighth Motion to Compel Discovery

# EXHIBIT 8

**hikma.**

Hikma Pharmaceuticals PLC
1 New Burlington Place
London W1S 2HR

T (0)20 7399 2760
F (0)20 7399 2760
E enquiries@hikma.com

Director Joshua Tewalt
Director of the Idaho Department of Corrections
1299 N. Orchard St., Suite 110
Boise, ID  83706

RECEIVED

FEB - 7 2020

Director's Office, IDOC

30 January 2020

Director Joshua Tewalt,

Hikma is committed to improving lives by providing patients with access to high quality, affordable medicines. Our medicines are used millions of times a day to treat illness and save lives.  This has been our mission for more than 40 years.

As I have done regularly in the past, I am writing to remind you of Hikma's objection in the strongest possible terms to the use of any of our products for lethal injection and to request confirmation in writing that the state of Idaho is not in possession of any Hikma/West Ward products that it intends to use for lethal injection.

Despite our best efforts to ensure our medicines are used only for their intended medicinal purposes -including a requirement that these products are only supplied to pre-authorized customers who agree not to sell them to Departments of Correction or other entities that intend to use them for lethal injection - some states continue to attempt to procure our products from distributors and other intermediaries for this purpose. Not only is this contrary to our intention of manufacturing medicines for the health and well-being of patients in need, but also it is completely counter to our company values.

As states continue to experiment with new lethal injection cocktails, some states continue to attempt to procure our products from distributors, other intermediaries or even other departments within their state for use in lethal injection despite our clear statement of policy and strict controls.  As a result, we have had to extend the restriction of products to include a broad range of medicines. This list of restricted products is kept current on our website at www.hikma.com.

To this point, we would like to make clear that our objection to the use of our medicines in capital punishment should be applied to all our products, including those manufactured within and outside the US.

We also request that the Director and other relevant Idaho Department of Corrections officials not circumvent our carefully prepared controls or take any actions that would undermine the specially drafted legal provisions in our agreements. In the event we were forced to implement additional controls to prevent diversion and misuse of our medicines, such action may have the unintended consequence of potentially preventing certain patients from receiving these medicines despite having a genuine medical need. This outcome would not be beneficial for anyone, particularly the good people of your state.

High quality, generic medicines play a vital role in improving health. As such, we hope you will be our partner in furthering our values and upholding our policy prohibiting the use of our medicines in capital punishment.

Please respond to this request by 27 March 2020.

Thank you.

*[signature]*

Brooke S Clarke
VP Communications & Corporate Affairs