*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Eighth Motion to Compel Discovery

# EXHIBIT 12

# EXHIBIT A

## STATEMENT OF WORK



IDOC shall pay the Contractor the sum of nine hundred thousand dollars ($900,000).