Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
   christopher_m_sanchez@fd.org

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-00359-DCN |
| Plaintiff, | **NOTICE OF WITHDRAWAL** |
| v. | |
| **JOSH TEWALT, et al.,** | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby respectfully requests that the Court withdraw the appearance of Sean Newland, admitted *pro hac vice*, and remove him from electronic notifications in the above-captioned action. Mr. Newland no longer represents Plaintiff Gerald Ross Pizzuto, Jr. in this matter.

DATED this 26th day of March 2025.

   */s/ Jonah J. Horwitz*
   Jonah J. Horwitz

NOTICE OF WITHDRAWAL – Page 1

        Christopher M. Sanchez
        Federal Defender Services of Idaho

        */s/ Sarah E. Kalman*
        Sarah E. Kalman
        DLA PIPER LLP (US)

        COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

        /s/ L. Hollis Ruggieri
        L. Hollis Ruggieri