Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
       christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>　　　　Plaintiff,<br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>　　　　Defendants. | CASE NO. 1:21-cv-00359-BLW<br><br>**MOTION TO RESET DISCOVERY DEADLINES** |

On March 28, 2024, this Court partially granted several motions to compel discovery brought by Plaintiff Gerald Ross Pizzuto. *See* Dkt. 123. The defendants filed a notice of appeal indicating that they would be challenging the discovery order at the Ninth Circuit. *See* Dkt. 130. At the defendants' request, and over Mr. Pizzuto's objection, this Court stayed its discovery order pending appeal on June 21, 2024. *See* Dkt. 150. In the stay order, this Court suspended the discovery deadlines for the duration of the appeal. *See id.* at 11. The Court directed the parties to file a joint proposal for resetting the discovery deadlines "[w]ithin seven days after the Ninth Circuit issues a decision resolving the Defendants' appeal." *Id.* On March 21, 2025, the Ninth Circuit released an opinion affirming this Court's discovery order. *See* Dkt. 182. Mr. Pizzuto regards the Ninth Circuit opinion as "a decision resolving the Defendants' appeal," Dkt. 150 at 11,

MOTION TO RESET DISCOVERY DEADLINES – Page 1

and therefore believes a joint proposal for resetting the discovery deadlines is due today, *see Hunter v. United States*, No. 3:16-cv-108, 2017 WL 2225353, at *2 (W.D.N.C. May 19, 2017) (reflecting that the United States read a similar deadline the same way as Mr. Pizzuto). However, Mr. Pizzuto has conferred with the defendants and understands their position to be that the seven-day deadline runs from the Ninth Circuit's issuance of the mandate rather than the publication of the opinion. Given this disagreement, a joint proposal is not currently feasible. Mr. Pizzuto respectfully suggests that, if the Court shares his interpretation of the language in the June 21, 2024 order, it resets the deadlines such that fact discovery closes August 16, 2025. In Mr. Pizzuto's view, that is a sensible date because his final scheduled deposition is set to take place on July 16, 2025. Thus, the August 16 date would allow for any post-deposition issues to be addressed by the parties, who could then reassess whether further extensions of the discovery period were necessary. If the Court were to adopt Mr. Pizzuto's proposal, it could also set the remaining deadlines in light of the new date for the conclusion of fact discovery. *See* Dkt. 149.

DATED this 28th day of March 2025.

> */s/ Jonah J. Horwitz*
> Jonah J. Horwitz
> Christopher M. Sanchez
> Federal Defender Services of Idaho
>
> COUNSEL FOR PLAINTIFF

MOTION TO RESET DISCOVERY DEADLINES – Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

    /s/ L. Hollis Ruggieri
L. Hollis Ruggieri