UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

GERALD ROSS PIZZUTO, JR.,

      Plaintiff,

      v.

JOSH TEWALT, Director, Idaho
Department of Correction, in his official
capacity, TIMOTHY RICHARDSON,
Warden, Idaho Maximum Security
Institution, in his official capacity,

      Defendants.

Case No. 1:21-cv-00359-BLW

**ORDER**

Before the Court is Plaintiff's Motion to Reset Discovery Deadlines (Dkt. 185).

In June 2024, the Court suspended litigation and discovery deadlines in this action pending the resolution of Defendants' appeal of a discovery order. When ordering the stay, the Court instructed the parties to file a joint proposal to reset the deadlines within seven days "after the Ninth Circuit issues a decision resolving the Defendants' appeal." Dkt. 150 at 11. On March 21, 2025, the Ninth Circuit issued a decision affirming the discovery order. The parties now dispute whether the seven-day deadline runs from the issuance of that opinion or the issuance of a

mandate.

Although the direction to the parties was somewhat ambiguous, the Court's intention was for the deadline to run from the date of the mandate, which will formally resolve Defendants' appeal and confer jurisdiction back to this Court. Accordingly, the Court will deny the Motion to Reset Discovery Deadlines without prejudice. The parties are directed to file a joint proposal to reset deadlines within seven days after the Ninth Circuit issues a mandate.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Reset Discovery Deadlines (Dkt. 185) is **DENIED WITHOUT PREJUDICE**.

DATED: April 1, 2025

B. Lynn Winmill
U.S. District Court Judge