*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Reply in Support of Eighth Motion to Compel Discovery

# EXHIBIT 1

**(Declaration of Jonah Horwitz, dated April 24, 2025)**

# DECLARATION OF JONAH J. HORWITZ

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen years of age and competent to testify.

2. In this action, I am lead counsel for Plaintiff Gerald Ross Pizzuto, Jr.

3. I signed a declaration on March 25, 2025, which was filed in this case as Dkt. 183-2. In that declaration, I described a letter to the Court that I sent on March 18, 2025, in which I asked for guidance on how to resolve a discovery dispute.

4. The March 18 letter explained to the Court that the dispute related to six interrogatories that Mr. Pizzuto had served.

5. In addition, the letter outlined how the defendants had objected to all of the interrogatories on the basis that they exceeded the maximum allowed to Mr. Pizzuto under the Federal Rules of Civil Procedure and the Court's order governing discovery.

6. The letter further noted that the defendants had lodged various overlapping objections to the requests, including undue burden, proportionality, relevance, outside the scope of discovery, overbroad, privilege, compound questions, unclear terms, calls for expert opinions, and secrecy concerns.

7. After describing these objections, I asked the Court in the letter for permission to proceed directly to filing a combined motion for leave to serve additional interrogatories and motion to compel responses to the requests.

8. In response to my letter, the Court sent an email to counsel for the parties on March 18, 2025. The email indicated that I was permitted to file a combined motion for leave to serve additional interrogatories and motion to compel responses.

9. So far, counsel for the plaintiff in this case have taken two depositions: of former Warden Tim Richardson and current Warden Randy Valley. Three more depositions are scheduled—for the medical-team leader, central-line volunteer, and Liz Neville.

10. My office—Federal Defender Services of Idaho—has received two documents from the Idaho Department of Correction (IDOC) styled as certificates of analysis (COAs) for execution drugs. IDOC has represented to

DECLARATION OF JONAH J. HORWITZ - 1

    my office that the two COAs correspond to what we have been referring to in discovery as the First Set of Execution Drugs (those obtained in October 2023) and the Third Set of Execution Drugs (those obtained in February 2024). All of the content in the two COAs appears to be identical between the documents.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

  Executed on this 24th day of April 2025, at Boise, Idaho.

                                            */s/ Jonah J. Horwitz*
                                            Jonah J. Horwitz