*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Reply in Support of Eighth Motion to Compel Discovery

# EXHIBIT 2

**(Defendant Tewalt's Supplemental Responses to Plaintiff's Requests for Admission Numbered 290 and 307, dated Jan. 17, 2025)**

RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br>     Plaintiff,<br><br>v.<br><br>**JOSH TEWALT**, Director, Idaho Department of Correction, in his official capacity, **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution, in his official capacity,<br>     Defendants. | Case No. 1:21-cv-359-DCN<br><br>DEFENDANT TEWALT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION NUMBERED 290 and 307 |

Defendant Tewalt, by and through his attorneys of record, the Idaho Attorney General's Office, hereby provides supplemental responses to Plaintiff's Requests for Admission Numbered 290 and 307.

Defendant Tewalt's Supplemental Responses to Plaintiff's RFAs 290 and 307 – Page 1

**Definitions**

1. The term "New Execution Drugs" refers to the execution chemicals IDOC obtained on or about February 19, 2024.

2. The term "October Execution Chemicals" refers to the execution chemicals IDOC obtained in October 2024.

**Requests for Admission**

290. Admit or deny that the New Execution Drugs have an expiration date later than February 28, 2025.

   **Defendant Tewalt's June 10, 2024 Answer:** Admit

   **Defendant Tewalt's November 25, 2024 Answer**: Defendant Tewalt admits he was incorrect about the expiration date for the "New Execution Drugs". The chemicals obtained on or about February 19, 2024, expired in September 2024. Defendant Tewalt specifically denies that the information provided in his June 10, 2024, response to RFA 290 was intentionally misleading. The error was inadvertent. Defendant Tewalt denies that he intended to misrepresent the expiration date.

   Defendant Tewalt admits IDOC has obtained additional execution chemical, hereinafter referred to as "October 2024 Execution Chemicals". Defendant Tewalt admits the "October 2024 Execution Chemicals" have an expiration date in February 2025.

307. Admit or deny that you have obtained a certificate of analysis for the New Execution Drugs.

   **Defendant Tewalt's June 10, 2024 Answer**: Admit.

   **Defendant Tewalt's November 25, 2024 Answer**: Defendant Tewalt admits he was incorrect about the certificate of analysis for the "New Execution Drugs". Defendant Tewalt admits he was aware of and verified that the "New Execution Drugs" were tested and had a valid

Defendant Tewalt's Supplemental Responses to Plaintiff's RFAs 290 and 307 – Page 2

certificate of analysis. Defendant Tewalt specifically denies that the information provided in his June 10, 2024, response to RFA 307 was intentionally misleading. The error was inadvertent. Defendant Tewalt denies that he intended to misrepresent information pertaining to the certificate of analysis.

Defendant Tewalt admits IDOC has obtained additional execution chemical, hereinafter referred to as "October 2024 Execution Chemicals". Defendant Tewalt admits the "October 2024 Execution Chemicals" have a valid certificate of analysis. Defendant Tewalt admits redacted copies of the purchase order, chain of custody form, and certificate of analysis for the October 2024 Execution Chemicals were disclosed to counsel on October 29, 2024.

Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of November 2024.

Signed: /s/ Josh Tewalt
Josh Tewalt

## **CERTIFICATE OF SERVICE**

      I certify that on this 17th day of January 2025, I caused to be served a true and correct copy of the foregoing via email service as follows:

Jonah J. Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org

                                            /s/ Kristina M. Schindele
                                            Kristina M. Schindele