*Gerald Ross Pizzuto, Jr. v. Josh Tewalt,* Case No. 1:21-cv-359-BLW
Submitted in Support of Reply in Support of Eighth Motion to Compel Discovery

# EXHIBIT 3

**(Declaration of Josh Tewalt, dated Mar. 18, 2025**

RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

GREGORY E. WOODARD, ISB #11329
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
greg.woodard@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR.,<br><br>       *Plaintiff,*<br><br>  *v.*<br><br>RAÚL LABRADOR, Attorney General, Idaho Attorney General's Office, in his official capacity<br><br>       *Defendant.* | Case No. 1:23-cv-0081-BLW<br><br>**DECLARATION OF JOSH TEWALT** |

I, Josh Tewalt, hereby declare as follows:

1.      I am over the age of eighteen and submit this declaration based on my personal knowledge and experience. I am the Director of the Idaho Department of Corrections ("IDOC").

2.      Absent any delay not the cause of IDOC or the State, IDOC will be able to acquire the chemicals necessary to carry out Plaintiff's execution by lethal injection within 30 days of the issuance of Plaintiff's death warrant.

3.      Given prior delays in the State's attempts to enforce its death penalty laws, IDOC does not want to purchase the chemicals necessary to carry out Plaintiff's execution by lethal injection until a death warrant is issued because those chemicals are expensive and have a short shelf-life.

4.      Because the chemicals necessary to carry out an execution by lethal injection have a short self-life, the chemicals that were in IDOC's possession on January 17, 2025 when I provided my initial declaration in support of this motion, are now expired.

5.      In February 2024, IDOC attempted to carry out the execution of Thomas Creech. At that time, IDOC SOP 135 allowed for establishing a central line — an alternative method of establishing IV access when peripheral access can't be established — but IDOC lacked the appropriate environment to conduct the procedure. Because IDOC staff were not able to establish an IV line, Creech's execution was discontinued at that time.

6.      Since February 2024, IDOC has expended considerable time and resources to provide for the infrastructure, personnel, and processes available to establish IV access and carry out an execution by lethal injection. IDOC renovated F Block to create an execution

preparation room to establish venous access to the prisoner. IDOC also revised the execution protocol, SOP 135 and addendums, to reflect how the new space affects the protocols and sequence of procedures.

7.      Under the revised execution protocol, IDOC has recruited medical team members to insert peripheral venous access. IDOC has provided ongoing training for these members to confirm they have peripheral venous access proficiency. IDOC has also retained a medically licensed physician to insert a central line venous access. In addition, IDOC retained an expert to review and confirm the central line team member has central line venous access proficiency.

8.      Under the revised execution protocol, the condemned person will first be escorted to the execution preparation room where the medical team will determine if peripheral IV access can be established. If the medical team leader determines peripheral IV access is not attainable, a qualified physician will establish a central line. Central lines are commonly used in medical situations for the administration of IV fluids or medications when it is difficult to establish or maintain peripheral venous access.

9.      Once IV access has been established, the condemned person will be escorted to the execution chamber. A live, closed-circuit video and audio feed will be available to state and witnesses for the entirety of the time the condemned person is in the execution preparation room.

10.      Plaintiff knows that IVs will be inserted into him via either peripheral line or central line. Plaintiff also knows that if central line is utilized, it will be inserted by a medically licensed physician.

DECLARATION OF JOSH TEWALT — 2

11.     Given the measures it has taken, IDOC has no reason to believe that it will

experience any issues that would prevent Plaintiff's execution.

12.     IDOC will continue to protect the integrity of the process and ensure adherence

to 8th Amendment protections against cruel and unusual punishment.
        I declare that the foregoing is true and correct under penalty of perjury.


DATED: March 18, 2025


                                        By  /s/ *Josh Tewalt*
                                            Josh Tewalt

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Nicole R. Gabriel
Nicole_Gabriel@fd.org

Mary E. Spears
Mary_Spears@fd.org

*Attorneys for Plaintiff*


      /s/ *Gregory E. Woodard*
      Gregory E. Woodard

DECLARATION OF JOSH TEWALT — 4