| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | MAY 22 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

GERALD ROSS PIZZUTO, Jr.,

    Plaintiff - Appellee,

 v.

JOSH TEWALT, Director, Idaho Department of Correction, in his official capacity and RANDY VALLEY, Warden, Idaho Maximum Security Institution, in his official capacity,

    Defendants - Appellants.

No. 24-2275

D.C. No. 1:21-cv-00359-BLW

District of Idaho, Boise

MANDATE

The judgment of this Court, entered March 21, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT