UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSH TEWALT, Director, Idaho Department of Correction, in his official capacity, TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity, <br><br> Defendants. | Case No. 1:21-cv-00359-BLW <br><br> **ORDER ON JOINT PROPOSAL TO RESET SCHEDULING ORDER AND DISCOVERY DEADLINES** |

This matter is before the Court on the parties' Joint Proposal to Reset the Scheduling Order and Discovery Deadlines (Dkt. 197). Good cause to reset deadlines appearing, the request is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the case deadlines are reset as follows:

- Cut-off for factual discovery and deadline for Plaintiff's expert disclosures: Tuesday, September 2, 2025.

- Deadline for Defendants' expert disclosures: Monday, September 8, 2025.

ORDER - 1

- Deadline for Plaintiff's disclosure of rebuttal experts: Monday, September 22, 2025.

- Cut-off for all expert discovery: Monday, October 6, 2025.

- Dispositive motion deadline: Friday, October 31, 2025.

DATED: May 29, 2025

_____
B. Lynn Winmill
U.S. District Court Judge