UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSH TEWALT, Director, Idaho Department of Correction, in his official capacity, TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity, <br><br> Defendants. | Case No. 1:21-cv-00359-BLW <br><br> **ORDER** |

      Before the Court is Plaintiff Gerald Pizzuto, Jr.'s Second Motion to Preserve Evidence (Dkt. 166). The Motion seeks to preserve certain evidence from the execution of Thomas Creech. It was filed in early November 2024, several weeks before Creech was scheduled to die by lethal injection. Creech's execution, however, was subsequently stayed pending the resolution of his habeas claim, which is still pending before the Court. *See Creech v. Valley*, 1:24-cv-00485-GMS. In the meantime, the Idaho legislature has adopted the firing squad as the default method of execution, and executions in Idaho are on hiatus for at least six to nine months due to construction work on the execution unit.

      As a result of the uncertain status of Creech's execution, the Motion to

ORDER - 1

Preserve Evidence is prudentially unripe. *See Thomas v. Anchorage Equal Rts. Comm'n*, 220 F.3d 1134, 1141 (9th Cir. 2000) ("In evaluating the prudential aspects of ripeness, our analysis is guided by two overarching considerations: the fitness of the issues for judicial decision and the hardship to the parties of withholding court consideration."). If Creech's habeas petition is granted, Idaho will be barred from executing him, and the Motion will obviously be moot. The Motion will also be moot if Idaho proceeds to execute Creech via firing squad, since Pizzuto seeks evidence specifically about the lethal injection. Accordingly, the Court will defer a ruling until Creech's case is resolved and, if applicable, the Idaho Department of Corrections determines the method of his execution.

    THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Preserve Evidence (Dkt. 166) shall be **HELD IN ABEYANCE** pending the resolution of *Creech v. Valley*, 1:24-cv-00485-GMS. The parties are directed to notify the Court upon receiving a final ruling in that case.

DATED: June 27, 2025

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2