Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
　　　christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** ) | CASE NO. 1:21-cv-00359-BLW |
| ) | |
| Plaintiff, ) | **MOTION TO SUBSTITUTE** |
| v. ) | |
| ) | |
| **JOSH TEWALT, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In the operative complaint in this case, Plaintiff Gerald Ross Pizzuto, Jr. named Josh Tewalt as a defendant in his official capacity. *See* Dkt. 153 at 1. He did so because Mr. Tewalt was, at the time, the Director of the Idaho Department of Correction (IDOC). *See id.* at 3. On March 19, 2025, Governor Brad Little announced that Mr. Tewalt was stepping down as IDOC Director to be replaced by Bree Derrick. *See Gov. Little announces changes in his administration*, Mar. 19, 2025, https://gov.idaho.gov/pressrelease/gov-little-announces-changes-in-his-administration/. Since then, the defendants have expressed the view that Ms. Derrick should be automatically substituted in for Mr. Tewalt as a defendant here. *See* Dkt. 187 at 1 n.1. Under Federal Rule of Civil Procedure 25(d), an "officer's successor is

MOTION TO SUBSTITUTE – Page 1

automatically substituted as a party" and "[l]ater proceedings should be in the substituted party's name." Pursuant to Rule 25(d), Mr. Pizzuto agrees with the defendants that Ms. Derrick is properly substituted into this case in place of Mr. Tewalt. Accordingly, Mr. Pizzuto respectfully asks the Court to order the substitution and update the docket in this case.

DATED this 9th day of July 2025.

        */s/ Jonah J. Horwitz*
        Jonah J. Horwitz
        Christopher M. Sanchez
        Federal Defender Services of Idaho

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

        /s/ L. Hollis Ruggieri
        L. Hollis Ruggieri

MOTION TO SUBSTITUTE – Page 2