Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-00359-BLW |
| Plaintiff, | **STIPULATED MOTION TO SUBSTITUTE** |
| v. | |
| **JOSH TEWALT, et al.,** | |
| Defendants. | |

Through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 25(d), the parties hereby file this stipulated motion to substitute in Idaho Department of Correction (IDOC) Director Bree Derrick for Josh Tewalt as a defendant in this case. As Mr. Pizzuto previously stated in his own Motion to Substitute (Dkt. 203), Ms. Derrick became IDOC's Director after Mr. Tewalt stepped down in March of this year. *Id.* Under Rule 25(d), "an officer's successor is automatically substituted as a party" and "[l]ater proceedings should be in the substituted party's name."

STIPULATED MOTION TO SUBSTITUTE– Page 1

Further, the parties ask that the docket and official case caption be updated to accurately reflect all defendants in this case, who are presently: Bree Derrick, Director; Randy Valley, Warden; Liz Neville, Chief of Prisons; all in their official capacities.[1]

Accordingly, the parties respectfully ask the Court to order the substitution and make the necessary corrections to the docket in this case.

DATED this 11th day of July 2025.

/s/ Kristina M. Schindele
Kristina M. Schindele
Deputy Attorney General
Attorney for Defendants

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Federal Defender Services of Idaho
Attorney for Plaintiff

---

[1] Mr. Pizzuto's previously filed Motion to Substitute (Dkt. 203) did not include the clarification of who all the defendants are, as the parties are doing now.

STIPULATED MOTION TO SUBSTITUTE– Page 2