UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> BREE DERRICK, Director, Idaho Department of Correction, in her official capacity; TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity; LIZ NEVILLE, Chief of Prisons, Idaho Department of Corrections, in her official capacity, <br><br> Defendants. | Case No. 1:21-cv-00359-BLW <br><br> **ORDER** |

  The Court has before it Plaintiff's Motion to Substitute Party (Dkt. 203) and the Stipulated Motion to Substitute (Dkt. 204). Both motions ask the Court to substitute Bree Derrick for Josh Tewalt as a defendant in the present matter. Ms. Derrick replaced Mr. Tewalt as the Director of the Idaho Department of Corrections in March 2025.

  Pursuant to Federal Rule of Civil Procedure 25(d), the Court hereby **GRANTS** the Motions to Substitute (Dkts. 203, 204). Bree Derrick is **SUBSTITUTED** for Josh Tewalt as a defendant in this action in her official

ORDER - 1

capacity. Randy Valley, Warden of the Idaho Maximum Security Institution, and Liz Neville, Chief of Prisons, remain defendants in their official capacities.

DATED: July 14, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 2