Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
    christopher_m_sanchez@fd.org

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@us.dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-00359-BLW |
| Plaintiff, | **MOTION TO MODIFY** |
| v. | **SCHEDULING ORDER [DKT. 198]** |
| **BREE DERRICK, et al.,** | |
| Defendants. | |

For the reasons set forth in the accompanying memorandum in support, and pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Gerald Ross Pizzuto, Jr. respectfully moves to modify the scheduling order, *see* Dkt. 198, such that fact discovery closes July 2, 2026, and so that the related deadlines are re-set accordingly.

//

//

MOTION TO MODIFY SCHEDULING ORDER – Page 1

DATED this 20th day of August 2025.

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho

COUNSEL FOR PLAINTIFF

*/s/ Sarah E. Kalman*
Sarah E. Kalman
DLA P$_{IPER}$ LLP (US)

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

*/s/ Julie Hill*
Julie Hill

MOTION TO MODIFY SCHEDULING ORDER – Page 2