*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 2

Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | CASE NO. 1:21-cv-00359-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Second Amended Notice of** |
| v. | ) | **Deposition of Central Line Volunteer** |
| | ) | |
| **JOSH TEWALT, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that Plaintiff Gerald Ross Pizzuto, Jr., through his counsel, will depose the individual that has been referred to in discovery requests as the Central Line Volunteer on Wednesday, August 6, 2025, at 9:00 AM. The deposition will be done remotely with the testimony taken and transcribed only by audio and not video, and with no recording made. All other conditions of the deposition will be set pursuant to the Federal Rules of Civil Procedure, the agreement of the parties, and/or the Court's orders. Undersigned counsel do not know where the Central Line Volunteer is located, as his or her identity has been made confidential. However, on information and belief, the Central Line Volunteer does some business at the Idaho Maximum Security Institution, which is located at 13400 S. Pleasant Valley Road, Kuna, Idaho 83634.

Second Amended Notice of Deposition of Central Line Volunteer – Page 1

DATED this 3rd day of July 2025.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2025, I served the foregoing document by email on opposing counsel at the following addresses:

Kristina M. Schindele
krschind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

Tanner Smith
tanner@melawfirm.net

/s/ Jonah J. Horwitz
Jonah J. Horwitz