*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 16

# MOORE ELIA
# KRAFT & STACEY LLP

702 W. Idaho St. Suite 800
Boise, ID 83702
PO Box 6756
Boise, ID 83707
Telephone 208.336.6900
Facsimile 208.336.7031
www.melawfirm.net

Michael Moore
Michael Elia
Steven Kraft
Craig Stacey
Peter Thomas
Nathan Beckman
Tanner Smith

Tanner J. Smith
tanner@melawfirm.net

August 14, 2025

**Via Email: Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org**
Jonah Horwitz and Chris Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Re:   *Pizzuto v. Derrick*, 1:21-cv-359
      Objection to Plaintiff's Third-Party Subpoenas to Construction Contractors

Dear counsel:

We have been informed that your client seeks to obtain confidential IDOC materials with the third-party subpoenas that your office propounded in June 2025. Specifically, we are aware that in connection with the subpoenas to Elevatus Architecture, Okland Construction, Soundscape Engineering, and Cator Ruma & Associates Co. (copies enclosed), your client is seeking, among other things, blueprints and schematics of the buildings at the Idaho Maximum Security Institution. Please allow this document to serve as IDOC's official objection to you requesting or receiving any such documentation.

IDOC objects to any request for documents that either directly or indirectly include blueprints or schematics of its prisons. *See, e.g.,* IDAPA 06.01.01.108.04; I.C. § 74-105. Disclosing such information is unduly burdensome and presents unnecessary safety and security risks for IDOC as well as its staff and residents. Courts within the Ninth Circuit have recognized and respected these undue risks. *E.g., Manriquez v. Huchins*, No. 1:09-CV-00456-OWW, 2011 WL 3290165, at *20 (E.D. Cal. July 27, 2011) (holding that the prison blueprints were not discoverable because of safety and security concerns). The information is also irrelevant to your client's claim.

Further, your office already requested this information from IDOC on March 11, 2024. IDOC responded in writing on May 29, 2024. In that response, IDOC objected to your request to the extent it sought schematics and told you that IDOC would welcome alternative discovery options to providing schematics, such as an inspection of the facility. The specific request and objection stated:

All documents related to any maintenance done or changes made in the execution chamber, including electrical, audio/visual, structural, and so forth.

RESPONSE: After a diligent search, Defendants have not located responsive documents. If responsive documents are located, this response will be supplemented. Defendants have contracted and commenced construction changes in F Block. *See* documents attached entitled Contract #005 for 2022064 IDOC_Female Prison, Medical Annex & Sewage Lagoon and 2024.04.15 Medical Exam Room Renovation Estimate. Defendants have provided page 1 of a document entitled DPW Project No22064 Change Order 1. Defendants object to release of schematics associated with the construction based on safety and security of the institution. Defendants specifically assert disclosure of the schematics will create an undue burden on Defendants, IDOC and the State of Idaho under Federal Rule of Civil Procedure 26(b)(1). Defendants propose alternative discovery options to providing the schematics.

In the future, please direct any such requests to our attention. The subpoenas, while extremely vague and overbroad, made it seem like your client was seeking emails and other communications between IDOC, DPW, and these contractors. It was not until we were contacted by the contractors regarding potential disclosures that we learned that you were seeking confidential and privileged information like prison blueprints and schematics, and that you intend to file motions to compel for this information. IDOC has advised these contractors that it objects to release of such confidential and privileged information and asked them to withhold such documents from disclosure pending resolution of this issue between the parties.

If you have received any responses of any kind from these companies, please forward those responses to us at your earliest convenience. Please inform us immediately if you have received responses from any company with any materials related to blueprints or schematics of IDOC's prisons.

We intend to move the Court for a protective order to protect this information but would prefer to meet and confer with you beforehand to discuss this matter. Please let us know your availability for a phone call or Teams meeting to discuss.

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Tanner J. Smith

Jonah Horwitz and Chris Sanchez
August 14, 2025
Page 3

Enclosures:   Plaintiff's Subpoenas to Elevatus Architecture, Okland Construction, Soundscape Engineering, and Cator Ruma & Associates Co.
IDOC's May 29, 2024 Correspondence Objecting to the Disclosure of Schematics