*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 17

| | | Page 1 |
|---|---|---|
| **Bill To:**<br>Idaho Department of Correction<br>1299 N Orchard St, Suite 110<br>Boise, ID 83706 |  | **Purchase Order**<br>THIS NUMBER MUST APPEAR ON ALL INVOICES, BILLS OF LADING AND PACKAGES.<br>**P.O. Nbr:** |

**Vendor Code:** Exempt
**Acct #:**
**Vendor:**   Exempt per I.C. § 19-2716A

**Ship-To:**   Josh Tewalt
              Director

**Date: March 4, 2023**

| Ship Via | FOB | Prepaid Freight | Requisitioner | Vendor Contact<br>Exempt per I.C. § 19-2716A | |
|---|---|---|---|---|---|
| Buyer | Delivery Date<br>TBD | Terms<br>See Below | Mstr Agree # | Sub Object | PCA |

| Line | Qty | U/M | Item Code/Description | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 1 | 1 | | Pentobarbital 15 grams | | 50000.00 | N |
| | | | Upon payment, Vendor agrees to maintain and store the items in accordance with all applicable regulations until IDOC takes possession of the items. | | | |
| | | | Vendor agrees to refund IDOC an amount up to $50,000.00 if it fails to provide to IDOC the purchased items, in whole or in part. | | | |
| | | | | Total | $50,000.00 | |

_____
**Vendor**
By using a mark (i.e. "X"), Vendor acknowledges said mark constitutes a valid signature for this Purchase Order.

_____
**IDOC Witness**

_____
**IDOC Witness**