*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 19

# News

### IDOC director suspends preparation for Dec. 15 execution

**IDOC news releae       November 30, 2022**

Nov. 30 -- Idaho Department of Correction Director Josh Tewalt has notified the Idaho Board of Correction he believes it is unlikely the Department will be able to secure the chemicals necessary to carry out the scheduled execution of Gerald Pizzuto. In a memo to the Board, Director Tewalt says he believes the death warrant for Mr. Pizzuto should be allowed to expire and efforts to prepare for the execution should be suspended.

"While our efforts to secure chemicals remain ongoing, I have no reason to believe our status will change prior to the scheduled execution on December 15, 2022," Director Tewalt wrote in the memo. "In my professional judgement, I believe it is in the best interest of justice to allow the death warrant to expire and stand down our execution preparation."

Upon receipt of the death warrant for Mr. Pizzuto on Nov. 16, Director Tewalt, announced that IDOC was having difficulty securing the chemicals.  He also suspended implementation of SOP 135.02.01.001, Execution Procedures, except for those portions that ensure that Mr. Pizzuto's due process rights are protected.

"There is no more solemn responsibility than implementing capital punishment, and it is a responsibility this agency approaches with the gravity and care it deserves," wrote in the memo. "Consistent with your direction, we will maintain our readiness to carry out this process with professionalism, dignity, and respect for everyone impacted."

Due to ongoing litigation, IDOC will have no further comment on this matter.



IDOC logo

# News

### IDOC serves death warrant to Gerald Pizzuto

**February 24, 2023**

Feb. 24 -- The Idaho Department of Correction served Idaho Maximum Security Institution resident Gerald R Pizzuto, IDOC #23721, with a death warrant at 11:54 a.m. Friday. Second Judicial District Judge, Michelle M. Evans issued the warrant Friday morning. The warrant schedules Mr. Pizzuto's execution for Mar. 23, 2023.

IDOC Director Josh Tewalt has informed the Board of Correction, the Governor's Office, and the Attorney General's Office that the Department is not in possession of the chemicals necessary to carry out an execution by lethal injection. Efforts to lawfully source chemicals are ongoing.

Director Tewalt has suspended implementation of SOP 135.02.01.001, Execution Procedures, except for those portions that ensure Mr. Pizzuto's due process rights are protected, until such time as he anticipates a change in the material ability to carry out an execution. IDOC has developed and will implement a housing plan and other procedures for Mr. Pizzuto consistent with Idaho Code.

Due to ongoing litigation, IDOC will have no further comment on the matter at this time.



News release