*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 20



**BRAD LITTLE**
GOVERNOR

March 24, 2023

The Honorable Mike Moyle
Speaker of the House
Idaho House of Representatives
Hand Delivery

Dear Speaker Moyle,

    I hereby advise you that I have signed on March 24, 2023, and transmitted to the Office of the Secretary of State, with my approval, the following House bill to wit:

**HOUSE BILL 186**

within the time prescribed by law, the same having arrived in the Office of the Governor at the hour of 1:15 p.m. on March 22, 2023.

    Throughout my life in public service, I have supported capital punishment when our justice system determines death is the only appropriate sentence for a person who committed a heinous crime. The families of the victims deserve justice for their loved ones and the death penalty is a way to bring them peace.

    I am signing House Bill 186 because I support policies that enable the State of Idaho to successfully carry out the death penalty. It is the same reason I signed House Bill 658 in 2022, legislation to help the state acquire the chemicals necessary to perform lethal injection. I have not given up on the state's ability to acquire the chemicals, and I believe the bill I signed into law last year helped expand options that would not have been available without it.

    While I am signing this bill, it is important to point out that fulfilling justice can and must be done while minimizing stress on corrections personnel.

    For the people on death row, a jury convicted them of their crimes, and they were lawfully sentenced to death. It is the responsibility of the State of Idaho to follow the law and ensure that lawful criminal sentences are carried out.

Sincerely,

Brad Little
Governor of Idaho

STATE CAPITOL • BOISE, IDAHO 83720 • (208) 334-2100