*Gerald Ross Pizzuto, Jr. v. Josh Tewalt*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Memorandum in Support of Motion to Modify Scheduling Order [Dkt. 198]

# EXHIBIT 22

NO. _____
A.M. _____ FILED P.M. 2:00

OCT 1 2 2023

TRENT TRIPPLE, Clerk
By SABRINA STOKES
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | CASE NO. CR-FE-0000-10252 |
| Plaintiff, | ) ) ) | DEATH WARRANT |
| vs. | ) ) | |
| THOMAS EUGENE CREECH, | ) ) | |
| Defendant. | ) ) | |

**TO:** Josh Tewalt, Director of the Idaho Department of Correction, and Tim Richardson, Warden, Idaho Maximum Security Institution:

**WHEREAS** the above-named Defendant, THOMAS EUGENE CREECH, on the 28th day of August, 1981, pled guilty to the crime of First-Degree Murder; and,

**WHEREAS** on the 17th day of April, 1995, the Honorable Robert G. Newhouse entered his Findings of the Court in Considering the Death Penalty and a Judgment of Conviction finding that the above-named Defendant, THOMAS EUGENE CREECH is guilty of First-Degree Murder and imposing the sentence of Death; and,

**WHEREAS** the Honorable Robert G. Newhouse did, on the 12th day of December, 1996, enter an order denying the above-named Defendant, THOMAS EUGENE CREECH, post-conviction relief; and,

*DEATH WARRANT - THOMAS EUGENE CREECH - 1*

WHEREAS, on the 19th day of August, 1998, the Idaho Supreme Court issued its opinion upholding the conviction and sentence and affirming the denial of post-conviction relief and issued its Remittitur on the 23rd day of October, 1998, and,

WHEREAS, on 1st day of June, 1999, the United States Supreme Court, denied a Petition for Certiorari for the above-named Defendant, THOMAS EUGENE CREECH, and,

WHEREAS, on the 24th day of March, 2017, the Honorable B. Lynn Winmill entered Judgment denying the above-named Defendant, THOMAS EUGENE CREECH, federal habeas relief; and,

WHEREAS, on the 6th day of February, 2023, the United States Court of Appeals, Ninth Circuit, affirmed the denial of federal habeas relief; and,

WHEREAS, on the 10th day of October, 2023, the United States Supreme Court denied a Petition for Certiorari for the above-named Defendant, THOMAS EUGENE CREECH; and,

WHEREAS, on the 10th day of October, 2023, the United States Court of Appeals, Ninth Circuit, issued its Mandate; and,

WHEREAS, Idaho Code § 19-2715(3) mandates that, upon termination of a stay of execution, the state shall apply for another warrant from the district court in which the conviction was had; and

WHEREAS, pursuant to Idaho Code § 19-2715(5) the Court has inquired and finds there is an existing death sentence and that no valid stays of execution are currently in place; and

WHEREAS, Idaho Code § 19-2715(3) mandates that, upon such application, the district court shall set a new execution date not more than thirty (30) days thereafter;

**NOW THEREFORE, YOU ARE HEREBY COMMANDED,** pursuant to Idaho Code § 19-2716 and the Judgment of this Court, to receive said Defendant, THOMAS EUGENE

CREECH, into your custody, and on the 8th day of November 2023, you shall cause the execution of said sentence of death to take place, unless said sentence is stayed by law, and that you shall make a return upon this Death Warrant, showing the time, mode and manner in which it was executed pursuant to Idaho Code § 19-2718.

DATED this 12th day of October, 2023.

_____
DISTRICT JUDGE