RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>  Plaintiff,<br><br>vs.<br><br>BREE DERRICK, et al.,<br><br>  Defendants. | Case No. 1:21-cv-359-BLW<br><br>**OBJECTION TO PLAINTIFF'S THIRD-PARTY CONTRACTOR SUBPOENAS AND MOTION TO QUASH AND FOR PROTECTIVE ORDER** |

COME NOW Defendants, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 45 and 26, hereby object to Plaintiff's Third-Party Subpoenas to Elevatus Architecture, Okland Construction, Soundscape Engineering, and Cator Ruma & Associates Co., move to quash the subpoenas, and move for the Court to enter a protective order prohibiting Plaintiff from requesting or receiving IDOC's prison blueprints and schematics. This Motion is supported by the Memorandum in Support, Eighth Declaration of Tanner Smith, and

**OBJECTION TO PLAINTIFF'S THIRD-PARTY CONTRACTOR SUBPOENAS AND MOTION TO QUASH AND FOR PROTECTIVE ORDER - 1**

Declaration of Bree Derrick.

    Respectfully submitted this 27th day of August, 2025.

                                  MOORE ELIA KRAFT & STACEY, LLP

                                  */s/ Tanner J. Smith*
                                  Tanner J. Smith
                                  Attorneys for Defendants

                                  OFFICE OF THE ATTORNEY GENERAL

                                  */s/ Kristina M. Schindele*
                                  Kristina M. Schindele
                                  Deputy Attorney General
                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>Sarah E. Kalman<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com |

                                               */s/ Tanner J. Smith*
                                               Tanner J. Smith