RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO, <br><br> Plaintiff, <br><br> vs. <br><br> BREE DERRICK, et al., <br><br> Defendants. | Case No. 1:21-cv-359-BLW <br><br> **DECLARATION OF BREE DERRICK** |

I, Bree Derrick, hereby declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct:

1. I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I make this Declaration based on my own personal knowledge of the facts set forth herein.

2. I am the Director of the Idaho Department of Correction ("IDOC").

**DECLARATION OF BREE DERRICK - 1**

3. In order to protect information consistent with the public's interest in confidentiality, public safety, security, and habilitation of offenders, IDOC has a policy of not disclosing the following types of records in whole:

    a. Records of the Department that define specific building design details, such as facility blueprints;

    b. Records of the Department that define specific operations used to respond to and control emergencies; and

    c. Records of the Department that define site-specific security operations, such as facility security procedures, site-specific post orders, and security camera locations, numbers, or recordings;

4. IDOC does not disclose these materials because they can be used to identify potential escape routes and ways for contraband (including weapons) to be smuggled into IDOC's institutions. These materials identify IDOC's site-specific security measures and detail the security operations of the institutions. The materials also identify communication and surveillance systems used at the facilities. The materials can also be used to identify the strength of the construction materials used in the facilities. The materials also show ventilation ducts, potential crawl spaces, and potential other pathways that can be used to move throughout the facilities. The materials can also be used to determine what is and is not captured by IDOC's security cameras.

5. I am aware that through this litigation, Mr. Pizzuto has served subpoenas on Elevatus Architecture, Okland Construction, Soundscape Engineering, and Cator Ruma & Associates Co. These companies are performing work on IDOC's facilities, including but not limited to F Block at the Idaho Maximum Security Institution ("IMSI"). I have been informed that through these subpoenas, Mr. Pizzuto seeks to obtain blueprints and schematics of IDOC's

**DECLARATION OF BREE DERRICK - 2**

buildings along with other similar documents. These records fall within the categories identified above of documents which IDOC does not disclose because of the public's interest in confidentiality, public safety, security, and habilitation of offenders.

6. I have considered Mr. Pizzuto's request for these materials.

7. It is my judgment and that of IDOC, that this material cannot be disclosed to Mr. Pizzuto or his counsel because such disclosure would create serious security and safety risks to IDOC, its staff and residents, and the public at large.

8. I have also considered whether providing the material to Mr. Pizzuto's counsel under a protective order negates these serious security and safety risks. It is my judgment and that of IDOC, that these safety and security risks are not minimized by providing the material to Plaintiff or his counsel under a protective order.

_8·27·25_
Date

_Bree Derrick_
Bree Derrick
Director of Idaho Department of Correction

**DECLARATION OF BREE DERRICK - 3**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 27th day of August, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com, |

                                     */s/ Sara Yerby*
                                     Sara Yerby

**DECLARATION OF BREE DERRICK - 4**