RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BREE DERRICK, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-359-BLW<br><br>**MOTION TO SEAL DKTS. 207-1 AND 207-4** |

COME NOW Defendants, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 5.2 and 26, and the Court's inherent power, hereby move the Court to seal Dkts. 207-1 and 207-4. This Motion is supported by Defendants' Memorandum in Support of Motion to Seal Dkts. 207-1 and 207-4.

**MOTION TO SEAL DKTS. 207-1 AND 207-4 - 1**

Respectfully submitted this 29th day of August, 2025.

                                      MOORE ELIA KRAFT & STACEY, LLP

                                      */s/ Tanner J. Smith*
                                      Tanner J. Smith
                                      Attorneys for Defendants

                                      OFFICE OF THE ATTORNEY GENERAL

                                      */s/ Kristina M. Schindele*
                                      Kristina M. Schindele
                                      Deputy Attorney General
                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
Sarah E. Kalman
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org,
Christopher_m_sanchez@fd.org,
stanley.panikowski@dlapiper.com

*Attorneys for Plaintiff*

/s/ Sara Yerby
Sara Yerby

**MOTION TO SEAL DKTS. 207-1 AND 207-4 - 3**