Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
       christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-359-BLW |
| Plaintiff, | RESPONSE TO MOTIONS TO SEAL [DKTS. 217, 219] |
| v. | |
| **BREE DERRICK**, Director, Idaho Dept. of Correction, et al. | |
| Defendants. | |

The defendants' sole basis for their motions to seal, Dkts. 217, 219, is that the transcript of the central-line volunteer's deposition is confidential. However, Mr. Pizzuto did not publicly file with the Court the transcript—a 295-page document memorializing nearly a full day's worth of testimony. Rather, Mr. Pizzuto referred briefly in public filings to two extremely limited aspects of the deposition. *See* Dkt. 207-1 at 4, 18; Dkt. 207-4 at 1–2; Dkt. 216 at 5. Because Mr. Pizzuto did not file the transcript, the material at issue should only be sealed if it creates "a reasonable degree of certainty" that the witness will be identified. *Pizzuto v. Tewalt*, 136 F.4th 855, 869 (9th Cir. 2025). The defendants do not and cannot claim that this test is satisfied. One element of the deposition referenced in the filings was a sampling of questions the witness did not answer based on opposing counsel's secrecy objections. *See* Dkt. 207-1 at 4; Dkt. 207-4 at 1. Questions that went unanswered obviously pose no threat to the witness's anonymity.

RESPONSE TO MOTIONS TO SEAL – Page 1

The other element of the depositions alluded to in the filings related to a highly specific subject that the defendants themselves previously addressed in a response to a request for admission (RFA). *See* Dkt. 183-5 at 3–5. When they responded to the RFA, the defendants did not designate the information confidential and it has been on the public docket for five months without any objection or incident. *See id.* Although the earlier sworn responses to the RFA turned out to be undisputedly false, *see* Dkt. 207-1 at 18, the defendants' treatment of them demonstrates that they are not sensitive, *Cf. Fleming v. Escort, Inc.*, No. CV 09-105-S-BLW, 2013 WL 1290418, at *4 (D. Idaho Mar. 27, 2013), *aff'd*, 774 F.3d 1371 (Fed. Cir. 2014) (denying a motion to seal where the "matters were discussed on the record during the public trial and no attempt was made . . . at the time to seal the proceedings or otherwise protect the information from disclosure"). The defendants' previous approach was correct—the information is far too generic to generate any danger of identification. Mr. Pizzuto therefore respectfully requests that the motions to seal, Dkts. 217, 219, be denied. If the Court does grant the motions, Mr. Pizzuto respectfully suggests that the proper remedy is for the public versions of the filings at issue to be redacted in pertinent part and for unredacted versions to be filed under seal. That result would be consistent with the fact that the defendants have expressed no concerns about the vast majority of the text in the filings. It would also effectuate the "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

DATED this 29th day of August 2025.

      /s/ Jonah J. Horwitz
      Jonah J. Horwitz
      Christopher M. Sanchez
      FEDERAL DEFENDER SERVICES OF IDAHO

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of August 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

| | |
|---|---|
| Kristina Schindele<br>kscchind@idoc.idaho.gov | Michael J. Elia<br>mje@melawfirm.net |
| Mary Karin Magnelli<br>kmagnell@idoc.idaho.gov | Tanner J. Smith<br>tanner@melawfirm.net |

                                                                         */s/ Heidi Thomas*
                                                                        Heidi Thomas