UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., | Case No. 1:21-cv-00359-BLW |
| Plaintiff, | **ORDER** |
| v. | |
| BREE DERRICK, Director, Idaho Department of Correction, in her official capacity; TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity; LIZ NEVILLE, Chief of Prisons, Idaho Department of Corrections, in her official capacity, | |
| Defendants. | |

Defendants have moved to seal Dkts. 207-1, 207-4, and 216. Although the motion to seal (Dkt. 217) is still being briefed, the Court will order the dockets temporarily sealed to avoid compromising any legitimate confidentiality interests. *Cf.* Agster v. Maricopa County, 422 F.3d 836, 838 (9th Cir. 2005) ("Once the cat is already out of the bag, it may not be possible to get it back in." (cleaned up)). Plaintiff may file redacted versions of each document.

THEREFORE, IT IS HEREBY ORDERED that Dkts. 207-1, 207-4, and 216 are SEALED until further notice.

ORDER - 1



DATED: August 29, 2025

_____
B. Lynn Winmill
U.S. District Court Judge