Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | CASE NO. 1:21-cv-00359-BLW |
| Plaintiff, | ) ) | **NOTICE REGARDING** |
| v. | ) | **REDACTED FILINGS** |
| **BREE DERRICK, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Court's order, *see* Dkt. 221 at 1, Plaintiff Gerald Ross Pizzuto, Jr. hereby files redacted versions of the documents temporarily sealed by the Court. The redacted memorandum in support of the motion to modify the scheduling order (previously filed as Dkt. 207-1) is attached as Exhibit 1. The redacted declaration of counsel in support of the memorandum (previously filed as Dkt. 207-4) is attached as Exhibit 2. The redacted reply in support of the motion to modify the scheduling order (previously filed as Dkt. 216) is attached as Exhibit 3.

    DATED this 2nd day of September 2025.

                                            */s/ Jonah J. Horwitz*
                                            Jonah J. Horwitz
                                            Christopher M. Sanchez

NOTICE REGARDING REDACTED FILINGS – Page 1

Federal Defender Services of Idaho

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Tanner J. Smith
tanner@melawfirm.net

/s/ *L. Hollis Ruggieri*
L. Hollis Ruggieri