RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRIC COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>  Plaintiff,<br><br>vs.<br><br>BREE DERRICK, et al.,<br><br>  Defendants. | Case No. 1:21-cv-359-BLW<br><br>**MOTION TO CLAWBACK, DESTROY, AND PROHIBIT DISSEMINATION OF IDOC'S PRISON BLUEPRINTS** |

COME NOW Defendants, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26, 45, and 65, the Court's inherent authority, the All Writs Act, 28 U.S.C. § 1651, and the Protective Order (Dkt. 81), hereby move the Court to order Plaintiff to return IDOC's blueprints, schematics, specifications, and similar materials, destroy all copies of the materials, and to not disseminate or use the materials or any information learned from the materials in any way. This Motion is supported by Dkts. 211–214, the Memorandum in Support

**MOTION TO CLAWBACK, DESTROY, AND PROHIBIT DISSEMINATION OF IDOC'S PRISON BLUEPRINTS - 1**

of this Motion, and the Ninth Declaration of Tanner Smith.

Respectfully submitted this 3rd day of September, 2025.

        MOORE ELIA KRAFT & STACEY, LLP

        */s/ Tanner J. Smith*
        Tanner J. Smith
        Attorneys for Defendants

        OFFICE OF THE ATTORNEY GENERAL

        */s/ Karin Magnelli*
        Karin Magnelli
        Deputy Attorney General
        Attorneys for Defendants

**MOTION TO CLAWBACK, DESTROY, AND PROHIBIT DISSEMINATION OF IDOC'S PRISON BLUEPRINTS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jonah J. Horwitz<br>Christopher M. Sanchez<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>Stanley J. Panikowski<br>Sarah E. Kalman<br>DLA Piper LLP<br>401 B St., Ste. 1700<br>San Diego, CA 92101<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Jonah_horwitz@fd.org,<br>Christopher_m_sanchez@fd.org,<br>stanley.panikowski@dlapiper.com |

*/s/ Sara Yerby*
Sara Yerby

**MOTION TO CLAWBACK, DESTROY, AND PROHIBIT DISSEMINATION OF IDOC'S PRISON BLUEPRINTS - 3**