*Gerald Ross Pizzuto, Jr. v. Bree Derrick, et al.*, U.S. Dist. Ct. No. 1:21-cv-359-BLW
Submitted in Support of Response to Motions to Quash and for Protective Order

# EXHIBIT 1

### REALITY★CHECK

# Idaho plans for firing squad executions — aiming to keep prison staff from rifles

By **Kevin Fixler**

September 2, 2025 4:00 AM    🎁 Gift Article



Idaho's death row at the Idaho Maximum Security Institution near Kuna houses male prisoners sentenced to death. Incarcerated women on death row are housed at the Women's Correctional Center in Pocatello. *Courtesy Idaho Department of Correction*

 Only have a minute? Listen instead
Powered by **Trinity Audio**
00:00       1.0x     04:07

## ✨ Key Takeaways
AI-generated summary reviewed by our newsroom.

> *In our Reality Check stories,* Idaho Statesman journalists seek to hold the powerful accountable and find answers to critical questions in our community. *Read more.* Story idea? *Tips@idahostatesman.com.*

Case 1:21-cv-00359-BLW    Document 228-1    Filed 09/08/25    Page 3 of 5

Idaho's prison system is pursuing a remote-operated system for firing squad executions as the state builds toward becoming the first in the U.S. with it as the primary method for carrying out the death penalty.

The state's execution chamber at the prison complex south of Boise is under construction to accommodate shooting condemned prisoners to death by next summer. A new law that prioritizes a firing squad goes into effect starting July 2026. Lethal injection will remain the backup option.



But the Idaho Department of Correction aims to limit direct participation from correctional officers, agency spokesperson Blake Lopez told the Idaho Statesman.

"We have not yet procured a remote-operated system but are actively exploring available options," he said by email. "A remote-operated system is preferred, as it would allow executions by firing squad to be carried out with minimal involvement from our staff."

Rep. Bruce Skaug, R-Nampa, who sponsored the bill that sets up the state's transition to a firing squad, told the Idaho Statesman he has concerns that remote-operated firearms could falter the day of an execution. He advocated for the new execution

method after Idaho prison officials were unable to execute a prisoner for the very first time, by lethal injection, in 2024.

"That's just one more thing that could go awry if the button doesn't work on the mechanical portion," Skaug said in a phone interview. "But my understanding is that there will be a backup firing squad — old-school with rifles ready to go — if there's something that mechanically fails."

IDOC has yet to release its formal procedures for performing a firing squad execution, and also declined to offer specifics at this time. But prison leadership is reviewing the procedures followed by other states that have the method, Lopez said.

Four other states allow shooting prisoners to death, but until this year, a firing squad execution hadn't taken place in the U.S. in nearly 15 years. South Carolina has put prisoners to death by by firing squad twice in 2025.

South Carolina's protocol is not public. But according to media witness accounts, three riflemen stand 10 feet away from the condemned prisoner who is strapped to a chair. A hood is placed over the prisoner's head and a white target with a red bull's-eye on their heart. Without notice or a countdown, the shooters open fire, and each of them shoots a single round at the target.

Idaho's protocol will call for keeping prison staff from needing to volunteer for the firing squad if it can be avoided, IDOC Director Bree Derrick told the Statesman.

"If direct staff involvement in the process becomes necessary, we would seek assistance from law enforcement personnel who are specifically trained and psychologically equipped for such responsibilities," Derrick said in an emailed statement.

All executions were temporarily suspended in Idaho while the state constructs the firing squad chamber. A federal injunction against carrying out the death penalty in Idaho also is in place after three news outlets, including the Statesman, sued IDOC for improved access to the room where lethal injection drugs are prepared and administered during an execution.

The chamber's construction at the maximum security prison started in late May and is expected to last between six and nine months. The area is being demolished until November and should be built by early next year, well before the law to use the firing squad takes effect, Lopez said.

"Barring any construction delays, we anticipate our execution team will have adequate time to train and prepare prior to firing squad becoming the primary method of execution on July 1," Lopez said.

Skaug said he spoke with Derrick and other prison staff getting trained, who told him they're "ready to go already."

"She assures me everything is on track to be in place for operation at the time our law goes into effect," he said.

Want to see more content like this?

### Idaho Crime & Courts

Stay on top of crime, courts and public safety news from the Boise area and beyond.

jonah_horwitz@fd.org                                      SIGN UP

By submitting, I agree to the Privacy Policy and Terms of Service.

## Related Stories from Idaho Statesman

**CRIME**
Lawmaker behind Idaho's firing squad questions Kohberger dodging death penalty
August 28, 2025 4:07 PM

**CRIME**
He survived an execution attempt in Idaho. Attorneys are trying to stop another
August 22, 2025 4:00 AM

---

**Kevin Fixler**   *Idaho Statesman*    208-377-6204

Kevin Fixler is an investigative reporter with the Idaho Statesman and a three-time Idaho Print Reporter of the Year. He holds degrees from the University of Denver and UC Berkeley's Graduate School of Journalism.
Support my work with a digital subscription

## Join the Conversation  FOLLOW                                                    SIGN OUT

Your comments will appear under the nickname **User 7dbd580**. If you'd like to update your nickname, click here.

U7  | Start the conversation, User 7dbd580

Conversations are opinions of our readers and are subject to the Community Guidelines.

ALL COMMENTS                                                                          NEWEST ∨

💬 Start the conversation

**ACTIVE CONVERSATIONS**

Idaho offers conservative videos to schools. Do Boise-area…
💬 1

It turns out Idahoans are paying dearly for tax cuts for the rich |…
💬 45