Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
　　　christopher_m_sanchez@fd.org

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:21-cv-359-BLW |
| Plaintiff, | |
| v. | **NON-OPPOSITION TO MOTION TO SEAL [DKT. 227]** |
| **BREE DERRICK**, Director, Idaho Dept. of Correction, et al. | |
| Defendants. | |

Plaintiff Gerald Ross Pizzuto, Jr. hereby notifies the Court that he has no opposition to the defendants' motion to seal. *See* Dkt. 227.

DATED this 8th day of September 2025.

　　　　　　　　　　　　　　　　　　　／s／ *Jonah J. Horwitz*
　　　　　　　　　　　　　　　　　　　Jonah J. Horwitz
　　　　　　　　　　　　　　　　　　　Christopher M. Sanchez
　　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER SERVICES OF IDAHO

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

| | |
|---|---|
| Kristina Schindele<br>kscchind@idoc.idaho.gov | Michael J. Elia<br>mje@melawfirm.net |
| Mary Karin Magnelli<br>kmagnell@idoc.idaho.gov | Tanner J. Smith<br>tanner@melawfirm.net |

                                                  */s/ L. Hollis Ruggieri*
                                                  L. Hollis Ruggieri