# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X) Motion hearing**

U.S. District Judge: B Lynn Winmill  
Deputy Clerk: Sunny Trumbull  
Court Reporter: Tammy Hohenleitner

Date: January 5, 2026  
Time: 10:10 – 10:59 a.m.

<u>Gerald Ross Pizzuto, Jr. vs. Bree Derrick, et al.</u>
<u>Case No. 1:21-cv-359-BLW</u>

Counsel for:   <u>Plaintiff</u>: Christopher Sanchez and Jonah Horwitz
              <u>Defendants</u>: Kristina Schindele and Tanner Smith

The Court noted this matter is now set to take up the Defendants' Motion (docket #244) and summarized its preliminary thoughts.

Ms. Schindele presented argument on behalf of the defendants.

Mr. Horwitz presented argument on behalf of the plaintiff.

The Court reserved ruling on this matter and stayed the case. The Court may issue a short-written order. A status conference will be set for shortly after the July 1st effective date.