RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR**., Plaintiff, v. **BREE DERRICK**, et al. Defendants. | Case No. 1:21-cv-359-BLW<br><br>DEFENDANTS' REVISED CONFIDENTIALITY DESIGNATIONS IN THE CENTRAL LINE VOLUNTEER'S DEPOSITION TRANSCRIPT |

Pursuant to the parties' stipulated protective order, see Dkt. 81, approved by the Court, see Dkt. 83, Defendants identify the following portions of the transcript of the deposition of the Central Line Volunteer as confidential:

- Page 9, Ls. 9 - 24

**Defendants' Revised Confidentiality Designations in CLV's Deposition Transcript - 1**

- Page 12, Ls. 15-17; 21-22
- Page 13, L. 1 – p. 13, L. 23
- Page 14, L. 2 – p. 15, L. 17
- Page 15, Ls. 21-22
- Page 17, Ls. 6-8
- Page 17, L. 15 – p. 18, L. 7
- Page 19, L. 8 – p. 20, L. 19
- Page 21, Ls. 12-13
- Page 24, Ls. 10-12; 16-17; 21-22
- Page 24, L.25 – p. 26, L.16
- Page 26, L.25 – p. 27, L. 16
- Page 29, Ls. 12-13
- Page 38, Ls. 5-8
- Page 42, L. 9 – p. 43, L. 4
- Page 43, L. 10 - p. 45, L. 11
- Page 45, Ls. 15-18
- Page 45, L. 23 – p. 46, L. 3
- Page 46, Ls. 11-12
- Page 47, L. 8 – p. 48, L. 6 (Page 47, Ls. 14-18 only certain words)
- Page 49, L. 18 – p. 50, L.10
- Page 53, L. 17 – p. 56, L. 7
- Page 57, L. 24 – p. 58, L. 16
- Page 58, L. 20 – p. 59, L. 14
- Page 59, L. 24 – p. 60, L.12
- Page 61, Ls. 1-10
- Page 61, L. 22 – p. 62, L.12
- Page 62, L. 22 – p. 63, L. 1.
- Page 64, Ls. 2-6 (specific words); 20-23
- Page 65, Ls. 3-7; 12-21
- Page 67, L. 20 – p. 68, L. 11
- Page 69, Ls. 11-13
- Page 69, L. 21 – p. 70, L. 10
- Page 71, Ls. 14-18; 21-25
- Page 75, Ls. 5-23
- Page 88, L. 16 (words)
- Page 92, Ls. 8-10
- Page 95, Ls. 4-15
- Page 96, Ls. 14-24
- Page 99, L. 20 – p. 100, L. 11
- Page 100, L. 17 – p. 101, L. 20
- Page 104, Ls. 14-17
- Page 105, Ls. 3-5
- Page 105, L. 24 – p. 109, L. 11
- Page 109, L. 16 – p. 110, L. 7

**Defendants' Revised Confidentiality Designations in CLV's Deposition Transcript - 2**

- Page 111, L. 13 – p. 113, L. 14
- Page 113, L. 19 (words)
- Page 118, L. 5 – p. 132, L. 4 (except p. 127, L. 6)
- Page 132, L. 24 – p. 135, L. 11
- Page 136, Ls. 4-25
- Page 137, L. 16 – p. 138, L. 1
- Page 138, L. 16 – p. 142, L. 13
- Page 143, L. 16 – p. 145, L. 6
- Page 150, L. 23 – p. 151, L. 9
- Page 155, L. 10 – p. 156, L. 2
- Page 156, L. 7 – p. 158, L. 4
- Page 158, L. 25 (words)
- Page 163, Ls. 13-14
- Page 166, L. 23 (word)
- Page 171, L. 12 – p. 172, L. 4
- Page 174, L. 23 – p. 175, L. 11
- Page 178, L. 12 – p. 179, L. 1
- Page 181, Ls. 3-5
- Page 185, L. 18 – p. 186, L. 2
- Page 186, Ls. 6-7
- Page 189, L. 22 – p. 190, L. 24
- Page 191, Ls. 14-19
- Page 193, Ls. 11-17

Respectfully submitted February 20, 2026.

MOORE ELIA KRAFT & STACEY LLP

*/s/ Tanner J. Smith*
Tanner J. Smith
Attorneys for Defendants

OFFICE OF THE ATTORNEY GENERAL

*/s/ Kristina M. Schindele*
Kristina M. Schindele
Deputy Attorney General
Attorneys for Defendants

**Defendants' Revised Confidentiality Designations in CLV's Deposition Transcript - 3**

## CERTIFICATE OF SERVICE

I certify that on this 20th day of February 2026, I caused to be served a true and correct copy of the foregoing designation to be served by email as follows:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org,
Christopher_m_sanchez@fd.org,
stanley.panikowski@dlapiper.com

/s/ Kristina M. Schindele
Kristina M. Schindele

**Defendants' Revised Confidentiality Designations in CLV's Deposition Transcript - 4**