UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:21-cv-00359-BLW |
| | ) | |
| BREE DERRICK, Director, Idaho Dept. | ) | |
| of Correction; et al., | ) | |
| | ) | JOINT STATUS REPORT TO |
| Defendants. | ) | THE COURT RE: CENTRAL |
| | ) | LINE VOLUNTEER |
| | ) | DEPOSITION TRANSCRIPT |
| | ) | DISPUTES |
| | ) | |
| | ) | |
| | ) | |

Through undersigned counsel and as ordered by the Court, the parties hereby file this joint status report to the court regarding the parties' disputes concerning the confidentiality of the deposition transcript for the Central Line Volunteer. *See* Dkt. 260.

Defendants continue to assert the parties agreed to designate the entire deposition transcript confidential but recognize that Plaintiff disputes that agreement. Pursuant to a request from the Court and to narrow issues for litigation, Defendants provided updated proposed confidentiality designations for the Central Line Volunteer deposition transcript to Plaintiff.

The parties met and conferred on February 11, 2026, regarding Defendants' proposed confidentiality designations.

Plaintiff provided his response to Defendants' proposed confidentiality designations on February 13, 2026.

PARTIES' JOINT STATUS REPORT TO THE COURT -1-

The parties have reached an agreement regarding many of Defendants' proposed confidentiality designations to narrow issues for litigation. Plaintiff made various concessions to Defendants; and similarly, Defendants withdrew various designations after opposition by Plaintiff.

After appropriate and diligent efforts, the parties have not been able to resolve all of their disputes regarding confidentiality designations.

Defendants will file a revised Notice of Confidentiality Designations contemporaneously herewith.

The parties request the Court authorize the filing of a marked-up Transcript under seal with the Court. Defendants will file a copy of the Transcript with agreed upon redactions and contested designations under seal.

The parties request the Court authorize simultaneous briefing regarding the parties' disputes no later than Friday, March 13, 2026. Given the nature of the parties' disputes over confidentiality, the parties request the Court authorize the filing of the simultaneous briefing under seal.

DATED this 20th day of February 2026.


/s/ Kristina M. Schindele
Kristina M. Schindele
Deputy Attorney General
Attorney for Defendants

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Federal Defender Services of Idaho
Attorney for Plaintiff