UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

GERALD ROSS PIZZUTO, JR.,

Plaintiff,

v.

BREE DERRICK, Director, Idaho
Department of Correction, in her
official capacity; TIMOTHY
RICHARDSON, Warden, Idaho
Maximum Security Institution, in his
official capacity; LIZ NEVILLE,
Chief of Prisons, Idaho Department of
Corrections, in her official capacity,

Defendants.

Case No. 1:21-cv-00359-BLW

**ORDER**

On February 20, 2026, the parties submitted a Joint Status Report on efforts

to address the conflict concerning the confidentiality of the deposition transcript

for the Central Line Volunteer. The parties now ask the Court to authorize

simultaneous briefing regarding the unresolved confidentiality disputes.

The Court appreciates the parties' attempts to reach agreement and agrees

that briefing on the remaining issues is appropriate. Accordingly, the parties shall

submit simultaneous briefing of no more than 10 pages by March 13, 2026.

Additionally, the parties are authorized to file a marked-up transcript under seal.



DATED: February 23, 2026

B. Lynn Winmill
U.S. District Court Judge