Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
        christopher_m_sanchez@fd.org

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@us.dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** <br><br> Plaintiff, <br><br> v. <br><br> **BREE DERRICK**, Director, Idaho Dept. of Correction, et al., <br><br> Defendants. | **CASE NO. 1:21-cv-359-BLW** <br><br> **MOTION TO SEAL UNREDACTED SECOND BRIEF REGARDING CONFIDENTIALITY DESIGNATIONS TO CENTRAL LINE VOLUNTEER'S DEPOSITION TRANSCRIPT** |

Pursuant to Local Civil Rule 5.3, and for the reasons articulated in the accompanying memorandum, Plaintiff Gerald Ross Pizzuto, Jr. moves the Court to grant him leave to file the unredacted second brief regarding confidentiality designations to the Central Line Volunteer's deposition transcript under seal. Mr. Pizzuto will also be filing a redacted version of the brief publicly on today's date. The undersigned will email opposing counsel the unredacted version as well.

DATED this 13th day of March 2026.

MOTION TO SEAL UNREDACTED SECOND BRIEF REGARDING CONFIDENTIALITY DESIGNATIONS – Page 1

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz
Christopher M. Sanchez
FEDERAL DEFENDER SERVICES OF IDAHO

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Tanner J. Smith
tanner@melawfirm.net

*/s/ L. Hollis Ruggieri*
L. Hollis Ruggieri

MOTION TO SEAL UNREDACTED SECOND BRIEF REGARDING CONFIDENTIALITY DESIGNATIONS – Page 2