Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF: jonah_horwitz@fd.org
         christopher_m_sanchez@fd.org

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103-7301
Telephone: (215) 656-2438; Facsimile: (215) 656-3301
ECF: sarah.kalman@us.dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | **CASE NO. 1:21-cv-359-BLW** |
| Plaintiff, | **MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SECOND BRIEF REGARDING CONFIDENTIALITY DESIGNATIONS TO CENTRAL LINE VOLUNTEER'S DEPOSITION TRANSCRIPT** |
| v. | |
| **BREE DERRICK**, Director, Idaho Dept. of Correction, et al., | |
| Defendants. | |

Pursuant to Local Civil Rule 5.3, Plaintiff Gerald Ross Pizzuto, Jr. moves the Court to grant him leave to file the unredacted second brief regarding confidentiality designations to the central line volunteer's deposition transcript under seal. Mr. Pizzuto will also be publicly filing a redacted version of the brief on today's date.

The brief at issue responds to three different types of passages the defendants have redacted in the central line volunteer's deposition transcript: 1) questions and answers where opposing

MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SECOND BRIEF
REGARDING CONFIDENTIALITY DESIGNATIONS – Page 1

counsel objected on confidential grounds and successfully instructed the witness not to respond (Part II.A); 2) discussions of certain execution-related matters (Part II.B); and 3) the scope of the central line volunteer's role on the execution team (Part II.C). With respect to the first area (Part II.A), the witness did not answer any of the questions at issue. By definition, therefore, nothing sensitive is revealed by this part of the brief being filed publicly. As for the remaining two sections (Parts II.B and C), Mr. Pizzuto does not believe anything secret is disclosed by the brief. However, Mr. Pizzuto understands that the defendants have a different view of the subject-matter involved in those sections. Mr. Pizzuto has accordingly redacted those sections in the public version of the brief so that they remain restricted for now while the Court is resolving the dispute between the parties about the confidentiality designations. If the Court ultimately agrees with Mr. Pizzuto that these parts are also not sensitive, undersigned counsel respectfully suggest that it unseal the unredacted brief and make it publicly available.

DATED this 13th day of March 2026.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
FEDERAL DEFENDER SERVICES OF IDAHO

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
kscchind@idoc.idaho.gov

Michael J. Elia
mje@melawfirm.net

Mary Karin Magnelli
kmagnell@idoc.idaho.gov

Tanner J. Smith
tanner@melawfirm.net


*/s/ L. Hollis Ruggieri*
L. Hollis Ruggieri