RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO, | Case No. 1:21-cv-359-BLW |
| Plaintiff, | |
| vs. | **TWELFTH DECLARATION OF TANNER SMITH** |
| BREE DERRICK, et al., | |
| Defendants. | |

I, Tanner Smith, hereby declare under penalty of perjury of the law of the United States of America that the following is true and correct:

1.    I reside in Ada County, Idaho. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I am one of the attorneys for Defendants in this action. I work with the firm Moore Elia Kraft & Stacey, LLP. I make this Declaration based on

**TWELFTH DECLARATION OF TANNER SMITH - 1**

my own personal knowledge of the facts set forth herein. I am making this Declaration while within the United States.

2.      On August 6, 2025, the Central Line Volunteer who had then agreed to be part of IDOC executions was deposed in connection with this case. The deposition was taken in a hybrid format. Some of the participants were physically present at the office of Moore Elia Kraft & Stacey, LLP, located at 702 W. Idaho St., Ste. 800, Boise, Idaho 83702. The people present at our office for the deposition were: (1) Jonah Horwitz (Mr. Pizzuto's attorney of record); (2) Christopher Sanchez (Mr. Pizzuto's attorney of record); (3) Christine Hanley (investigator for the Federal Defender Services of Idaho); (4) Beryl Price (investigator for the Federal Defender Services of Idaho); and (5) me (attorney for Defendants). The Central Line Volunteer and Deputy Attorney General Kristina Schindele were present in an undisclosed location and appearing remotely. The court reporting service that was used for the deposition was Associated Reporting & Video. The court reporter used for the deposition was Colleen P. Doherty. Ms. Doherty was physically present at the office of Moore Elia Kraft & Stacey, LLP, during the deposition.

3.      ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███

████████████████████████████████████████████████

████████████████████████████████████████████████

██████.

**TWELFTH DECLARATION OF TANNER SMITH - 2**

████████████

████████████

4. The Court Reporter, Ms. Doherty, also marked each page of the transcript as "HIGHLY CONFIDENTIAL," and she was present when counsel for the parties discussed how this transcript was to be sealed and protected under the protective order. Ms. Doherty also noted on the transcript that that the transcript is "CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER." (Dep. Central Line Volunteer, 2:1–2 (capitalization in original)).

DATED this 13th day of March, 2026.

MOORE ELIA KRAFT & STACEY, LLP


/s/ Tanner J. Smith
Tanner J. Smith
Attorneys for Defendants

**TWELFTH DECLARATION OF TANNER SMITH - 3**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of March, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org, Christopher_m_sanchez@fd.org, stanley.panikowski@dlapiper.com,

*/s/ Kristina M. Schindele*
Kristina M. Schindele

**TWELFTH DECLARATION OF TANNER SMITH - 4**