RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD R. PIZZUTO, <br><br> Plaintiff, <br><br> vs. <br><br> BREE DERRICK, et al., <br><br> Defendants. | Case No. 1:21-cv-359-BLW <br><br> **DECLARATION OF LIZ NEVILLE REGARDING CENTRAL LINE VOLUNTEER DESIGNATIONS** |

I, Liz Neville, hereby declare under penalty of perjury of the law of the United States of America that the following is true and correct:

1.      I am one of the defendants in this case. I am over the age of eighteen years and am competent to testify as to the matters set forth herein. I make this Declaration based on my own personal knowledge of the facts set forth herein.

**DECLARATION OF LIZ NEVILLE - 1**

2.      I am the Chief of Prisons of the Idaho Department of Correction ("IDOC"). I was formerly the Deputy Chief of Prisons for IDOC before being promoted to my current position. Through my employment with IDOC, I have been assigned certain execution-related tasks. Specifically, I have been appointed and directed to assist with coordinating and monitoring the training and conduct of the IDOC Medical Team, including the former Central Line Volunteer. Through my various roles with IDOC, I am familiar with IDOC's execution protocol and practices.

3.      After then-Director Josh Tewalt halted the February 28, 2024, execution attempt of Thomas Creech, IDOC revised its execution protocol to provide procedures specific to the use of a Central Line Volunteer who is qualified to perform central line intravenous insertions. IDOC's protocol provides that only the Central Line Volunteer is allowed to perform central line insertions.

4.      After the February 28, 2024, execution attempt, a medical physician volunteered to be the Central Line Volunteer under IDOC's execution protocol. As required by IDOC's execution protocol, I verified certain aspects of the Central Line Volunteer's background, education, and experience.

5.      In connection with this lawsuit, Gerald Pizzuto's attorneys deposed the Central Line Volunteer on August 6, 2025. The deposition was conducted remotely. The deposition was transcribed by a court reporter but not recorded. I was not directly present at the deposition; I remained outside the presence of the witness and counsel. I understood the deposition would remain confidential between the parties and potentially the court. Defendants thereafter designated the entire transcript confidential. *See* Dkt. 253.

6.      The Central Line Volunteer tendered to me a resignation from being involved in any IDOC execution after Mr. Pizzuto's attorneys deposed the Central Line Volunteer. The Central Line Volunteer informed me that he/she/they were resigning because the deposition and questions

**DECLARATION OF LIZ NEVILLE - 2**

posed to he/she/them at the deposition along with the information divulged at the deposition raised serious concerns that he/she/they would be identified.

7.      I delivered a copy of the deposition transcript to the Central Line Volunteer, who reviewed the transcript and verified its accuracy. I provided the comments and corrections of the Central Line Volunteer to counsel, who prepared the electronic Acknowledgement of Deponent and Errata sheet to the court reporter and Mr. Pizzuto's counsel on or about September 17, 2025.

8.      I understand Mr. Pizzuto, through counsel, later advised defense counsel and the court that he did not consent to the continued confidentiality designation of the transcript. My attorneys then asked me for assistance with confidentiality designations. I personally reviewed the deposition transcript and concurred with confidentiality designations, which were provided to Mr. Pizzuto's counsel. I understand counsel then met and conferred regarding the designations. I then reviewed Mr. Pizzuto's objections to the confidentiality designations. I made the final confidentiality designations. *See* Dkt. 263.

9.      A copy of the transcript with the confidentiality designations is attached hereto as Exhibit A. Exhibit A contains the following categories of confidentiality designations:

   a) Confidentiality designations to which Mr. Pizzuto is not objecting. These provisions are redacted in the Exhibit.

   b) Exchanges where defense counsel lodged a confidentiality objection and the witness was instructed to not answer the question. These designations are highlighted in blue. I understand Mr. Pizzuto has not filed a motion to compel a response to any of these questions. Defendants continue to assert that the questions are confidential as the information sought is confidential and could result in the identification of the former

**DECLARATION OF LIZ NEVILLE - 3**

Central Line Volunteer. Since the response is confidential, any inference that could be taken from the refusal to answer the question is also confidential.

c) Exchanges about executions. These designations are highlighted in purple.

1. Page 106, l. 13 and extending to page 110

2. Pages 118-27 and 163

3. Pages 137-42

4. Pages 155-56

5. Page 158

6. Page 174, L23 to page 175, L.11

7. Page 185, L.18 to page 186, L. 2 and lines 6-7

**DECLARATION OF LIZ NEVILLE - 4**

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

d) Rescue Doctor role. These designations are highlighted in green.

    1. Page 132 to page 134

    2. Page 136

    3. Page 171, L.12 to page 172

    4. Page 178, L.12 to page 179

    5. Page 189, L.22 to page 190 and page 191

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

**DECLARATION OF LIZ NEVILLE - 5**

e)       I understand the provisions noted in Docket 263 and identified in this declaration are available to the court and Mr. Pizzuto's counsel. In designating these provisions confidential, Defendants intend to secure information that could lead to the identification of the Central Line Volunteer, prevent general dissemination of the information, and foreclose public disclosure. This information is available to Mr. Pizzuto and the court in the assessment of Mr. Pizzuto's Eighth Amendment claim. Even with these confidentiality designations, the public has access to substantial information regarding the Central Line Volunteer's expertise, experience, and capabilities. The available information is more than sufficient for the public to weigh the reliability of the former Central Line Volunteer and ensure that IDOC has recruited and appointed a qualified expert to carry out the insertion of a central line, if necessary. IDOC's execution protocol is publicly available on the agency's website. The available information satisfies the public's need for information about how IDOC will carry out a lethal injection execution.

March 12, 2026
Date

/s/ Liz Neville
Liz Neville
Chief of Prisons
Idaho Department of Correction

**DECLARATION OF LIZ NEVILLE - 6**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org,
Christopher_m_sanchez@fd.org,
stanley.panikowski@dlapiper.com,

/s/ Kristina M. Schindele
Kristina M. Schindele

**DECLARATION OF LIZ NEVILLE - 7**