RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>    Plaintiff,<br><br>vs.<br><br>BREE DERRICK, et al.,<br><br>    Defendants. | Case No. 1:21-cv-359-BLW<br><br>**MOTION TO SEAL UNREDACTED SUPPLEMENTAL BRIEFING REGARDING CENTRAL LINE VOLUNTEER CONFIDENTIALITY DESIGNATIONS AND SUPPORTING DECLARATIONS** |

COME NOW Defendants, by and through their undersigned counsel, and hereby move the Court to seal their Unredacted Supplemental Briefing Regarding Central Line Volunteer Confidentiality Designations and Supporting Declarations. This motion is supported by the contemporaneously filed memorandum.

**MOTION TO SEAL UNREDACTED SUPPLEMENTAL BRIEFING REGARDING
CONFIDENTIALITY DESIGNATIONS - 1**

Respectfully submitted this 13th day of March 2026.

OFFICE OF THE ATTORNEY GENERAL

/s/ Kristina M. Schindele
Kristina M. Schindele
Deputy Attorney General
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
Sarah E. Kalman
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org, Christopher_m_sanchez@fd.org, stanley.panikowski@dlapiper.com

/s/ Kristina M. Schindele
Kristina M. Schindele

**MOTION TO SEAL UNREDACTED SUPPLEMENTAL BRIEFING REGARDING CONFIDENTIALITY DESIGNATIONS - 2**