RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110, Boise, Idaho 83706
Telephone: (208) 658-2094; Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov; krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756, Boise, Idaho 83707
Telephone: (208) 336-6900; Facsimile: (208) 336-7031
mje@melawfirm.net; tanner@melawfirm.net

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| GERALD R. PIZZUTO,<br><br>Plaintiff,<br><br>vs.<br><br>BREE DERRICK, et al.,<br><br>Defendants. | Case No. 1:21-cv-359-BLW<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SUPPLEMENTAL BRIEFING REGARDING CENTRAL LINE VOLUNTEER CONFIDENTIALITY DESIGNATIONS AND SUPPORTING DOCUMENTS** |

COME NOW Defendants, by and through their undersigned counsel, and hereby submit their Memorandum in Support of Motion to Seal Unredacted Supplemental Briefing Regarding Central Line Volunteer Confidentiality Designations and Supporting Documents as follows:

**INTRODUCTION**

Plaintiff deposed IDOC's Central Line Volunteer on August 6, 2025. The Court directed

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SUPPLEMENTAL FILINGS REGARDING CONFIDENTIALITY DESIGNATIONS - 1**

the parties to file supplemental briefing regarding disputes regarding Defendants' confidentiality designations. Dkt. 265. The Court authorized Defendants to file a color-coded copy of the transcript to aid in the Court's determinations. *See id.* Defendants now ask the Court to seal Defendants' unredacted supplemental brief and supporting documentation pending the Court's determination of the disputes.

## ARGUMENT

"A district court may seal its records pursuant to its inherent supervisory power over such documents." *Brennan v. Opus Bank*, 796 F.3d 1125, 1134 (9th Cir. 2015) (collecting sources). Rule 5.2 provides that the Court "may order that a filing be made under seal without redaction." Fed. R. Civ. P. 5.2(d).

Defendants acknowledge the Court has discretion and inherent authority to seal the briefing discussing disputed portions of the Central Line Volunteer's deposition transcript. Defendants respectfully submit Defendants properly designated confidential portions of the transcript. Defendants ask the Court to seal the sections of their supplemental brief addressing the confidentiality designations and/or other confidential information. Additionally, Defendants ask the Court to seal the supporting documents, namely the 12th Declaration of Tanner Smith and the Declaration of Liz Neville RE CLV Designations.

If the Court disagrees with some of Defendants' confidentiality designations, undersigned Counsel respectfully requests the Court provide direction regarding the filing of the supplemental filings consistent with the Court's eventual order.

## CONCLUSION

Defendants respectfully request that the Court seal their unredacted supplemental briefing and supporting documents pending further Order of the Court.

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SUPPLEMENTAL FILINGS REGARDING CONFIDENTIALITY DESIGNATIONS - 2**

Respectfully submitted this 13th day of March 2026.

OFFICE OF THE ATTORNEY GENERAL

/s/ Kristina M. Schindele
Kristina M. Schindele
Deputy Attorney General
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, Idaho 83702

Stanley J. Panikowski
Sarah E. Kalman
DLA Piper LLP
401 B St., Ste. 1700
San Diego, CA 92101

*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ Facsimile Transmission
☒ E-Mail: Jonah_horwitz@fd.org, Christopher_m_sanchez@fd.org, stanley.panikowski@dlapiper.com

/s/ Kristina M. Schindele
Kristina M. Schindele

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL UNREDACTED SUPPLEMENTAL FILINGS REGARDING CONFIDENTIALITY DESIGNATIONS - 3**