UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| GERALD ROSS PIZZUTO, JR., | Case No. 1:21-cv-00359-BLW |
| Plaintiff, | **ORDER** |
| v. | |
| BREE DERRICK, Director, Idaho Department of Correction, in her official capacity; TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity; LIZ NEVILLE, Chief of Prisons, Idaho Department of Corrections, in her official capacity, | |
| Defendants. | |

Good cause appearing, and to maintain the status quo, Defendants' Motion to Seal Supplemental Briefing (Dkt. 270) is provisionally **GRANTED**. The briefing and supporting documents at Dkt. 271 are hereby **SEALED** until further order of the Court.

DATED: March 30, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER - 1