UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., | Case No. 1:21-cv-00359-BLW |
| Plaintiff, | **ORDER** |
| v. | |
| BREE DERRICK, Director, Idaho Department of Correction, in her official capacity; TIMOTHY RICHARDSON, Warden, Idaho Maximum Security Institution, in his official capacity; LIZ NEVILLE, Chief of Prisons, Idaho Department of Corrections, in her official capacity, | |
| Defendants. | |

In the Memorandum Decision & Order issued on May 8, 2026 (Dkt. 273), the Court unsealed briefing associated with the Central Line Volunteer confidentiality designations. Due to a clerical error, the Court ordered the unsealing of filings at Dkt. 270—which were never sealed—rather than Dkt. 271. *See* Dkt. 273 at 10. Pursuant to Fed. R. Civ. P. 60(a), the Court issues the present Order to correct the mistake.

THEREFORE, IT IS HEREBY ORDERED that the filings at Dkt. 271 are UNSEALED.

ORDER - 1



DATED: May 15, 2026

B. Lynn Winmill
U.S. District Court Judge